# In the United States Court of Federal Claims

No. 03-600 L
(Filed: August 24, 2005)

**********************************

| | |
|---|---|
| **CHEYENNE RIVER SIOUX TRIBE,** ***et al*****.** | * |
| Plaintiffs, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

**********************************

**ORDER**

In light of the parties' Joint Status Report (JSR), filed on August 23, 2005, the Court ORDERS that the status conference that was previously scheduled for August 30, 2005, is hereby CANCELED.

Instead, the parties shall file a JSR on or before **August 31, 2005**, informing the Court of the final selection of the three parcels that will be the subject of a case development plan.

Furthermore, the parties shall file a JSR on or before **October 21, 2005**, which shall:

1. Detail the results of the site visit that the parties have scheduled for October 3-4, 2005,

2. Inform the Court of any settlement negotiations, and

3. Propose a schedule for the completion of expert reports and written and oral discovery. Proposed dates for a telephone status conference shall also be filed..

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge