**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CHEYENNE RIVER SIOUX TRIBE, et. al.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Civil No. 03-600 L** |
| **THE UNITED STATES,** | ) | **Chief Judge Edward J. Damich** |
| **Defendant.** | ) | |

## JOINT STATUS REPORT

Plaintiffs, Cheyenne River Sioux Tribe, et. al., and Defendant, United States, by and through their respective undersigned counsel of record, file this Joint Status Report and state as follows:

1. This case involves more than 10,000 acres of primarily agricultural land. Exhibit A attached to the Joint Status Report filed on February 23, 2005, more clearly depicts the area at issue in this case.

2. In its order dated August 24, 2005, the Court ordered that both parties file a Joint Status Report on or before August 31, 2005, informing the Court of the final selection of the three parcels that will be the subject of the case development plan.

3. The three parcels that the parties have agreed to focus their examination on are included in portions of land described as follows:

Parcel #A: NW1/4 of Section 11, Township 15 North, Range 27 East, Black Hills Meridian, Dewey County, South Dakota

Parcel #B: SE1/4 of Section 6, Township 15 North, Range 28 East, Black Hills Meridian, Dewey County, South Dakota

Parcel #C: S1/2 of Section 22 and N1/2N1/2 Section 27, Township 16 North, Range 28 East, Black Hills Meridian, Dewey County, South Dakota

4. Once parcel-specific surveys are completed, the parties will update the legal descriptions so that they are more precisely descriptive.

5. The parties will conduct a site visit to these parcels on October 3-4, 2005. As further ordered in the Court's August 24, 2005 Order, a Joint Status Report will be filed on or before October 21, 2005, detailing the results of the site visit.

Dated: August 31, 2005

Respectfully submitted,

s/ Tracey Fischer
TRACEY FISCHER
13366 Tilford Road
Piedmont, SD
Telephone: 605-347-2193
Facsimile: 605-347-2194
Email: tfischer@rapidnet.com

Counsel for the Plaintiffs

s/Susan V. Cook
SUSAN V. COOK
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0470
Facsimile: 202-353-7763
Email: susan.cook@usdoj.gov

Counsel for Defendant

No. 300406