**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CHEYENNE RIVER SIOUX TRIBE, et. al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Civil No. 03-600 L** |
| **THE UNITED STATES,** | ) | **Chief Judge Edward J. Damich** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT STATUS REPORT**

Plaintiffs, Cheyenne River Sioux Tribe, et. al., and Defendant, United States, by and through their respective undersigned counsel of record, in response to the Court's order of August 24, 2005, hereby file this Joint Status Report and state as follows:

1. A site visit to the property was conducted the week of October 3, 2005. Counsel for plaintiffs, Tracey Fischer, and counsel for defendant, Susan Cook, as well as defendant's experts drove the entire stretch of the river, and examined each of the three parcels on foot. On October 4-5, defendant's experts returned to each of the 3 selected parcels to conduct additional field work.

2. There are currently no ongoing settlement discussions because the parties believe that settlement discussions would be premature until there has been further discovery and expert work on the three selected parcels.

3. The parties would propose the following schedule for future proceedings in this case. All dates and tasks are only with respect to the 3 selected parcels:

Plaintiffs disclose the identity of fact witnesses by November 15, 2005;

Defendant discloses the identity of fact witness by November 30, 2005;

Parties propound all written discovery (such as interrogatories, requests for admission and document production requests) by December 15, 2005;

Plaintiff discloses identity of expert witnesses by December 15, 2005;

Defendant discloses identity of expert witnesses by December 31, 2005;

Parties complete depositions of fact witnesses by February 15, 2006 (depositions tentatively to be held in Rapid City, South Dakota);

Plaintiffs produce expert reports by March 31, 2006;

Defendant produces expert reports by April 28, 2006;

Parties complete depositions of expert witnesses by May 31, 2006;

Plaintiffs' Appendix G filing is due July 31, 2006;

Defendant's Appendix G filing is due August 31, 2006.

The parties are available for a telephonic status conference anytime on Monday November 7, or Tuesday, November 8, 2005.

Dated: October 21, 2005.

Respectfully submitted,

s/ Tracey Fischer by s/ Susan V. Cook

TRACEY FISCHER
13366 Tilford Road
Piedmont, SD
Telephone: 605-347-2193
Facsimile: 605-347-2194
Email: tfischer@rapidnet.com

Counsel for Plaintiffs

s/ Susan V. Cook

SUSAN V. COOK
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0470
Facsimile: 202-353-7763
Email: susan.cook@usdoj.gov

Counsel for Defendant

DOJ312882