# In the United States Court of Federal Claims

No. 03-600 L
(Filed: October 24, 2005)

| | |
|---|---|
| **CHEYENNE RIVER SIOUX TRIBE, *et al.*** | |
| Plaintiffs, | |
| v. | |
| **THE UNITED STATES,** | |
| Defendant. | |

## ORDER

In light of the parties' Joint Status Report ("JSR"), filed on October 21, 2005, the Court ORDERS that the parties shall adhere to the following discovery schedule for the 3 selected parcels:

***Fact Discovery Schedule***

- The Plaintiffs shall disclose the identity of fact witnesses by **November 15, 2005**.
- The Defendant shall disclose the identity of fact witnesses by **November 30, 2005.**
- The parties shall propound all written discovery, including interrogatories, requests for admission, and document production requests, by **December 15, 2005.**
- The parties shall complete depositions of fact witnesses by **February 15, 2006.** Depositions are tentatively scheduled to be held in Rapid City, South Dakota.
- The parties shall complete fact discovery by **February 15, 2006.**

- The parties shall submit a Joint Status Report by **February 24, 2006.** The report shall provide the Court with a summary of the progress that has been made, and shall inform the Court whether it would be useful to hold a status conference on March 2, 2006.

- A post-fact discovery telephonic status conference shall be held on **March 2, 2006, at 11 a.m.,** subject to cancellation by Court order. The parties shall contact Shirley Scott at (202) 357-6483 on the day before the status conference to provide the telephone number where they can be reached.

***Expert Discovery Schedule***

- The Plaintiffs shall disclose the identity of expert witnesses by **December 15, 2005.**

- The Defendant shall disclose the identity of expert witnesses by **December 31, 2005.**

- The Plaintiffs shall produce expert witness reports by **March 31, 2006.**

- The Defendant shall produce expert witness reports by **April 28, 2006.**

- The parties shall complete the depositions of expert witnesses by **May 31, 2006.**

- The parties shall complete all discovery by **May 31, 2006.**

- The parties shall submit a Joint Status Report by **June 9, 2006.** The report should provide the Court with a summary of the progress that has been made, the possibility of settlement, and a recommendation on how to proceed, including a proposed date for filing the Joint Preliminary Status Report ("JPSR"), the requirements for which are discussed in the Court's Standard Procedures Order of May 16, 2003. In completing the JPSR, the parties may except out those portions dealing with discovery, which are moot.

- A post-expert discovery telephonic status conference shall be held on **June 16, 2006, at 11 a.m.** The parties shall contact Shirley Scott at (202) 357-6483 on the day before the status conference to provide the telephone number where they can be reached.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge