# In the United States Court of Federal Claims

No. 03-600 L
(Filed: January 12, 2006)

*********************************
*
**CHEYENNE RIVER SIOUX TRIBE,** *
***et al.*** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*********************************

**ORDER**

In light of the parties' Stipulation to Amend Scheduling Order filed on January 9, 2006, the Court ORDERS that the discovery schedule set forth in the court's October 24, 2005, Order shall be amended to reflect the extension requested by the parties. The parties shall adhere to the following schedule for the 3 selected parcels:

- The Defendant shall answer the complaint by **January 20, 2006.**

***Fact Discovery Schedule***

- The Plaintiffs shall disclose the identity of fact witnesses by **February 24, 2006**.

- The Defendant shall disclose the identity of fact witnesses by **March 10, 2006.**

- The parties shall propound all written discovery, including interrogatories, requests for admission, and document production requests by **April 3, 2006.**

- The parties shall complete depositions of fact witnesses by **May 16, 2006.** Depositions are tentatively scheduled to be held in Rapid City, South Dakota.

***Expert Discovery Schedule***

- The Plaintiffs shall disclose the identity of expert witnesses by **April 3, 2006.**

- The Defendant shall disclose the identity of expert witnesses by **April 21, 2006.**

- The Plaintiffs shall produce expert witness reports by **August 1, 2006.**

- The Defendant shall produce expert witness reports by **September 1, 2006.**

- The parties shall complete the depositions of expert witnesses by **October 2, 2006.**

- The parties shall complete all discovery by **November 1, 2006.**

- The parties shall submit a Joint Status Report by **November 13, 2006.** The report should provide the court with a summary of the progress that has been made, the possibility of settlement, and a recommendation on how to proceed, including a proposed date for filing the Joint Preliminary Status Report ("JPSR"), the requirements for which are discussed in the court's Standard Procedures Order of May 16, 2003. In completing the JPSR, the parties may except out those portions dealing with discovery which are moot.

- A post-discovery telephonic status conference shall be held on **November 21, 2006, at 11 a.m.** The parties shall contact Shirley Scott at (202) 357-6483 on the day before the status conference to provide the telephone number where they can be reached. The conference will be held off the record, unless a request is made five days before the scheduled conference.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge