# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEYENNE RIVER SIOUX TRIBE, et. al., Plaintiffs, | ) | |
| v. | ) | Civil No. 03-600 L |
| THE UNITED STATES, Defendant. | ) | Chief Judge Edward J. Damich |

## JOINT MOTION TO AMEND DISCOVERY SCHEDULE

Plaintiffs, Cheyenne River Sioux Tribe, et. al., and Defendant, United States, by and through their respective undersigned counsel of record, jointly move to amend the current discovery schedule in this case.

By way of background, the parties would report that on February 24, 2006, Plaintiffs notified Defendant in writing of the identity of their fact witnesses. On March 24, 2006, Defendant notified Plaintiffs in writing of the identity of their fact (non-expert) witnesses. The filing of Defendant's witness disclosure was delayed by the absence of counsel for Defendant from work due to a death in the family. Finally, today Plaintiffs notified Defendant of the identity of their expert witnesses.

Upon closer review of the previous schedule, the parties would respectfully propose to the Court that certain of the deadlines remain, some of the deadlines be enlarged, and that the order in which the deadlines occur be rearranged somewhat.

The parties hereby respectfully propose to the Court that this case be bifurcated, and that therefore any further discovery relating to the amount of just compensation due Plaintiffs be

stayed until resolution of the underlying liability issues. This stipulation applies to all pending interrogatories, requests for production of documents, and requests for admission, as well as any depositions that either party may request relating to the question of just compensation due.

The parties respectfully propose the following schedule for adoption by the Court:

Defendant discloses identity of expert witnesses by April 21, 2006;

Parties propound initial written discovery by May 31, 2006;

Parties complete depositions of fact witnesses by August 30, 2006; (depositions tentatively to be held in Rapid City, South Dakota);

Plaintiffs produce expert reports by September 30, 2006;

Defendant produces expert reports by October 31, 2006;

Parties complete depositions of expert witnesses by January 19, 2007; and

All discovery to be completed by January 31, 2007.

The filing of a Joint Status Report, and the scheduling of a status conference, to be set by the Court at its convenience.

Dated: April 3, 2006.

Respectfully submitted,

s/ Tracey Fischer

TRACEY FISCHER
13366 Tilford Road
Piedmont, SD
Telephone: 605-347-2193
Facsimile: 605-347-2194
Email: tfischer@rapidnet.com

Counsel for Plaintiffs

s/ Susan V. Cook

SUSAN V. COOK
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0470
Facsimile: 202-353-7763
Email: susan.cook@usdoj.gov

Counsel for Defendant