# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CHEYENNE RIVER SIOUX TRIBE, et al. )
Plaintiffs, )
vs. )
THE UNITED STATES OF AMERICA, )
Defendant. )

Civil No. 03-600-L
Chief Judge Edward J. Damich

## MOTION TO CHANGE ATTORNEY

Plaintiffs, through J. Crisman Palmer, of Gunderson, Palmer, Goodsell & Nelson, LLP, respectfully move the Court pursuant to Rule 83.1(c)(4) of the Rules of the U.S. Court of Federal Claims for leave to change their attorney of record from Ms. Tracey A. Fischer, whose consent is endorsed below, to J. Crisman Palmer. This Motion is supported by the Affidavit of J. Crisman Palmer attached hereto, and by this reference incorporated herein.

Dated this _16th_ day of May, 2006.

FISCHER LAW OFFICE

s/ Tracey Fischer
Tracey Ann Fischer
13366 Tilford Road
Piedmont, SD 57769
(605) 347-2193
(605) 347-2194 (fax)

GUNDERSON, PALMER, GOODSELL & NELSON, LLP

s/ J. Crisman Palmer
J. Crisman Palmer
440 Mt. Rushmore Road
P.O. Box 8045
Rapid City, SD 57709
(605) 342-1078
(605) 342-9503 (fax)

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEYENNE RIVER SIOUX TRIBE, et al.<br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | ) | Civil No. 03-600-L<br>Chief Judge Edward J. Damich |

## AFFIDAVIT OF J. CRISMAN PALMER

State of South Dakota )
) SS.
County of Pennington )

J. Crisman Palmer, being first duly sworn upon his oath, deposes and states as follows:

1. I am an attorney licensed to practice law in the state of South Dakota.
2. I was admitted to the South Dakota Bar in 1974, and maintain offices at 440 Mt. Rushmore Road, Rapid City, South Dakota 57701.
3. I was admitted to practice before the U.S. Court of Claims on February 15, 2005.
4. I have been retained to represent plaintiffs in the above-captioned action, and am filing this Affidavit in support of Motion to Change Attorney, which is being filed at the request of plaintiffs herein.
5. I have been authorized to advise the court that plaintiffs' present counsel of record, Ms. Tracey Fischer, consents to the change of attorney, as indicated by her signature on the Motion.

Further your affiant sayeth naught.

DATED this 15th day of May, 2006.

J. Crisman Palmer

Subscribed and sworn to before me this 15th day of May, 2006.

Karen A. Fonseca
Notary Public, South Dakota

(SEAL)
My Commission Expires: 5/15/12