**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **CHEYENNE RIVER SIOUX TRIBE, et al.,** | |
| **Plaintiffs,** | **Civil No. 03-600 L** |
| **v.** | **Chief Judge Edward J. Damich** |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**JOINT MOTION TO AMEND DISCOVERY SCHEDULE**

The parties, by and through undersigned counsel, respectfully request that the Court amend its current scheduling order dated April 6, 2006, for the reasons that the parties require additional time to complete expert discovery. Specifically, plaintiffs' experts required additional time to complete their reports which had the effect of pushing back the balance of the expert discovery schedule.

The parties are pleased to report that they have completed the depositions of fact witnesses, and that written discovery has been propounded and responded to.

Accordingly, the parties respectfully propose the following extended schedule to the Court:

Plaintiffs shall produce their expert reports by January 15, 2007;

Depositions of Plaintiffs' experts shall occur by February 16, 2007;

Defendant shall produce their expert reports by February 9, 2007;

Depositions of Defendant's experts shall occur by March 9, 2007;

The parties shall complete all discovery by March 31, 2007;

The parties shall submit a Joint Status Report on or before April 15, 2007.

Dated: November 28, 2006.

Respectfully submitted,

s/ Cris Palmer by s/ Susan V. Cook

J. CRISMAN PALMER
440 Mt. Rushmore Rd.
P. O. Box 8045
Rapid City, SD 57709
Tele (605) 342-1078
Fax (605) 342-9503
cpalmer@gpgnlaw.com

Counsel for Plaintiffs

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environmental & Natural Resources Division

s/ Susan V. Cook

SUSAN V. COOK, Senior Attorney
JAMES D. GETTE, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044
Tele (202) 305-0470
Fax (202) 305-0506
susan.cook@usdoj.gov

Counsel for Defendant