# In the United States Court of Federal Claims

No. 03-600 L
(Filed: December 1, 2006)

*********************************
*
**CHEYENNE RIVER SIOUX TRIBE,** *
***et al.*** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*********************************

**ORDER**

On November 28, 2006, the parties filed a Joint Motion to Amend Discovery Schedule requesting that expert discovery be extended until March 31, 2007. The Court grants the parties' motion and hereby ORDERS that the expert discovery schedule on liability be revised as follows:

***Expert Discovery Schedule on Liability***

- The Plaintiffs shall produce expert witness reports by **January 15, 2007**.
- The Defendant shall produce expert witness reports by **February 9, 2007**.
- The Defendant shall complete the depositions of expert witnesses by **February 16, 2007**.
- The Plaintiff shall complete the depositions of expert witnesses by **March 9, 2007**.
- The parties shall complete expert discovery by **March 30, 2007**.

- The parties shall submit a Joint Status Report on or before **April 16, 2007**. The report shall address, *inter alia*, the possibility of settlement, whether either of the parties intends to file a dispositive motion (and, if so, what schedule is proposed for such motion(s)), and how the parties propose to proceed towards trial (see "Proposed Trial Preparation Order" posted on the Court's web site under the name of the undersigned).

Pursuant to the Court's scheduling order dated April 6, 2006, fact discovery shall still be completed by **January 31, 2007**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge