**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**CHEYENNE RIVER SIOUX TRIBE, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES OF AMERICA,**

**Defendant.**

**Civil No. 03-600 L**

**Chief Judge Edward J. Damich**

**JOINT STATUS REPORT**

On November 28, 2006, after fact discovery had been completed, the parties filed a Joint Motion to Amend Discovery Schedule to provide additional time for expert witnesses to complete their reports and for the parties to conduct depositions of the expert witnesses. On December 1, 2006, the Court granted the parties' motion, set a March 30, 2007 deadline for the completion of expert discovery, and directed the parties to submit a Joint Status Report on or before April 16, 2007. Pursuant to the Court's order, the parties, by and through undersigned counsel, respectfully submit this Joint Status Report.

**LIMITED EXPERT DISCOVERY**

The parties are pleased to report that experts for both parties have produced their initial reports and have been deposed. Each party, however, believes that a minimal amount of rebuttal work by the parties' experts would benefit the resolution of this case. Thus, the parties propose the following limited extension of the discovery schedule to the Court:

- Both parties shall produce rebuttal expert witness reports, if any, on or before June 15, 2007.

- Telephonic depositions limited to rebuttal expert witness reports shall occur by June 29, 2007.

**SETTLEMENT AND DISPOSITIVE MOTIONS**

The parties have conferred regarding settlement and do not believe that settlement is possible at this time. In addition, the parties do not anticipate filing dispositive motions before trial. Thus, the parties request that the case be set for trial.

**TRIAL DATE AND LOCATION**

The properties at issue are in north-central South Dakota and both parties agree that a site visit by the Court would be beneficial to the resolution of this case. Because winter snowstorms would make access to and meaningful review of the property difficult, the parties request that the trial be set to commence on or about October 16, 2007, in order to allow the trial to be completed before the onset of adverse winter weather. The parties estimate that trial will take approximately two weeks.

**PRE-TRIAL SCHEDULE**

The parties have conferred and propose the following pre-trial schedule:

- July 6, 2007 – Plaintiffs shall serve Proposed Findings of Fact, Preliminary Witness List, and Preliminary Exhibit List
- July 27, 2007 – Defendant shall serve Responses to Plaintiffs' Proposed Findings of Fact, Additional Proposed Findings of Fact, Preliminary Witness List, and Preliminary Exhibit List
- August 7, 2007 – Meeting of Counsel
- August 14, 2007 – Parties file Joint Statement of Good Faith Conduct, Joint Notice of Proposed Procedures for Sequestration of Witnesses, Motions for Leave to Present Evidence by way of Deposition Testimony, and Motions in Limine
- August 21, 2007 – Parties file Oppositions to Motions for Leave to

Present Evidence by way of Deposition Testimony; Joint Stipulation of Facts, Witnesses, and Exhibits; Non-Stipulated Findings of Facts; Final Witness Lists; and Final Exhibit Lists

- August 31, 2007 – Plaintiffs file Memorandum of Fact and Law

- September 18, 2007 – Defendant files Memorandum of Fact and Law

- On or about October 2, 2007 – Pre-trial Conference

Dated: April 16, 2007.

Respectfully submitted,

s/ Cris Palmer by s/ James D. Gette
J. CRISMAN PALMER
440 Mt. Rushmore Rd.
P. O. Box 8045
Rapid City, SD 57709
Tele (605) 342-1078
Fax (605) 342-9503
cpalmer@gpgnlaw.com

Counsel for Plaintiffs

MATTHEW J. McKEOWN
Acting Assistant Attorney General
Environmental & Natural Resources Division

s/ Susan V. Cook by s/ James D. Gette
SUSAN V. COOK, Senior Attorney
JAMES D. GETTE, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044
Tele (202) 305-0470
Fax (202) 305-0506
susan.cook@usdoj.gov

Counsel for Defendant