# In the United States Court of Federal Claims

No. 03-600 L
(Filed: May 1, 2007)

```
*********************************
                                *
CHEYENNE RIVER SIOUX TRIBE,     *
          et al.                *
                                *
               Plaintiffs,      *
                                *
     v.                         *
                                *
THE UNITED STATES,              *
                                *
               Defendant.       *
                                *
*********************************
```

**ORDER**

On April 16, 2007, the parties filed a joint status report in which they requested a limited extension of the current discovery schedule. As requested, the Court hereby ORDERS that the expert discovery schedule on liability be extended as follows:

***Expert Discovery Schedule on Liability***

- Both parties shall produce rebuttal expert reports on or before **June 15, 2007**.
- Telephonic depositions limited to rebuttal expert witness reports shall occur on or before **June 29, 2007**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge