**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 03-600-L

| | | |
|---|---|---|
| CHEYENNE RIVER SIOUX TRIBE, et al. | ) | |
| Plaintiffs, | ) | Chief Judge Edward J. Damich |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' LIST OF TRIAL EXHIBITS**

Plaintiffs Cheyenne River Sioux Tribe, et al., by and through their counsel of record, J. Crisman Palmer, of Gunderson, Palmer, Goodsell & Nelson, LLP, herein file their List of Trial Exhibits. The corresponding paragraph(s) of Plaintiffs' Proposed Findings of Fact are identified following each exhibit.

As a preliminary matter, plaintiffs reserve the right to utilize any exhibit delineated by the defendant, and any exhibit made necessary for rebuttal purposes.

1. **Aggradation and Degradation Aspects of the Missouri River Main Stem Dams.** *See* Plaintiffs' Proposed Finding of Fact Nos. 1 and 156.

2. **Sedimentation in the Cheyenne River Arm – Lake Oahe, 1958-1991, January 1993.** *See* Plaintiffs' Proposed Finding of Fact Nos. 2, 104-105, 108, 110-111.

3. **1993 Lake Oahe Aggradation Study.** *See* Plaintiffs' Proposed Finding of Fact Nos. 3, 31, 99, 106-107, 123-124, 141-142, and 156.

4. **Map of the Moreau River from U.S. Army Corps of Engineers dated August 17, 2004.** *See* Plaintiffs' Proposed Finding of Fact Nos. 4-13, 82, 84-88, and 193.

5. **Moreau River – Oahe Project – South Dakota Sedimentation Analysis, August 2003.** *See* Plaintiffs' Proposed Finding of Fact Nos. 12, 32-45, 99, 117-121, 139, 143, and 144.

6. **Title Commitment No. 2003-407L(5).** *See* Plaintiffs' Proposed Finding of Fact No. 14.

7. **Title Commitment No. 2003-407K(3).** *See* Plaintiffs' Proposed Finding of Fact No. 15.

8. **Range Unit #293 Grazing Permit, Cheyenne River Agency, Bureau of Indian Affairs, United States Department of Interior.** *See* Plaintiffs' Proposed Finding of Fact No. 16.

9. **Title Commitment No. 2003-407H(3).** *See* Plaintiffs' Proposed Finding of Fact No. 17.

10. **Range Unit #200 Grazing Permit, Cheyenne River Agency, Bureau of Indian Affairs, United States Department of Interior.** *See* Plaintiffs' Proposed Finding of Fact No. 18.

11. **Pasturing Authorization, Cheyenne River Agency, Bureau of Indian Affairs, United States Department of Interior.** *See* Plaintiffs' Proposed Finding of Fact No. 19.

12. **Title Commitment No. 2003-407E(1).** *See* Plaintiffs' Proposed Finding of Fact No. 20.

13. **Title Commitment No. 2003-407E(2).** *See* Plaintiffs' Proposed Finding of Fact No. 21.

14. **Title Commitment No. 2003-407E(3).** *See* Plaintiffs' Proposed Finding of Fact No. 22.

15. **Range Unit #346 Grazing Permit, Cheyenne River Agency, Bureau of Indian Affairs, United States Department of Interior.** *See* Plaintiffs' Proposed Finding of Fact No. 23.

16. **Range Unit #395 Grazing Permit, Cheyenne River Agency, Bureau of Indian Affairs, United States Department of Interior.** *See* Plaintiffs' Proposed Finding of Fact No. 23.

17. **Real Estate Memorandum MO 76, September 15, 1956.** *See* Plaintiffs' Proposed Finding of Fact No. 24-26.

18. **Real Estate Memorandum MO 133 and Endorsements.** *See* Plaintiffs' Proposed Finding of Fact Nos. 145-149, 160-161.

19. **2007 Report of Vernon Schaefer.** *See* Plaintiffs' Proposed Finding of Fact No. 29, 31, 40, 43-45, 48, 51-57, 90-95, 97-99, 101-102, 106-107, 109, 112, 123-127, 136, 141-144, 154, 159, 162-164, 187, 190-191, 193-194.

