# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-600-L

| | | |
|---|---|---|
| CHEYENNE RIVER SIOUX TRIBE, et al.<br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chief Judge Edward J. Damich |

## PLAINTIFFS' LIST OF WITNESSES

Plaintiffs Cheyenne River Sioux Tribe, et al., by and through their counsel of record, J. Crisman Palmer, of Gunderson, Palmer, Goodsell & Nelson, LLP, herein file their List of Witnesses. The corresponding paragraphs of Plaintiffs' Proposed Findings of Fact, for which each witness will provide supporting testimony, are identified following each witness.

As a preliminary matter, plaintiffs reserve the right to examine any witness delineated by the defendant, and to call any witnesses made necessary for rebuttal purposes. Plaintiffs advise that the time limits designated below for direct examination are estimates only. The full allotment of time may not be used.

1. **John Garrison.** *See* Plaintiffs' Proposed Findings of Fact Nos. 1, 32 -45, 99, 117-121, 139, 143, 144, 156, 163, 164. Plaintiffs anticipate needing 2 hours for direct examination.

2. **John Remus.** *See* Plaintiffs' Proposed Finding of Fact Nos. 1-3, 5, 11-13, 24-26, 30-39, 41, 42, 44, 45, 99, 104, 105, 108, 110, 117-122, 136-153, 155-158, 160-164. Plaintiffs anticipate needing 3 hours for direct examination.

3. **Eric Stasch**. *See* Plaintiffs' Proposed Finding of Fact Nos. 1, 2, 24-26, 103, 105, 137, 138, 156, 192. Plaintiffs anticipate needing 1 hour and 30 minutes for direct examination.

4. **Greg Bourland**. *See* Plaintiffs' Proposed Finding of Fact Nos. 4, 7, 9, 10, 17, 21, 22. Plaintiffs anticipate needing 30 minutes for direct examination.

5. **Dick Anderson.** *See* Plaintiffs' Proposed Finding of Fact Nos. 7, 8, 14, 22-28, 46, 50, 80, 90, 96, 97, 103, 165-171, 177, 179, 181, 182, 185, 187, 190, 192-200. Plaintiffs anticipate needing 2 hours for direct examination.

6. **Lyle Anderson**. *See* Plaintiffs' Proposed Finding of Fact Nos. 7, 8, 27, 28, 46, 50, 80, 90, 95-97, 100, 103, 165-170, 173, 175, 177-182, 185, 187, 188, 190-200. Plaintiffs anticipate needing 2 hours for direct examination.

7. **Mary Jane Anderson.** *See* Plaintiffs' Proposed Finding of Fact Nos. 27, 98, 100, 168, 187, 190, 191, 193. Plaintiffs anticipate needing 1 hours for direct examination.

8. **Pat Lawrence.** *See* Plaintiffs' Proposed Finding of Fact Nos. 7, 8, 15, 16, 27, 28, 46, 50, 80, 90, 94-97, 100, 102, 103, 159, 165-167, 168, 172, 173, 179, 187, 190-200. Plaintiffs anticipate needing 2 hours for direct examination.

9. **Gregg Mowrer.** *See* Plaintiffs' Proposed Finding of Fact Nos. 7, 10, 20, 23, 27, 28, 47, 50, 56, 57, 80, 90, 95-97, 100, 102, 103, 129, 165-171, 174-179, 182, 185, 187, 189, 190-200. Plaintiffs anticipate needing 2 hours for direct examination.

10. **Edwina Mowrer.** *See* Plaintiffs' Proposed Finding of Fact Nos. 10, 20, 23, 27, 28, 47, 167, 170, 195-197, 199, 200 . Plaintiffs anticipate needing 2 hours for direct examination.

11. **Charlotte Lawrence.** *See* Plaintiffs' Proposed Finding of Fact No. 15. Plaintiffs anticipate needing 15 minutes for direct examination.

12. **Robert Smith.** *See* Plaintiffs' Proposed Finding of Fact Nos. 18, 19, 27, 47, 50, 80, 167, 172, 174, 182, 193-196, 199. Plaintiffs anticipate needing 1 hour and 30 minutes for direct examination.

13. **Tom Smith.** *See* Plaintiffs' Proposed Finding of Fact Nos. 46, 174, 193. Plaintiffs anticipate needing 30 minutes for direct examination.

14. **Vivian Smith.** *See* Plaintiffs' Proposed Finding of Fact Nos. 47, 182. Plaintiffs anticipate needing 30 minutes for direct examination.

15. **Bob Ducheneaux.** *See* Plaintiffs' Proposed Finding of Fact Nos. 27, 80, 90, 95-98, 100, 166, 169, 171, 187, 190, 191, 193. Plaintiffs anticipate needing 2 hours for direct examination.

16. **Vernon Schaefer**. *See* Plaintiffs' Proposed Finding of Fact Nos. 29, 31-45, 48, 51-57, 90-95, 97-102, 105-114, 116-121, 123-127, 135, 136, 139, 141-144, 154, 159, 162-164, 187, 190, 191, 193, 194, 197. Plaintiffs anticipate needing 3 hours for direct examination.

17. **Carter Johnson.** *See* Plaintiffs' Proposed Finding of Fact Nos. 49, 77-79, 81-89, 130-132, 134, 183, 184, 186. Plaintiffs anticipate needing 2 hours for direct examination.

18. **Robert Nielsen.** *See* Plaintiffs' Proposed Finding of Fact Nos. 51, 58-76, 78, 89, 128, 129, 131-134, 193 197. Plaintiffs anticipate needing 2 hours and 30 minutes for direct examination.

19. **Dave Nelson.** *See* Plaintiffs' Proposed Finding of Fact Nos. 80, 97, 100, 103, 167, 187, 190-193. Plaintiffs anticipate needing 1 hour and 30 minutes for direct examination.

20. **Dennis Rousseau.** *See* Plaintiffs' Proposed Finding of Fact Nos. 80, 97, 98, 100, 103, 167, 168, 182, 185, 187, 190-193. Plaintiffs anticipate needing 2 hours 30 minutes for direct examination.

21. **Jeff McClenathan.** *See* Plaintiffs' Proposed Finding of Fact Nos. 113-116, 125. Plaintiffs anticipate needing 1 hours for direct examination.

22. **Todd Mortenson.** *See* Plaintiffs' Proposed Finding of Fact Nos. 175-178, 180-182, 193. Plaintiffs anticipate needing 1 hour and 30 minutes for direct examination.

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July, 2007, I served, electronically, a true and correct copy of **Plaintiffs' List of Witnesses** on:

Ms. Susan V. Cook
Senior Attorney
Mr. James D. Gette
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington D.C. 20044-0663

*/s J. Crisman Palmer*_______________
J. Crisman Palmer