# In the United States Court of Federal Claims

No. 03-600 L
(Filed: August 31, 2007)

| | |
|---|---|
| ********************************* | |
| | * |
| **CHEYENNE RIVER SIOUX TRIBE, *et al.*** | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************* | |

**ORDER**

On August 30, 2007, a telephonic status conference was held to discuss the parties' joint motion for extension of pre-trial and trial dates and to schedule new dates for the pre-trial conference and for trial. The pre-trial conference shall now be held on April 16, 2008, at 2:00pm. Trial shall commence on May 28, 2008, and shall continue for ten days, through June 10, 2008.

As for the remaining pre-trial deadlines, the parties are hereby ORDERED to submit a joint proposed pre-trial schedule, in accordance with the pre-trial order, on or before September 7, 2007.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge