**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 03-600-L

| | |
|---|---|
| CHEYENNE RIVER SIOUX TRIBE, et al.<br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Chief Judge Edward J. Damich |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of August 31, 2007, setting the pretrial conference for April 16, 2008, and the trial date for May 28, 2008, the parties hereby submit this joint status report.

The parties jointly request that the Court set the pretrial schedule as follows:

| Trial Prep. Order | Tasks | Date |
|---|---|---|
| 2.a.i.(3) | Plaintiffs Complete Production of Proposed Trial Exhibits | 09/25/2007 |
| 2.a.ii. | Defendant's (1) Response to Plaintiffs' Proposed Findings of Fact; (2) Proposed Additional Findings of Fact; (3) Witness List; (4) Exhibit List; (5) Exhibits | 10/15/2007 |
| 2.a.iii. | Plaintiffs' (1) Response to Defendant's Proposed Additional Findings of Fact; (2) Rebuttal Proposed Findings of Fact; (3) List of Rebuttal Witnesses; (4) List of Rebuttal Exhibits, with | 11/15/2007 |

| | | |
|---|---|---|
| | Explanation | |
| 2.b. | Meeting of Counsel | 12/01/2007 |
| 2.c.i. | (1) Joint Statement of Good Faith Conduct; (2) Joint Notice of Proposed Procedures for Sequestration; (3) Motions to Present Substantive Evidence by Way of Depositions; (4) Objections/Motions in Limine Regarding the Opposing Party's Witnesses and Exhibits | 01/01/2008 |
| 2.c.ii. | (1) Objections to Motions to Present Substantive Evidence by Way of Depositions; (2) Joint Stipulation of Facts; (3) Joint Stipulation of Witnesses; (4) Joint Stipulation of Exhibits; (5) Findings of Fact Other than Stipulated Findings; (6)Final Witness Lists; (7) Final Exhibit Lists | 02/05/2008 |
| 2.c.iii.(1) | Plaintiffs' Memorandum of Fact and Law | 02/15/2008 |
| 2.c.iii.(2) | Defendant's Responsive Memorandum of Fact and Law | 03/01/2008 |
| | Pre-trial conference | 04/16/2008 |
| | Trial | 05/28/2008-06/10/2008 |

Dated: September 6, 2007.

Respectfully submitted,

s/ J. Crisman Palmer

J. CRISMAN PALMER
440 Mt. Rushmore Rd.
P. O. Box 8045
Rapid City, SD 57709
Tele (605) 342-1078
Fax (605) 342-9503
cpalmer@gpgnlaw.com

Counsel for Plaintiffs

MATTHEW J. McKEOWN
Acting Assistant Attorney General
Environmental & Natural Resources Division

s/ Susan V. Cook by s/ J. Crisman Palmer
SUSAN V. COOK, Senior Attorney
JAMES D. GETTE, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044
Tele (202) 305-0470
Fax (202) 305-0506
susan.cook@usdoj.gov