**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **CHEYENNE RIVER SIOUX TRIBE, et al.,** | |
| **Plaintiffs,** | **Civil No. 03-600 L** |
| **v.** | **Chief Judge Edward J. Damich** |
| **UNITED STATES,** | |
| **Defendant.** | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR EXTENSION OF PRE-TRIAL DATE**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), Defendant UNITED STATES hereby moves for an unopposed enlargement of time of seven (7) days, or to and including Monday, October 22, in which to serve its Response to Plaintiffs' Proposed Findings of Fact.

Pursuant to the Court's order of September 17, 2007, Defendant's Response is currently due October 15, 2007. The parties have jointly requested and received one previous re-scheduling of this deadline.

Defendant is carefully abiding by the Court's instruction in the Revised Trial Preparation Order to "act in good faith to list all witnesses, exhibits, and objections in these 'preliminary' exchanges." Revised Trial Preparation Order at 1, n.1. This effort has required the commitment of substantial time and resources. Defendant believes that this short amount of additional time should not meaningfully delay any further deadlines under the Court's Order and will enable

Defendant to provide a more thorough response to Plaintiffs' proposed findings.

Defendant has conferred with counsel for Plaintiff, who advises that Plaintiff does not oppose the granting of this motion for an enlargement of time.

Accordingly, Defendant respectfully requests that the Court grant this motion for an enlargement of time to and including October 22, 2007, in which Defendant may serve its Response to Plaintiffs' Proposed Findings of Fact.

Dated: October 12, 2007.

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environmental & Natural Resources Division

/s/ Susan V. Cook

SUSAN V. COOK, Senior Attorney
JAMES D. GETTE, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044
Tele (202) 305-0470
Fax (202) 305-0506
susan.cook@usdoj.gov

Attorneys for Defendant

416403.1