**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CHEYENNE RIVER SIOUX TRIBE, et al.,** | ) | |
| **Plaintiffs,** | ) | **No. 03-600 L** |
| **v.** | ) | **Chief Judge Edward J. Damich** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**JOINT MOTION TO EXTEND**
**DEADLINE IN REVISED TRIAL PREPARATION ORDER**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff and Defendant hereby jointly move for an enlargement of time of 18 days, or to and including January 18, 2007, for the parties to file the documents due pursuant to Paragraph 2(c) of the Court's Revised Trial Preparation Order entered September 11, 2007.

Pursuant to the Court's Revised Trial Preparation order of September 11, 2007, the parties are due to file the documents called for by Paragraph 2(c) on or before January 1, 2008.

No previous enlargements of this deadline have been requested.

Because of conflicting holiday, vacation and work travel schedules, the parties need additional time in which to confer and coordinate the January 1 filings. The parties do not anticipate that the extension of the January 1 deadline will in any way affect the subsequent deadlines set forth in the Revised Trial Preparation Order.

Defendant has conferred with counsel for Plaintiff, who has authorized Defendant to

submit this motion on behalf of both parties.

Accordingly, the parties respectfully request that the Court extend the due date for the January 1 documents to and including January 18, 2008.

Dated: January 2, 2008.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environmental & Natural Resources Division

s/ Susan V. Cook
SUSAN V. COOK, Senior Attorney
JAMES D. GETTE, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044
Tele (202) 305-0470
Fax (202) 305-0506
susan.cook@usdoj.gov

Attorneys for Defendant

429301.1