**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **CHEYENNE RIVER SIOUX TRIBE, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 03-600 L**<br><br>**Chief Judge Edward J. Damich** |

**JOINT MOTION TO EXTEND DEADLINE IN REVISED TRIAL PREPARATION ORDER**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff and Defendant hereby jointly move for an enlargement of time of 2 business days, or to and including January 23, 2008, for the parties to file the documents due pursuant to Paragraph 2(c) of the Court's Revised Trial Preparation Order entered September 11, 2007.

Currently, the parties are due to file the documents called for by Paragraph 2(c) on or before January 18, 2008.

One previous enlargement of this deadline was approved by the Court.

The parties have conferred regarding the issues addressed by Paragraph 2(c), but because of an illness of lead counsel for the United States and work schedules, the parties need additional time in which to complete the documents called for by Paragraph 2(c). The parties do not anticipate that the extension of this deadline will in any way affect the subsequent deadlines set forth in the Revised Trial Preparation Order.

Defendant has conferred with counsel for Plaintiff, who has authorized Defendant to submit this motion on behalf of both parties.

Accordingly, the parties respectfully request that the Court extend the due date for the documents called for in Paragraph 2(c) to and including January 23, 2008.

Dated: January 17, 2008.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environmental & Natural Resources Division

/s/ Susan V. Cook by /s/ James D. Gette

SUSAN V. COOK, Senior Attorney
JAMES D. GETTE, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044
Tele (202) 305-0470
Fax (202) 305-0506
susan.cook@usdoj.gov

Attorneys for Defendant

432146.1