# In the United States Court of Federal Claims

No. 03-600 L
(Filed: January 22, 2008)

| | |
|---|---|
| **CHEYENNE RIVER SIOUX TRIBE, *et al.*** | |
| Plaintiffs, | |
| v. | |
| **THE UNITED STATES,** | |
| Defendant. | |

## ORDER

On January 17, 2008, the parties jointly moved to extend the deadline to January 23, 2008, for filing the documents listed in paragraph 2(c) of the Court's September 11, 2007 Revised Trial Preparation Order. In making this request, the parties stated that they do not anticipate that the extension of this deadline will affect subsequent deadlines from the Revised Trial Preparation Order.

The Court hereby GRANTS the parties' motion. However, the Court does not anticipate granting any further extensions of time, absent a showing of extraordinary circumstances. As trial approaches, each extension of a deadline presents an imposition on the Court by shrinking the amount of time the Court has to rule on motions, etc. Thus, it is imperative that the parties work diligently to maintain the trial preparation schedule.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge