# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-600-L

| | | |
|---|---|---|
| CHEYENNE RIVER SIOUX TRIBE, et al.<br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chief Judge Edward J. Damich |

## AFFIDAVIT OF AMY K. KOENIG

State of South Dakota )
) ss.
County of Pennington )

Amy K. Koenig, being duly sworn upon her oath, states as follows:

1. I am an Associate with Gunderson, Palmer, Goodsell & Nelson, L.L.P., counsel for Plaintiffs in the above-entitled action.

2. A true and correct copy of the April 6, 2006, Order, is attached hereto as Exhibit 1.

3. A true and correct copy of the December 1, 2006, Order, is attached hereto as Exhibit 2.

4. A true and correct copy of the May 1, 2007, Order, is attached hereto as Exhibit 3.

5. A true and correct copy of correspondence dated August 3, 2007, is attached hereto as Exhibit 4.

6. A true and correct copy of correspondence dated August 16, 2007, is attached hereto as Exhibit 5.

7. A true and correct copy of correspondence dated September 18, 2007, is attached hereto as Exhibit 6.

Dated this 23rd day of January, 2008.

Amy K. Koenig

Amy K. Koenig

Subscribed and sworn to, before me, the undersigned officer, this 23rd day of January, 2008.

Kristy Karrels

Notary Public, South Dakota

(SEAL)

My Commission Expires: My Commission Expires November 16, 2010