# In the United States Court of Federal Claims

No. 03-600 L
(Filed: April 6, 2006)

| | |
|---|---|
| ********************************** | |
| | * |
| **CHEYENNE RIVER SIOUX TRIBE,** | * |
| ***et al.*** | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

## ORDER

In light of the parties' Joint Motion to Amend Discovery Schedule filed on April 3, 2006, the Court ORDERS that the discovery schedule set forth in the court's January 12, 2006, Order shall be amended to reflect the extension requested by the parties. In addition, the case shall be bifurcated for liability and damages. Accordingly, the parties shall adhere to the following discovery schedule on liability for the 3 selected parcels:

***Discovery Schedule on Liability***

- The Defendant shall disclose the identity of expert witnesses by **April 21, 2006.**
- The parties shall propound all written discovery, including interrogatories, requests for admission, and document production requests by **May 31, 2006.**
- The parties shall complete depositions of fact witnesses by **August 30, 2006.** Depositions are tentatively scheduled to be held in Rapid City, South Dakota.
- The Plaintiffs shall produce expert witness reports by **September 30, 2006.**
- The Defendant shall produce expert witness reports by **October 31, 2006.**



EXHIBIT
tabbies
1

- The parties shall complete the depositions of expert witnesses by **January 19, 2007.**

- The parties shall complete all discovery by **January 31, 2007.**

- The parties shall submit a Joint Status Report on or before **February 14, 2007.** The report should provide the court with a detailed summary of the progress that has been made, the possibility of settlement, and a recommendation on how to proceed.

The court is not inclined to grant additional extensions of time absent compelling circumstances.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge