# In the United States Court of Federal Claims

No. 03-600 L
(Filed: May 1, 2007)

| | |
|---|---|
| ********************************* | |
| | * |
| **CHEYENNE RIVER SIOUX TRIBE, *et al.*** | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************* | |

## ORDER

On April 16, 2007, the parties filed a joint status report in which they requested a limited extension of the current discovery schedule. As requested, the Court hereby ORDERS that the expert discovery schedule on liability be extended as follows:

***Expert Discovery Schedule on Liability***

- Both parties shall produce rebuttal expert reports on or before **June 15, 2007**.
- Telephonic depositions limited to rebuttal expert witness reports shall occur on or before **June 29, 2007**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge

EXHIBIT
tabbies
3