U.S. Department of Justice

Environment and Natural Resources Division

lm
DJ# 90-1-23-10920

*Natural Resources Section*
*P.O. Box 663*
*Ben Franklin Station*
*Washington, DC 20044-0663*

*Telephone (202) 305-0437*
*Facsimile (202) 305-0506*

August 3, 2007

**VIA FEDEX**

Mr. J. Crisman Palmer
Attorney at Law
Assurant Building
440 Mt. Rushmore Rd.
P.O. Box 8045
Rapid City, South Dakota 57709-8045

Re: Cheyenne River Sioux Tribe, et al. V. United States

Dear Mr. Palmer:

Please find enclosed a map that shows the 3 test parcels overlain on the original map showing all plaintiffs. We also include an "Executive Summary" by Dr. Paul H. Schwartz dated April 27, 2007, which will be placed in front of his original report in the trial exhibit.

Sincerely,

Lynn Miller
Paralegal

encl. (2)

EXHIBIT
tabbies
4