U.S. Department of Justice

Environment and Natural Resources Division

lm
90-1-23-10920

*Natural Resources Section*
*P.O. Box 663*
*Ben Franklin Station*
*Washington, DC 20044-0663*

*Telephone (202) 305-0437*
*Facsimile (202) 305-0506*

August 16, 2007

RECEIVED
AUG 20 2007
GUNDERSON, PALMER
GOODSELL & NELSON

**VIA FEDEX**

Mr. J. Crisman Palmer
Attorney at Law
Assurant Building
440 Mt. Rushmore Rd.
P.O. Box 8045
Rapid City, South Dakota 57709-8045

Re: Cheyenne River Sioux Tribe, et al. V. United States

Dear Mr. Palmer:

You will find enclosed Dr. Paul H. Schwartz's updated "Executive Summary" dated April 27,2007, bates range from US006692 through US006698, to be replaced with the one you have in your possession, mailed to you on August 3, 2007.

Sincerely,

Lynn Miller
Lynn Miller
Paralegal

encl.

EXHIBIT
tabbies
5