**U.S. Department of Justice**

Environment and Natural Resources Division

SVC
90-1-23-10920

*Natural Resources Section*
*P.O. Box 663*
*Ben Franklin Station*
*Washington, DC 20044-0663*

*Telephone (202) 305-0437*
*Facsimile (202) 305-0506*

September 18, 2007

J. Crisman Palmer, Esquire
Gunderson, Palmer, Goodsell & Nelson
440 Mt. Rushmore Road
Rapid City, SD 57709

Re: Documents Produced by United States in Discovery
Cheyenne River Sioux Tribe v. United States, Ct. FEd. C. No. 03-600

Dear Mr. Palmer:

I am writing to respond to certain inquiries you have made with respect to documents produced by the United States as part of discovery in this matter in your letters of August 15 and 22, 2007.

Beginning with your letter of August 15, you request copies of documents 10, 11a and 16 from Appendix A of Paul Schwartz's report. Document 10 is a January 28, 2005 letter from Paul Schwartz regarding his response to Dr. Schaefer's comments of November 8 2004. It was previously produced to plaintiffs in early 2005. We have re-produced it to you on September 17 as Bates Nos. US6810-6813.

Document 11a is the Corps's Excel File dated 30 November 2006. That Excel File is the various cross sections across the Moreau River along the Corps' range lines. It is merely an update to cross sections that were produced to you in August, 2006. The November 2006 version of the cross sectional data is no longer current, and we will be producing the current version to you on September 19, 2007. That data will be updated yet again with new data that will be collected in early October, 2007. We will provide you with a copy of the updated data as soon as it is available.

Document 16 is the Neil Vohl Trip Report. This document was produced to you September 17, 2007, as Bates Nos. US6840-6841.

With respect to your letter of August 22, you inquire concerning certain Bates page numbers which you have not received, specifically pages US1, US2 and US 146. Those documents were mistakenly included in the database. The database is supposed to contain only documents produced by the United States in the course of discovery in this matter. However, a number of documents were added to the database that do not fall into that category and which were not in fact responsive to any of Plaintiffs' discovery requests. These three documents were communications between agency counsel and the attorneys for the United States. As notes of counsel, they were both privileged, and not responsive to Plaintiffs' discovery requests. However, the documents are relatively innocuous, and so that we do not become sidetracked on a time-consuming yet of little relevance discovery dispute, we will be producing these documents to you. These notes were attached to documents provided by the Corps to DOJ for production to Plaintiffs, and provided information concerning the identity of documents being transmitted.

EXHIBIT
tabbies
6

Second, in your letter of August 22, you also state that you do not have Bates numbered pages US3753 through US6691. In fact, you do have those pages, but may not realize you have them because they were produced in an alternative format or produced without Bates numbers on the pages themselves. For Bates US 3753-6691, here is information concerning the identity of the documents and when they were produced:

| | |
|---|---|
| US3753-3754 | 9/27/06 Email from Susan Cook to Pamela Snyder-Varns, including attachment |
| US3755-3833 | Deposition Transcript[1] |
| US3834-3957 | Deposition Transcript |
| US3958-4581 | Corps of Engineers, Basis of Design/Definite Project Report (These pages were produced on a CD labeled D-4, which was produced 11/16/06. However, the pages on the CD were not Bates numbered. On September 17 we re-produced these documents to you, this time in a format that included their Bates page numbers.) |
| US4582-4737 | Deposition Transcript |
| US4738-4911 | Historical documents from the case of Byre v. United States (These documents were placed into the database in error; they are not responsive to Plaintiffs' discovery requests and have now been removed.) |
| US4912-4962 | February 2007, Expert Report of Michael A. Ports (This report was produced to Plaintiffs on 2/8/07.) |
| US4963-5220 | February 7, 2007, Expert Report of Barrett L. Kays (This report was produced to Plaintiffs on 2/8/07.) |
| US5221-5551 | February 9, 2007, Expert Report of Paul H. Schwartz (This report was produced to Plaintiffs on 2/8/07.) |
| US5552-5564 | Deposition Notice (Inserted into database in error; has now been removed.) |
| US5565-5583 | 2/26/07, Expert Report of John King (This report was produced to Plaintiffs on 2/27/07.) |
| US5584-5636 | 2/2007, Expert Report of Kathleen White (This report was produced to Plaintiffs on 2/27/07.) |
| US5637-5754 | Attachments to Kathleen White 2007 Expert Report. (These |

[1] All documents listed as Deposition Transcripts were placed in the database in error. These transcripts are of the depositions taken in this case, of which both counsel already have copies. They have now been removed from the database.

| | |
|---|---|
| | attachments were produced at the time of the production of the expert report.) |
| US5755-5777 | 5/2006, Preliminary Analysis/Report of Kathleen White (This report was produced to Plaintiffs no later than 2/27/07.) |
| US5778-6009 | Additional attachments to Kathleen White 2007 Expert Report (These attachments were produced to Plaintiffs at the time of production of the expert report.) |
| US6010-6042 | Historical documents from the case of Byre v. United States (These documents were placed into the database in error and have been removed.) |
| US6043-6051 | Paul Schwartz handwritten notes (This document was produced to Plaintiffs in Spring 2006.) |
| US6052-6108 | Historical documents from the case of Byre v. United States (These documents were placed into the database in error and have been removed.) |
| US6109-6233 | Deposition transcripts. |
| US6234-6257 | 6/2007, John King Supplemental Expert Report (This document was produced to Plaintiffs in June, 2007.) |
| US6258-6691 | Additional attachments to Kathleen White 2007 Expert Report (These attachments were produced to Plaintiffs at the time of production of the expert report.) |

On September 19, 2007, we will also be producing to you a copy of our index of the documents produced by the United States. While the index is a work in progress in terms of descriptions and production dates, hopefully it will assist you in your document work.

We are hopeful that this answers all your questions; please let me know if any questions remain. I apologize for the delay in getting this response out to you; given the change in paralegal personnel that we experienced, it required a surprising amount of research so that we could answer your inquiries completely.

Sincerely,

s/ Susan V. Cook

SUSAN V. COOK, Sr. Atty.
Natural Resources Section
Environment & Natural Resources Division

413204.1