**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

***(Electronically Filed January 23, 2008)***

| | | |
|---|---|---|
| **CHEYENNE RIVER SIOUX TRIBE, et al.,** | ) | |
| **Plaintiffs,** | ) | **No. 03-600 L** |
| **v.** | ) | **Chief Judge Edward J. Damich** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**JOINT STATEMENT OF GOOD FAITH CONDUCT**

COMES NOW Plaintiffs and Defendant, by counsel of record, and makes this joint report to the Court on the conduct of the pretrial meeting of counsel.

On December 3, 2007, counsel for Plaintiffs and Defendant conducted the pretrial meeting of counsel by telephonic conference call. All matters required by Appendix A, Para. 13, as well as this Court's Revised Trial Preparation Order, were discussed. Counsel in good faith discussed all objections to witnesses and exhibits and attempted to resolve any differences.

Counsel also discussed the possible settlement of this matter. After preliminary discussion, Plaintiffs determined it would be most useful for them to put together a settlement proposal and then present that proposal to Defendant; Defendant concurred with this approach.

Plaintiffs will be providing a settlement proposal to Defendant the week of January 22-25, 2008. Defendant has already begun the analysis of the settlement potential of the case and so anticipates being able to quickly respond to Plaintiffs' proposal.

Counsel for Defendant has conferred with counsel for Plaintiffs, who has authorized Defendant to submit this joint document on behalf of both parties.

Dated: January 23, 2008.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General

s/ Susan V. Cook

SUSAN V. COOK, Senior Attorney
JAMES D. GETTE, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0470
(202) 305-0506 fax
Email: susan.cook@usdoj.gov

Attorney of Record for Defendant

432788.1