**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **CHEYENNE RIVER SIOUX TRIBE, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 03-600 L**<br><br>**Chief Judge Edward J. Damich** |

**JOINT NOTICE OF**
**PROPOSED PROCEDURES FOR SEQUESTRATION**

On December 3, 2007, counsel for Plaintiffs and Defendant conducted the pretrial meeting of counsel by telephonic conference call. As directed by the Court's September 11, 2007 Revised Trial Preparation Order, the parties discussed sequestration of witnesses pursuant to Fed. R. Evid. 615. The parties have agreed to the following proposal:

(1) Witnesses qualified by the Court to testify as experts pursuant to Fed. R. Evid. 702, even if they have not yet testified, may be present to observe testimony, may review trial transcripts, and may have testimony relayed to them by counsel or other witnesses who have previously testified.

(2) Fact witnesses who have not yet testified shall be excluded from hearing the testimony of other witnesses. Neither witnesses who have already testified nor counsel shall relay the substance of previous testimony to fact witnesses who have not yet testified. Counsel will not be precluded from giving general instructions regarding the process of providing testimony to

any witness; nor will counsel be precluded from asking practice questions of witnesses who have not yet testified, so long as counsel does not relay the substance of answers provided by witnesses who have already testified.

(3) During breaks in a witness's testimony, attorneys shall not counsel the witness whose testimony is pending regarding the specific content of that witness's testimony. The attorney may, however, provide general instructions regarding the process of providing testimony.

Counsel for Defendant has conferred with counsel for Plaintiffs, who has authorized Defendant to submit this joint document on behalf of both parties.

Dated: January 23, 2008.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General

s/ Susan V. Cook by s/ James D. Gette

SUSAN V. COOK, Senior Attorney
JAMES D. GETTE, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0470
(202) 305-0506 fax
Email: susan.cook@usdoj.gov

Attorney of Record for Defendant

432869.1