# The Changing Moreau River: Sedimentation and Flooding Impacts on Area Ranches

## By Todd R. Mortenson

Flooding and sedimentation along the Moreau River causes numerous problems to ranchers trying to make a living along its banks. The loss of reliable winter and spring storm protection, loss of valuable forage production that has been gradually buried in silt and was finished off by the 1997 flood, and the loss of the animals themselves in floods and bogs has turned the Moreau River from an asset to a liability. Before the Oahe Dam was built and for a time afterward, those that made a living along its banks it could rely on the protection of a healthy river bottom ecosystem. That reliance has gradually waned as the frequency and length of flooding events increased . The flood of 1997 forever changed the Moreau River. More importantly, it changed the way people along its banks lived and operated their ranches.

The greatest impact to these ranching operations is the loss of the shelter provided by river bottoms. In a cow-calf operation, in particular, it is necessary to have shelter that cattle can rely on to protect themselves from the elements. Today, as an example, the temperature is four degrees above zero, with a 20-25 mile per hour northwest wind, making the wind chill factor –15 degrees Fahrenheit, a 19-degree difference. The cow that can get into the shelter of a healthy river bottom ecosystem and be protected by the trees and bushes has a lot better chance at survival than the cow that has no protection and must stand out in the open.

This habitat becomes even more critical when the cows are calving. Newborn calves are particularly vulnerable to the elements. Being born on a river bottom protected by trees and grass as opposed to open prairie with no protection can be the difference between a live calf (profit) and a frozen carcass (loss). Better protection means less stress on the cow, less feed required to maintain her, less stress on her calf, less sickness and more weight to sell in the fall. A calf born on a mat of grass protected from the wind by a stand of cottonwood trees on a river bottom has a good shot at survival in a blizzard. That same calf born in the muddy silt on the Moreau River bottom will certainly chill down and most would not survive without human intervention.

Loss of reliable river bottom habitat has caused these ranchers to calve cows later, run fewer cows, and suffer more weather-related livestock losses. All of these factors contribute to less weight to sell in the fall and lower profits. Ranchers have had to spend money on barns, windbreaks, and water development, all as a result of the degradation of the bottomlands. It has split the ranches in two. Where once you could easily cross the river, now you have to drive miles around to get to the other side. Some operations have

Plaintiffs' Proposed Exhibit P68
Received 7/27/07

had to hire expensive equipment to come in and clean silt out of the crossings. All of these things are costs that negatively impact a cash flow.

Having already lost the protection of the Missouri River bottoms to flooding to create Lake Oahe, the protection afforded by the Moreau River bottoms has become even more valuable. In a landscape largely devoid of trees, these river bottoms are relied upon by animals both domestic and wild as a source of protection from the elements. No amount of manmade barns or windbreaks can replace these bottoms as protection in a blizzard. The fact that a sudden flood could occur at any time and drown livestock makes the river bottom extremely risky to rely upon for protection. As many ranchers found out in 1997, it is not a risk worth taking.

Now I understand that the river bottom is still there, but as a reliable shelter in a spring blizzard, it is of little use. Say you have 100 cows, worth $1,000 a head. Are you going to allow those cows to use the river bottom as protection, knowing it might flood and you could lose $100,000, putting you out of business? Now imagine you are Lyle Anderson, asking the bank for a loan to buy some more cows. The bank will be more than a little hesitant to loan him the money, knowing the risks involved in ranching without adequate, reliable protection for the animals.

The loss of native forage on the Moreau River bottoms is another economic loss to the ranchers along its banks. Not only did flooding and siltation make the bottoms too rough and strewn with rubble to hay, but also the grasses, legumes and forbs themselves were drowned out and buried in silt. These areas are now covered in lesser quality plants that cattle cannot utilize, such as the noxious weed Canadian thistle, salt cedar, willows, cord grass, and cocklebürs, which are toxic in certain stages of development. This change in the plant community has also made it harder to herd cattle that are on the bottoms as it much more difficult to get around. The thick tangle of weeds and willows combined with the debris left by the 1997 flood has made even getting around horseback to move cattle difficult. If the cattle are "sheltered up" during a storm, moving them would be next to impossible.

When these bottoms are used, mainly in December and January, cattle have to be fed expensive hay and supplements, as there is not enough desirable forage to sustain them. Hay that was once produced on the bottoms must now be shipped in, doubling or tripling the cost to the ranchers. Purchased hay is often of lesser quality than the native hay that was produced on the bottoms prior to the flooding in 1997. Unless the purchased hay is of the same type of grass that the cow is used to eating, she will waste a lot, again increasing the cost.

The flooding and siltation that has occurred have negatively impacted each rancher living along the Moreau River. For some, it has been a loss of native plants, such as plum, currant and chokecherry that they notice the most. For others, it has altered the way they do businesses. It has made livestock production a much riskier, and more labor intensive venture. It is much riskier for several reasons. Since the 1997 flood, overhead costs have gone up as a result of the degradation of the Moreau River bottoms. Feed, labor, fuel, and

water expenses, just to name a few, have all increased squeezing already tight profit margins further. Two, the increased frequency of flooding on the Moreau River since the Oahe Dam was built, and the 1997 flood in particular, has forced the ranchers along the bottoms to totally abandon them when they need the protection the most, which is during calving in the late winter and early spring months.

The risk of disease outbreaks, especially scours in young calves, is much greater when you confine the cows and calves in a barn or around a windbreak lot as opposed to letting them scatter out and calve in the natural protection of a river bottom. This also gets to the reasons why it is more labor intensive. Cows calving out on the bottoms seldom needed to be handled. They calved on their own and were fine. Moving up off the bottoms to avoid the flooding causes the cows to be handled numerous times. In a storm, they would need to brought in to shelter. They need to be fed. They need to be watched constantly for calving activity. If calving, they would be separated from the rest of the herd and put in a pen in a barn so the cow and calf would bond and you could be sure the calf got adequate colostrum. Once that has happened the cow – calf pair would be kicked out and the pen would need to be cleaned and readied for the next pair. As you can see, very labor intensive. Dangerous as well in that often cows get agitated before calving and the more they are handled the more agitated they become. Once they calve anything that is a threat to their calf they will attempt to run off. If they catch you they will bludgeon you with their head and attempt to stomp you to death.

The changes on the Moreau River since the Oahe Dam was built until 1997 were subtle. The changes since the flood of 1997 until now have been dramatic . The changes to the landscape are the most obvious. What is not so obvious is the changes that have occurred on the ranches and to the ranchers that have relied on the Moreau River for their livelihood. They have all had to change their operations. None are better off now than before 1997.