# Resume


## Todd Mortenson

25109 Foster Bay Road Hayes, SD 57537


## PROFESSIONAL EXPERIENCE

**President, Springview Ranches, Inc.**
1985 to present

Provide management for and direct all activities of a 30,000 acre ranch running 1,200 cows, 1,000 yearling steers and heifers.

**Managing Partner, Mortenson Family Land Partnership**

Provide management services for land partnership comprised of over 10,000 acres.

## EDUCATION

1979 Graduate of T. F. Riggs High School, Pierre, SD.
1979-1982 Attended South Dakota School of Mines & Technology, emphasis in geological engineering.

## SPECIAL TRAINING

- Profit Managers Workshop conducted for Doane's Ag Executives by Roy Ferguson.
- Holistic Resource Management Courses taken from 1989 –1995, including Introduction; Leadership; Generating Wealth; Profitable Resource Management, and Biological Planning and Monitoring.

## AWARDS & RECOGNITION

1993-South Dakota Public Television-Production of film, "The Mortenson Ranch-Rebuilding History."

1994-Forest Stewardship Recognition Award from the South Dakota Department of Agriculture for restoring woody plants.

1994-George S. Mickelson Environmental Excellence Award in recognition of superior achievement in protecting and enhancing South Dakota's environment.

1995-South Dakota Conservationist of The Year-South Dakota Wild Life Federation -National Wild Life Federation.

Plaintiffs' Proposed Exhibit P69
Received 7/27/07

1994-South Dakota Stockgrowers' Association-Environmental Stewardship Award.

1994-Arbor Day Good Steward Award-National Arbor Day Foundation.

1994-Chevron-Times Mirror Conservation Award in recognition of exceptional service in the cause of conservation.

1995-National Cattlemen's Beef Association, Region 7, Environmental Stewardship Award.

1996-W.R. Chapline Land Stewardship Award for Exceptional Accomplishments and Contributions to the Art and Science of Range Management through Rangeland Stewardship-Society for Range Management.

1997-Soil and Water Conservation Society "Senior Conservationist Award."

2000-Listening to the Prairie: Forces of Change in the American Heartland sponsored by the Sustainable Agriculture Research and Education (SARE) Program administered by USDA'S Cooperative State Research Education and Extension Service. The Mortenson Ranch was 1 of 4 participating in an exhibit that opened at the Smithsonian in Washington in the fall of 2000 for 6 months and toured the U.S. through 2004 under the auspices of the American Library Association.

2002-National Wetlands Award in the Land Stewardship and Development Category-Environmental Law Institute; U. S. Environmental Protection Agency; U.S. Department of Agriculture's Natural Resources Conservation Department; U.S. Department of Agricultures Forest Service; U.S. Department of the Interiors Fish and Wildlife Service, and The National Atmospheric and Oceanic Administration's National Marine Fisheries Service.

2002-Production of a film, "The Mortenson Ranch Vision: Cattle and Trees at Home on The Range," Project coordinator--Dr. W. Carter Johnson This project is multi-institutional and inter-disciplinary. S.D. State University; The University of North Dakota, and the Agricultural Research Service (ARS, Mandan, N.D.)

2002-Full Circle Award-Society for Ecological Restoration.

**OTHER ACTIVITIES**

Board of Directors, South Dakota Cattlemen's Association
Member, Society of Range Managers
Member, South Dakota Grasslands Coalition
Scotty Philips Cemetery Board
Board of Directors, Stanley County Extension Services
Hayes Volunteer Fire Department
EMS First Responder