# REPORT ON AGGRADATION AND FLOODING ON THE MOREAU RIVER, SOUTH DAKOTA

Prepared by

Vernon R. Schaefer, Ph.D., P.E.
Ames, Iowa

February 2003

Updated January 2007

# Table of Contents

Page

**Problem Statement** ..... **1**
**Flows on the Moreau River** ..... **3**
**Sediment Load Data** ..... **6**
**Sedimentation History** ..... **7**
**Sediment Survey** ..... **11**
Edwina Mowrer Bottom ..... 11
Greg Mowrer Bottom ..... 16
Dick/Mary Jane Anderson and Clarence Lawrence Bottoms ..... 18
Bottoms Up and Down Stream of Whitehorse Bridge ..... 23
Lyle and Kim Anderson Bottoms ..... 24
Frank "Sonny Boy" Traversie Bottoms ..... 26
**Landowner Statements** ..... **27**
**Review of Corps of Engineers Reports** ..... **29**
Corps Report: Moreau – Oahe Project – South Dakota, Sedimentation Analysis, August 2002 ..... 29
Corps Report: Hydraulics Section, Aggradation Study – Moreau River, South Dakota, 16 October 2003 ..... 31
**Discussion** ..... **32**
**Conclusions** ..... **34**
**References** ..... **35**

# Report on Aggradation and Flooding on the Moreau River, South Dakota

## Problem Statement

The Moreau River drainage basin is located in northwestern South Dakota. Intermittent streams in the southwestern corner of Harding County near Gustave form the headwaters of the South Fork of the Moreau River while intermittent streams form the headwaters of the North Fork approximately 10 miles to the northwest. The mainstem of the Moreau River forms in southwestern Perkins County just southeast of Zeona at the confluence of the north and south forks and then flows eastward across the plains of western South Dakota and finally to its juncture with Lake Oahe Reservoir. This reservoir is the impoundment of the Missouri River by Oahe Dam, located six miles upstream of Pierre, SD. The U.S. Army Corps of Engineers (Corps) built the dam in the 1950's and has managed the reservoir since then.

The Moreau River drains a total area of approximately 5,400 square miles above the Oahe Reservoir. The basin is about 180 miles long and is relatively narrow with the basin width varying from 25 to 40 miles. The river has a gradient of approximately 4 feet/mile. It cuts through several counties, beginning in the west with Harding County and continuing east through Butte, Perkins, Meade, Ziebach, and Dewey Counties. Approximately the eastern half of the basin is located in the Cheyenne River Indian Reservation. The basin is characterized by rolling plains that are dissected by distinct stream valleys. The drainage basin includes a diverse geology including Late Cretaceous- and Tertiary-aged shale and sandstone rocks as well as Tertiary- and Quaternary-aged terrace gravels and alluvial deposits.

It is well known that the construction of a dam and reservoir induces changes in the natural regime of a river system. One change is that sediment flowing into the reservoir is trapped and deposited leading to a loss of reservoir capacity over time. A second effect of the reservoir is that it raises the base level of streams tributary to the reservoir. When the base level of a stream is raised, the stream aggrades. As stated in a classic paper on alluvial morphology:

> "The deposition of sediment at the entrance to the pool induces aggradation in the channel upstream. This aggradation may extend many miles upstream after a

> long period of time producing significant changes in river geometry, and increasing flood stages." (Simons 1979).

During construction of Oahe Dam, the Corps, anticipating sedimentation and flooding, purchased land and/or flowage easements on the floodplain of the Moreau River to a distance of approximately 45 miles upstream from its confluence with the Missouri River. Also, the Corps established transects across the reservoir and several of its tributaries for topographic surveys in 1958 and 1959. Surveys were conducted along the Moreau River in 1959, 1963, 1968, 1976, and 1989 to measure topographic changes. Studies of sedimentation and flooding in Oahe Reservoir and along the Moreau River have been conducted in recent years (U.S. Army Corps of Engineers (USACE) 1993). This report provides information concerning sedimentation in Oahe Reservoir and flooding along its tributaries based on analyses of the historical records of the surveys.