20. **October 29, 2002, Anderson Statement.** *See* Plaintiffs' Proposed Finding of Fact Nos. 46, 165-166, 169-171, 177, 181-182.

21. **October 29, 2002, Lawrence Statement.** *See* Plaintiffs' Proposed Finding of Fact Nos. 46, 94, 102, 159, 165-166, 173, 187, 190-191, 193.

22. **October 28, 2002, Ducheneaux Statement.** *See* Plaintiffs' Proposed Finding of Fact Nos. 95, 97, 166, 169, 171, 187, 190, 193.

23. **October 28, 2002, Mowrer Statement.** *See* Plaintiffs' Proposed Finding of Fact Nos. 97, 165, 169, 171, 174, 177, 187-190, 193.

24. **October 29, 2002, Smith Statement.** *See* Plaintiffs' Proposed Finding of Fact Nos. 174, 193.

25. **Photographs taken by Robert and Vivian Smith.** *See* Plaintiffs' Proposed Finding of Fact Nos. 47, 80, 166-167, 172, 174, 182, 193.

26. **1948, 1997, 2004, 2005, and 2006 aerial photographs.** *See* Plaintiffs' Proposed Finding of Fact No. 49, 78, 89, 130-132, 193.

27. **January 15, 2007, Report of W. Carter Johnson.** *See* Plaintiffs' Proposed Finding of Fact Nos. 49, 77-79, 81-83, 85-86, 130-132, 134, 183-184, 186, 193.

28. **Curriculum Vitae of Vernon Schaefer.** *See* Plaintiffs' Proposed Finding of Fact Nos. 51, 193.

29. **Curriculum Vitae of Robert Nielsen.** *See* Plaintiffs' Proposed Finding of Fact Nos. 51, 193.

30. **Schaefer Field Notes.** *See* Plaintiffs' Proposed Finding of Fact Nos. 51-57, 193.

31. **Schaefer Site Investigation Photographs.** *See* Plaintiffs' Proposed Finding of Fact Nos. 51-57, 124, 193.

32. **August 9, 2004, Nielsen Site Investigation Report.** *See* Plaintiffs' Proposed Finding of Fact Nos. 51, 58, 62-64, 66, 69, 70-73, 75-76, 128-129, 133, 193.

33. **August 12, 2004, Nielsen Site Investigation Report.** *See* Plaintiffs' Proposed Finding of Fact Nos. 51, 58, 62, 69-76, 128-129, 133, 193.

34. **August 30, 2004, Nielsen Site Investigation Report.** *See* Plaintiffs' Proposed Finding of Fact Nos. 51, 58, 62, 65-73, 75-76, 128-129, 133, 193.

35. **Nielsen Site Investigation Photographs.** *See* Plaintiffs' Proposed Finding of Fact Nos. 51, 58-59, 62-72, 75-76, 89, 128-129, 133, 193.

36. **January 15, 2007, Report of Robert Nielsen.** *See* Plaintiffs' Proposed Finding of Fact Nos. 51, 58-61, 68-76, 78, 89, 128-129, 131-134, 193.

37. **Nielsen Field Notes.** *See* Plaintiffs' Proposed Finding of Fact Nos. 51, 58, 62-67, 69-76, 89, 128-129, 133-134, 193.

38. **Boring Logs.** *See* Plaintiffs' Proposed Finding of Fact Nos. 52-57, 193.

39. **Maps of Boring Locations.** *See* Plaintiffs' Proposed Finding of Fact Nos. 52-57, 193.

40. **Plots of Pits on 2004 Photo Base.** *See* Plaintiffs' Proposed Finding of Fact Nos. 59, 62-73, 75, 128, 193.

41. **Plots of Pits on 1948 Photo Base.** *See* Plaintiffs' Proposed Finding of Fact Nos. 59, 62-73, 75, 128, 193.

42. **NRCS Soil Mapping Units Overlay 1948 Photo Base and depicting pit locations.** *See* Plaintiffs' Proposed Finding of Fact Nos. 59, 62-75, 128-129, 193.

43. **Bark Samples.** *See* Plaintiffs' Proposed Finding of Fact Nos. 64, 193.