Ranchers operating along the Moreau River from the Oahe Reservoir to approximately west of Whitehorse report that intermittent flooding due to rainfall events and ice jams occurred prior to 1997. However such events were often short-lived, one to two days in length, and that ranching and farming operations were not affected and the floodplain remained a valuable resource used for crops and wintering cattle. In 1997 a major flooding event in March resulted in prolonged flooding and significant sediment deposition along the floodplain. The sediment deposition has rendered the floodplain areas unsuitable for growing crops and the habitat undesirable for winter grazing, wintering of cattle and spring calving. This undesirable environment has been created by the flooding and sedimentation, which has killed off natural grasses and protection that have been replaced by noxious weeds and foreign debris on the affected bottomlands. Since 1997 additional flooding has occurred which makes the wintering of cattle in the flood plains hazardous.

The ranchers who suffered losses from these floods and sedimentation assumed that the floods were the result of the construction and operation of Oahe Reservoir. Their assumption is reasonable give the lack of flooding and sedimentation in prior years. Although the reservoir could be the causative agent in the recent flooding on the reaches in question, it is also possible that other factors may have created conditions that produced the flooding. The purpose of this report is to analyze the facts associated with the alluvial morphology and the hydrology of the Moreau River and establish the cause for the recent flooding and sedimentation.

**Flows on the Moreau River**

Records of discharge along the lower Moreau River are available from USGS gaging stations known as the Promise gage and the Whitehorse gage. The Promise gage was located along a river crossing neat the town of Promise and operated from 1929 to 1958. The gage at Whitehorse is located along BIA 4 just downstream of the bridge crossing the river and has operated at this location since about 1953. Table 1 summarizes the information on these gages.

Table 1. Gaging station information along the lower Moreau River.

| USGS Station Name | USGS Station Number | Bankfull Gage Height, ft | Drainage Area (sq. miles) | Period of Record, years |
|---|---|---|---|---|
| Promise | 06361000 | 17 | 5,223 | 1929-1958 |
| Whitehorse | 06360500 | 21 | 4,880 | 1953-present |

The five highest observed peak streamflows for the period of record for the Promise gage are shown in Table 2. The 1940s and early 1950s were a general period of higher precipitation in South Dakota, following the dry 1930s. The annual peak streamflow statistics for the Whitehorse gage are shown in Table 3. A review of the peak flow records indicates that the peak flow can occur at any time during the year. However, the peak flow most often occurs in the months from March to June. Of the five highest peak flows recorded at the Promise gage, three occurred in April, and one each in March and June. At the Whitehorse gage, between 1953 and 2001, the peak annual streamflow occurred during March 15 times, 12 times in May, 10 times in June, six times in July, twice each in April and October, and once in August.

Table 2. Peak Streamflow for the Moreau River at Promise station for period of record through Water Year 1974 (after South Dakota Water Plan 1976).

| Date | Gage Height (ft.)[1] | Discharge (cfs) |
|---|---|---|
| 4-5-52 | 24.16 | 36,900 |
| 6-15-53 | 23.80 | 34,300 |
| 3-25-47 | 24.4 | 29,500 |
| 4-11-44 | 23.2 | 22,800 |
| 4-19-50 | 21.8 | 20,900 |

[1] Bankfull stage = 17 ft.

Table 3. Annual Peak Streamflow Statistics for Moreau River at Whitehorse station for 1953 to 2001 (USGS 06360500 from http://waterdata.usgs.gov/nwis/).