44. **NRCS Soil Survey Map.** *See* Plaintiffs' Proposed Finding of Fact Nos. 68-70, 73-76, 128, 193.

45. **Maps compiled by the U.S. Army Corps of Engineers created from 1945 aerial photographs.** *See* Plaintiffs' Proposed Finding of Fact No. 77-79, 83, 86, 130-132, 134, 193.

46. **Curriculum Vitae of W. Carter Johnson.** *See* Plaintiffs' Proposed Finding of Fact Nos. 81, 193.

47. **Johnson Field Notes.** *See* Plaintiffs' Proposed Finding of Fact Nos. 81-88, 130-132, 134, 193.

48. **December 2004 Report of W. Carter Johnson.** *See* Plaintiffs' Proposed Finding of Fact Nos. 84, 88, 193.

49. **1975 Structure Inventory & Appraisal Sheet.** *See* Plaintiffs' Proposed Finding of Fact Nos. 93, 140, 153, 159, 162-164, 187, 190, 193.

50. **Supplementary Bridge Inspection Report and Structure Inventory & Appraisal Sheet.** *See* Plaintiffs' Proposed Finding of Fact No. 150-152, 162-164.

51. **1977 Structure Inventory & Appraisal Sheet.** *See* Plaintiffs' Proposed Finding of Fact Nos. 155, 162-164.

52. **March 22-26, 1997, photographs taken by Dave Nelson.** *See* Plaintiffs' Proposed Finding of Fact Nos. 97, 187, 190, 193.

53. **March 1997, photographs taken by Mary Jane Anderson.** *See* Plaintiffs' Proposed Finding of Fact Nos. 97-98, 187, 190, 193.

54. **March 1997, CRST Game, Fish & Parks Video.** *See* Plaintiffs' Proposed Finding of Fact No. 97-98, 187, 190, 193.

55. **March 23, 1997, Ducheneaux Video.** *See* Plaintiffs' Proposed Finding of Fact No. 97-98, 187, 190, 193.

56. **USACE End of Month Reservoir Elevation data for Oahe Reservoir.** *See* Plaintiffs' Proposed Finding of Fact No. 98, 111-112.

57. **Hydraulics Section Aggradation Study – Moreau River, South Dakota, October 16, 2003.** *See* Plaintiffs' Proposed Proposed Finding of Fact Nos. 113-114, 116, 127.

58. **Deposition of Jeff McClenathan.** *See* Plaintiffs' Proposed Finding of Fact No. 115.

59. **Deposition of John Remus** *See* Plaintiffs' Proposed Finding of Fact No. 122.

60. **Kriged Depth to Buried Soil Horizon graphic**; *See* Plaintiffs' Proposed Finding of Fact No. 129.

61. **USGS Topographic Maps.** *See* Plaintiffs' Proposed Finding of Fact No. 135.

62. **Schaefer calculation overlays.** *See* Plaintiffs' Proposed Finding of Fact No. 135.

63. **FEMA Studies.** Plaintiffs' Proposed Finding of Fact No. 135.

64. **October 25, 1956 Correspondence.** *See* Plaintiffs' Proposed Finding of Fact No. 136.

65. **Correspondence to Chief of Engineers, Department of Army, August 13, 1954.** *See* Plaintiffs' Proposed Finding of Fact No. 137.

66. **First Ind. Dated August 13, 1954.** *See* Plaintiffs' Proposed Finding of Fact No. 138.

67. **Correspondence dated November 2, 1960.** *See* Plaintiffs' Proposed Finding of Fact No. 138.

68. **Report of Todd R. Mortenson.** *See* Plaintiffs' Proposed Finding of Fact Nos. 175-178, 180-182, 193.

69. **Curriculum Vitae of Todd R. Mortenson.** *See* Plaintiffs' Proposed Finding of Fact No. 178.

70. **Complaint.** *See* Plaintiffs' Proposed Finding of Fact No. 200.

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July, 2007, I served, electronically, a true and correct copy of **Plaintiffs' List of Trial Exhibits** on:

Ms. Susan V. Cook
Senior Attorney
Mr. James D. Gette
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington D.C. 20044-0663

*<u>/s J. Crisman Palmer</u>*______________
J. Crisman Palmer