| Water Year | Date | Gage Height (feet) | Stream-flow (cfs) |
|---|---|---|---|
| 1953 | Jun. 0, 1953 | 26.20 | |
| 1955 | Mar. 9, 1955 | 6.49 | 530 |
| 1956 | Mar. 21, 1956 | 10.90 | 5,000 |
| 1957 | May 25, 1957 | 15.70 | 10,100 |
| 1958 | Jul. 5, 1958 | 8.97 | 3,360 |
| 1959 | Mar. 12, 1959 | 7.40 | 1,780 |
| 1960 | May 25, 1960 | 13.09 | 6,080 |
| 1961 | Jun. 14, 1961 | 12.81 | 5,720 |
| 1962 | May 22, 1962 | 21.00 | 17,500 |
| 1963 | Jun. 20, 1963 | 9.15 | 3,130 |
| 1964 | May 3, 1964 | 9.70 | 3,200 |
| 1965 | May 29, 1965 | 13.70 | 6,500 |
| 1966 | Mar. 17, 1966 | 20.02 | 14,400 |
| 1967 | Jun. 16, 1967 | 20.07 | 14,500 |
| 1968 | Jun. 8, 1968 | 9.33 | 3,120 |
| 1969 | Mar. 24, 1969 | 15.17 | 7,370 |
| 1970 | May 9, 1970 | 14.78 | 7,260 |
| 1971 | Mar. 17, 1971 | 17.64 | 10,300 |
| 1972 | Mar. 14, 1972 | 26.20 | 21,000 |
| 1973 | Mar. 3, 1973 | 12.29 | 4,000 |
| 1974 | Apr. 21, 1974 | 4.43 | 770 |
| 1975 | May 11, 1975 | 17.99 | 10,900 |
| 1976 | Jun. 19, 1976 | 16.34 | 8,600 |
| 1977 | Jul. 8, 1977 | 9.29 | 3,160 |
| 1978 | Mar. 24, 1978 | 25.31 | 25,600 |
| 1979 | Jul. 17, 1979 | 7.81 | 2,350 |
| 1980 | Mar. 28, 1980 | 2.87 | 333 |
| 1981 | Oct. 16, 1980 | 5.85 | 1,380[E] |
| 1982 | May 24, 1982 | 26.00 | 27,700 |
| 1983 | Oct. 13, 1982 | 10.22 | 3,740 |
| 1984 | Jun. 17, 1984 | 10.27 | 3,780 |
| 1985 | Mar. 21, 1985 | 13.35 | 5,920 |
| 1986 | May 11, 1986 | 19.77 | 14,000 |
| 1987 | Mar. 23, 1987 | 23.79 | 21,200 |
| 1988 | Jul. 4, 1988 | 8.77 | 3,250 |
| 1989 | May 2, 1989 | 11.05 | 4,820 |
| 1990 | Jul. 27, 1990 | 5.29 | 1,310 |
| 1991 | May 23, 1991 | 10.20 | 4,050 |
| 1992 | Aug. 1, 1992 | 5.09 | 1,160 |
| 1993 | Jul. 22, 1993 | 18.02 | 10,700 |
| 1994 | Mar. 5, 1994 | 23.25 | 10,000 |
| 1995 | Jun. 23, 1995 | 18.42 | 11,300 |
| 1996 | May 29, 1996 | 19.14 | 12,300 |
| 1997 | Mar. 23, 1997 | 26.93 | 29,700 |
| 1998 | Jun. 23, 1998 | 12.29 | 5,820 |
| 1999 | Jun. 9, 1999 | 10.35 | 4,320 |
| 2000 | Apr. 27, 2000 | 9.53 | 3,680 |
| 2001 | Mar. 13, 2001 | 22.58 | 5,500 |

- E -- Only Annual Maximum Peak available for this year

Estimates of peak flow for various recurrence intervals for the Moreau River at Promise (06361000) and at Whitehorse (06360500) were established by the U.S. Geological Survey (Burr and Korkow 1996) and are shown in Table 4.

Table 4. Peak-flow estimates for the Moreau River at Promise and Whitehorse (Burr and Korkow 1994).

| Recurrence interval, years and annual exceedence probability, in percent | Peak Flow in cubic feet per second | |
|---|---|---|
| | Promise (06361000) 1929 to 1958 data | Whitehorse (06360500) 1955 to 1994 data |
| 2 years, 50 percent | 6,050 | 5,380 |
| 5 years, 20 percent | 14,900 | 12,200 |
| 10 years, 10 percent | 23,200 | 18,000 |
| 25 years, 4 percent | 36,600 | 26,400 |
| 50 years, 2 percent | 48,600 | 33,300 |
| 100 years, 1 percent | 62,400 | 40,700 |
| 500 years, 0.2 percent | 101,000 | 59,100 |

The South Dakota Water Plan (1976) stated the following regarding flood flows on the Moreau River: "Flooding has been a recurring problem in the Moreau River basin. The most serious basin-wide floods were in the spring of 1950 and 1952. While most flooding has resulted from rapid snowmelt or heavy spring rains, high water backed up behind ice jams has occasionally been a problem." A review of Table 3 indicates that, based on gage height, the years 1962, 1966, 1967, 1972, 1978, 1982, 1986, 1987, 1994, 1997 and 2001 would be years of potential flooding along the lower Moreau River. The streamflows for these years are generally in the recurrence interval between 10 and 25 years.

Recently, a Flood Insurance Study (FIS) was conducted for the Cheyenne River Indian Reservation under the auspices of the Federal Emergency Management Agency (FEMA 2002). The Moreau River near Whitehorse was one of the river segments studied. The adopted discharge-frequency relationships for the Moreau River at Whitehorse are shown in Table 5. By comparison to the data in Table 4, it can be seen that the relationships in the FIS are similar. A resulting map showing the 100-year flood boundary near Whitehorse shows a large portion of the floodplain under water. The base data used in the study were obtained from USGS quadrangle maps. The references in the study list the contour interval for the USGS maps as 10 feet. The level of the Oahe Reservoir used in the analyses is unknown.

Table 5. Peak-flow estimates for the Moreau River at Whitehorse (FEMA 2002).

| Recurrence interval, years and annual exceedence probability, in percent | Peak Flow in cubic feet per second |
|---|---|
| 10 years, 10 percent | 19,000 |
| 50 years, 2 percent | 34,300 |
| 100 years, 1 percent | 41,400 |
| 500 years, 0.2 percent | 58,500 |

Water surface levels of the Oahe Reservoir for the period of record are shown in Figure 1. It can be seen that the reservoir level changes with time, generally following a pattern of a high reservoir level in the spring months with the reservoir dropping in elevation during the summer and fall months and then rising again in the spring. It can also be seen that periods of dry and wet weather in the region can cause large fluctuations in the overall reservoir level between the levels of 1580 to 1620 feet. Note that the reservoir level in March of 1997 was near elevation 1618 feet.




Figure 1. End of Month Reservoir Elevation for Oahe Reservoir (based on USACE data).

## Sediment Load Data

Data available on sediment load for the Moreau River are meager and are available in the Corps report *Lake Oahe Aggradation Study 1958-1989* (USACE 1993). Limited data are available on bed load and suspended sediment load in the river, as well as density of the sediment deposits. For the purposes of the present study the most important data regards the depth of sediment deposits in the Moreau River Arm of the Oahe Reservoir. Based on the range surveys conducted by the Corps and discussed below sediment depths in excess of 20 feet have occurred with clear development of a delta where the former Moreau River is inundated by the Oahe Reservoir (USACE, 1993, p. VI-1).

**Sedimentation History**

Floodplain and channel topographic profiles were measured by the Corps of Engineers on 12 transects of the Moreau River between its confluence with the Missouri River and upstream to river mile 59.2. The range locations are shown in Fig. 2. Based on the information contained in the cross section plots in the *Lake Oahe Aggradation Study 1958-1989* (USACE 1993) the range locations were surveyed in 1959, 1963, 1968, 1976 and 1989. The survey dates are documented in Table I.1 of the Corps 1993 report on sedimentation in the Moreau River Arm (USACE 1993, p. A-I-4). That report also contains topographic profiles for all of the transects.

In the *Lake Oahe Aggradation Study 1958-1989* the following observations were made (USACE 1993, pp. VI-1 to 5):

- Sediment deposition has occurred across the width of the former Moreau River channel and floodplain between Ranges M-0.7 and M-37.7.
- In the lower regions, the former river channel has been almost completely filled and a nearly planar surface has formed.
- Upstream from Range M-35.1, a low-flow river channel has been maintain; however, the thalweg elevations have increased on the order of 20 feet from the preproject conditions.
- Range M-35.1 has a thalweg elevation of around 1610 msl, thus this cross section is situated just upstream from the normal operating limits of the Lake Oahe pool.
- Above Range M-35.1, aggradation has occurred primarily in the floodplain areas along with some narrowing of the main channel.




Figure 2. Range location map for lower Moreau River.

- Mean channel depth plots show that the most significant depth changes have occurred at Ranges M-22.8 through M-35.1 where depths have been reduced through time.
- The thalweg profile (shown here in Figure 3) provides a good illustration of the progradation of a wedge of sediment into a reservoir.
- Heavy deposition has occurred between Ranges M-22.8 and M-37.7 with the largest change occurring at Range M-29.7, where the depth of sediment deposit has reached 36 feet.
- Upstream from Range M-41.4, the average depth of sediment has not changed markedly through time.
- The Moreau River is a natural stream with no major flood control projects to regulate the discharge or sediment inflow to Lake Oahe.

These observations show clearly that aggradation is occurring in the Moreau River Arm as a result of the higher base level created by Oahe Reservoir. The *Lake Oahe Aggradation Study 1958-1989* (USACE 1993) also contains an evaluation of the channel geometry through the use of various hydraulic parameters. In general, the aggradation has led to the filling in of the original river channel and the deposition of sediment on the overbank areas in all areas inundated by the Oahe Reservoir. The progression of sediment accumulation from 1958/9 to 1989 both in the river channel and on the overbank areas is shown well by three graphs in the *Lake Oahe Aggradation Study 1958-1989* (USACE 1993, Plates VI.49 to VI.51) These graphs show average bed elevation, thalweg elevation, and average depth of sediment comparisons between 1958/9 and 1989. As an example, Fig. 3 shows the changes that occurred in the thalweg elevation (Plate VI.50 in USACE 1993) from which it can be seen that sediment accumulation has occurred from 1958/9 to 1989 up to about river mile 44. The discussion of the channel geometry in the *Lake Oahe Aggradation Study 1958-1989* (USACE 1993), noted above, indicated that little change is occurring upstream of Range M-41.4. The cross section plot for Range M-41.4 (USACE 1993 Plate VI.8) shows some overbank deposits to 1989. The cross section plots for the ranges above M-41.4 contain only the channel cross-section and do not show conditions in the floodplain. As noted in the Sediment Survey section below additional sediment has deposited on the floodplain areas above Range M-41.4 since the last survey of the range cross sections in 1989.




Figure 3. Thalweg elevation, Moreau River Arm, (after USACE 1993, 2003 data added from USACE 2003).

## Sediment Survey

Two field visits were made by Vernon Schaefer for the purpose of documenting sediment thicknesses. The first visit took place June 24-26, 2002 and the second September 18-20, 2002. Selected locations between the Oahe Reservoir and upstream of Whitehorse were visited for the purpose of elucidating sediment damage. Not all locations along the river have been surveyed at this time, but sufficient information has been gathered to draw preliminary conclusions regarding the extent of sedimentation effects. The sediment surveys consisted of reconnaissance of the bottomlands along the Moreau River with measurement of sediment thicknesses at selected locations. The depth of sediment was determined by collecting soil and sediment samples with a one inch diameter probe and logging the depth of sediment above the natural (pedogenic) soil profile. Generally, the top of a natural soil profile was identified as the contact between a structured soil profile and/or root zone and the overlying stratified sediment.

### Edwina Mowrer Bottom

The Edwina Bottom is the floodplain area located in the southwest quarter of Section 23 and the northeast quarter of Section 27 of Township 16 North and Range 28 East, south of the Moreau River. This area was surveyed on June 24, 2002. Along this bottom a stand of trees parallels the river for a variable distance of up to several hundred feet perpendicular to the river channel. The trees are generally on a lower bench of the floodplain with a rather abrupt increase in elevation of approximately five feet to an upper bench. The upper bench consists of grassland on the west end of the bottom and of trees, shrubs and grassland on the eastern end of the bottom. On the lower bench the sediment thickness was generally several feet, with many borings indicating a thickness greater than 40 inches, the limit of the boring tool used. The sediment consisted of predominately fine sand with interbedded layers of silt and silty clay. Figures 4 to 6 show conditions along the west end of the bottom on the lower bench. As indicated by the buried fence post next to the shovel in Figure 5 the sediment accumulation was on the order of several feet. The undulating sediment conditions shown in Figure 6 are typical of the conditions found all along the river channel on this bottom.



Figure 4. Conditions near the river channel at the west end of Edwina Mowrer's bottom, taken from river bank, long west fence line of bottom, shows accumulation of sediment, photograph taken June 24, 2002 (Roll 1, Photo 1).



Figure 5. Conditions near the river channel at the west end of Edwina Mowrer's bottom, taken along west fence line of bottom, note fence post exposed next to shovel shows deep accumulation of sediment, photograph taken June 24, 2002 (Roll 1, Photo 2).



Figure 6. Conditions near the river channel at the west end of Edwina Mowrer's bottom, taken just west of photo in Figure 9. Shows the undulating nature of sediment in the trees near the river, photograph taken June 24, 2002 (Roll 1, Photo 3).

Prior to 1997, along approximately the eastern half of the bottom there existed an east-west trending fence line that was partially buried under sediment. This fence line is approximately 1500 feet long and was followed along its length from west to east as an indicator of sediment accumulation. Eighteen fence posts were discovered along this line. Many of the fence posts were bent over. Figures 7 to 11 show fence posts along the fence line. The fence posts are buried by various amounts of sediment, ranging from several feet to perhaps a foot or so. Also note the weedy nature of the vegetation of the area along the fence line.



Figure 7. Fence post No. 1 at west end of west-east trending fence line in eastern part of Edwina Mowrer bottom. Photograph taken June 24, 2002 (Roll 1, Photo 4).



Figure 8. Fence post No. 4 at west end of west-east trending fence line in eastern part of Edwina Mowrer bottom. Photograph taken June 24, 2002 (Roll 1, Photo 8).



Figure 9. Fence post No. 7 near center of west-east trending fence line in eastern part of Edwina Mowrer bottom. Photograph taken June 24, 2002 (Roll 1, Photo 12).



Figure 10. Fence post No. 11 near center of west-east trending fence line in eastern part of Edwina Mowrer bottom. Photograph taken June 24, 2002 (Roll 1, Photo 17).



Figure 11. Fence post No. 16 at east end of west-east trending fence line in eastern part of Edwina Mowrer bottom. Photograph taken June 24, 2002 (Roll 1, Photo 22).

Greg Mowrer Bottom

The Greg Mowrer Bottom is the floodplain area located in the north half quarter of Section 23, the southeast quarter of Section 22, and part of the northeast quarter of Section 27 of Township 16 North and Range 28 East, located east and north of the Moreau River. This area was surveyed on June 25, 2002. As on the south side of the river there is a lower bench on the floodplain along the river that is generally tree covered that gives way to a grass covered upper bench away from the river channel. On the lower bench sediment thicknesses were on the order of several feet, many probe holes being greater than 40 inches deep, the maximum length of the probe. On the upper bench the sediments thin to three to six inches. An example of the extent of sedimentation is shown in Figures 16 and 17, which shows a Ford pickup buried in sediment. The pickup was left in the trees within the oxbow in the north part of Section 23 in the fall 1996 after is suffered a blown engine. Prior to being able to extract the pickup the March 1997 event occurred with the result shown in Figures 12 and 13. The hay lands on the bottom have been adversely affected by the sediment with weeds, cockleburs and buckbrush taking over the grasslands. Willows have sprung up on the lower bench.



Figure 12. Ford pickup located in oxbow feature in north center of Section 23 of Greg Mowrer bottom. Photograph taken June 25, 2002 (Roll 2, Photo 2).



Figure 13. Ford pickup located in oxbow feature in north center of Section 23 of Greg Mowrer bottom. Photograph taken June 25, 2002 (Roll 2, Photo 3).

Dick/Mary Jane Anderson and Clarence Lawrence Bottoms

The Anderson's and Lawrence bottoms are located in Sections 10, 11, 14 and 15 of Township 15 North and Range 27 East. This area was surveyed on June 26, 2002. Sediment has deposited on the bottomlands. Sediment along the lowest benches near the river, generally in the tree groves, had measured thickness greater than 40 inches. The sediment has a wavy surface expression and consists of fine sand and sandy silt. The southwest bottomland, south of the river, was well covered with sediments. The sediment thickness was highly variable, ranging from a few inches to measured values of 20 inches and greater. In the bottom located south of the Anderson buildings there is a middle bench between the lowest bench and the bench on which the buildings are located. This middle bench has sediment deposits but they are highly variable. Generally the sediment is deposited in mounds across the generally level ground surface, along fence lines, near trees, and in low lying locations. The sediment thicknesses vary from only an inch or so to four to 10 inch thick deposits. The condition on the bottom south of the Anderson's buildings is shown in Figures 14 to 18. It can be seen that the sediment tended to form in drifts along fence lines and mounds in the open areas.

The bottom area to the east of the Anderson buildings consists of land operated by the Anderson's and Clarence Lawrence. These bottom areas have relatively deeper sediment deposits than the area just south of the Anderson's buildings. Typical measured sediment thicknesses in the open bottom area were four to 12 inches. Figures 19 to 21 show the conditions in this area. Figure 19 shows an accumulation of four inches of sediment along a fence line. Figure 20 shows the variable nature of the sediment deposition, at the probe location the sediment is 12 inches thick and at the spade location the sediment thickness is zero. In the treed areas of the bottom the sediment thickness is greater, with waves of sediment deposited with thicknesses up to two feet, Figure 21.



Figure 14. General condition in bottom south of Anderson buildings. Ice scars on trees, weed patches and a general covering of silt over the area. Photograph taken June 26, 2002 (Roll 2, Photo 9).



Figure 15. General condition in bottom south of Anderson buildings, typical pile accumulation of sediment out in open area. Photograph taken June 26, 2002 (Roll 2, Photo 10).



Figure 16. General condition in bottom south of Anderson buildings, accumulation of sediment along fence line. Photograph taken June 26, 2002 (Roll 2, Photo 11).



Figure 17. General condition in bottom south of Anderson buildings, accumulation of sediment along fence line. Photograph taken June 26, 2002 (Roll 2, Photo 12).