IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CHEYENNE RIVER SIOUX TRIBE, ET AL., PLAINTIFFS, vs. THE UNITED STATES OF AMERICA, DEFENDANT. | CIVIL NO. 03-600-L<br>DEPOSITION OF JEFF MCCLENATHAN<br>TAKEN ON BEHALF OF PLAINTIFFS |

DEPOSITION OF JEFF MCCLENATHAN taken before Susan M. McKenzie, General Notary Public within and for the State of Nebraska, beginning at 1:20 p.m. on August 24, 2006, at the offices of the United States Corps of Engineers, 106 15th Street, Omaha, Nebraska.

APPEARANCES

ON BEHALF OF PLAINTIFF:
MS. PAMELA SNYDER-VARNS
Gunderson, Palmer, Goodsell & Nelson, LLP
American Memorial Life Building
440 Mt. Rushmore Road
Rapid City, SD 57709
(605) 342-1078 Fax (605) 342-9503
and
MS. TRACEY FISCHER
Cheyenne River Sioux Tribal Attorney
Box 1, Fort Pierre, SD 57532
(605) 223-9099 Fax (605) 223-9199

ON BEHALF OF DEFENDANT:
MR. JAMES D. GETTE
U.S. Department of Justice
Environment & Natural Resources Division
601 D Street NW
Washington D.C. 20004
(202) 305-1461 Fax (202) 514-8865
and
MR. THOMAS J. INGRAM, IV, Assistant District Counsel
US Army Corps of Engineers
106 South 15th Street
Omaha, NE 68102
(402) 221-7599 Fax (402) 221-4061

ALSO PRESENT: LINDA BURKE



INDEX

CASE CAPTION .............. Page 1
APPEARANCES .............. Page 2
INDEX .................. Page 3
STIPULATIONS .............. Page 5
TESTIMONY ................ Page 4
REPORTER CERTIFICATE .......... Page 136
COST CERTIFICATE ............ Page 137
READ & SIGN LETTER ........... Page 138
ERRATA SHEET ............... Page 139
DIRECT EXAMINATION
By Ms. Snyder-Varns ........ Page 4
CROSS EXAMINATION
By Mr. Gette ............ Page 122



(Whereupon, the following proceedings were had, to-wit:)

JEFF MCCLENATHAN
having been first duly sworn
was examined and testified as follows:
DIRECT EXAMINATION
BY MS. SNYDER-VARNS:
Q Would you state your name for the record?
A Full name?
Q Please.
A Jeffrey Todd McClenathan.
Q Have you had your deposition taken before?
A No.
Q We just met a moment ago, Mr. McClenathan. My name is Pam Snyder-Varns. I represent the Plaintiffs in this matter. I want to just go over a few ground rules for depositions.
The court reporter here is the most important person in the room. And if you could just remember to state your answers out loud as opposed to shaking your head or shrugging your shoulders.
The other thing would be -- and this is more my problem than usually the witness' -- but if you could just try to remember not to talk at the same time as I'm talking. It's difficult for her to



get down both of us when we're speaking at the same time.
If you don't understand my question, just let me know and I will rephrase. And if you need a break, just let me or Mr. Gette know and we'll take a break.
What is your business address?
A It's 106 South 15th Street, Omaha, Nebraska, 68102.
Q And what is your profession?
A I'm a Civil Engineer, but the title at the Corp of Engineers is Hydraulic Engineer.
Q And what is your education? Can you run through that?
A I graduated from Iowa State University in 1982 with a bachelor's of science degree in Civil Engineering, and then received my master's from University of Nebraska at Lincoln in Water Resources and Environmental Engineering in '96.
Q Are you a certified engineer?
A I'm a professional engineer in the State of Nebraska.
Q Registered I should say as opposed to certified?
A Yeah.

Q And it looks from your bio that you're a member of ASCE and ASME.
A I'm a member of the American Society of Civil Engineers, and I used to mentor for the Society of Military Engineers. I was only a member one year I think.
Q Okay. And you're employed with the Corp of Engineers?
A Yes.
Q How long have you been with the Corps?
A Since 1982. So it's been 24 years.
Q So you went to work for them right out of college?
A Yes.
Q Okay. And when you went to work for them, what did you do?
A I started out on what was called the -- what's called now the Department of Army Intern Program where I rotated around for two years before I got a full-time permanent position in the Hydraulic Section.
Q So you've been with the Hydraulic Section since 1984?
A Yes.
Q What have you done within that section?



A You mean -- do you want a list of projects or --
Q Well, more what positions have you held within the section.
A Oh, okay. I had various staff positions at different grades. And then I was a technical specialist at one time. Now I've been converted over to a Section Chief.
Q And you're the Chief of the Hydraulic Section?
A Yes.
Q How many sections within the Engineering Division are in the Omaha District?
A Well, I don't know about the Engineering Division.
Q The Hydraulic Engineering division.
A Oh, the Hydraulic Engineering, there's five.
Q What are those sections?
A There's the Hydraulic Section, the Floodplain Management Section, the Channel Stabilization and Sedimentation Section, the Water Control Section, and then the Hydrology and Meteorological Section.
Q What are your responsibilities as Chief of



the Hydraulic Section?
A It's to organize workload, oversee the work, review it, sometimes review contracts with architects and engineers. And that's the gamut of the work that we do.
Q What does the section do?
A Its primary purpose -- this is kind of broad -- we support civil works projects, military and hazardous and toxic waste projects as far as the hydraulic design of those projects, which may include design of culverts, bridges, floodplain modeling, water surface profile determinations, ice jam modeling, design of structures, like drop structures, dams, spillways, we do floodways occasionally, things like that.
Q What is Hydraulic Engineering?
A We basically model like the riverine system with computer models usually and determine the water surface profile for given flood events.
Q When you say the riverine system, you mean both the ground and the water?
A Not groundwater, no.
Q When you say riverine system, I'm just trying to understand, do you mean the water?
A Yeah, the moving water. Yes.



Q Okay. So it's water movement --
A Uh-huh.
Q -- that Hydraulics deals with?
A Yes, primarily.
Q What else?
A I guess I'm not sure what you mean.
Q Well, when you said "primarily," that indicated there might be something else besides the movement of water.
A Sometimes we'll do a little cross-training between sections, so there's a little overlap.
Q With the other sections in the Hydrologic Engineering Branch?
A Yes.
Q Okay. Now, I'm looking at your bio from the website, the Omaha District website. And it mentions that you do design of hydraulic structures including stilling basins, outlet works, spillways, pen stocks, drop structures, levies and bank erosion protection.
What is the purpose of these structures? Or do they have varying purposes?
A They have varying purposes.
Q What about stilling basins?
A Stilling basins are primarily used a lot of

times like on dam structures. Or anywhere you have high velocity water that if you just let the water go, it has tremendous energy and erodes the bank and the channel. And the stilling basin basically forms what we call a hydraulic jump that causes the water to dissipate the energy.

Q Okay. What about outlet works?

A What was that?

Q What are outlet works?

A Outlet works tend to include -- like on dams, it would be the actual intake, the conduit through the dam and the stilling basin.

Q Spillways are part of a dam?

A Yes, every dam usually has a spillway to help pass extreme events and not fail the dam.

Q What are pen stocks?

A Pen stocks are large pipes that lead into the turbines in hydropower generation facilities on dams.

Q And drop structures, what are those?

A Drop structures are structures along a stream bed. When -- say you've had some erosion or downcutting of the stream and you don't want the stream to deepen, you'll put in a structure that props the water down and helps dissipate the energy.



Q And levies and bank erosion protection, those are -- are levies a means of bank erosion protection?

A No. Levies are used to provide protection to areas that are in the floodplain. And so they're constructed to keep the water from flooding that area. Bank protection is a means of preventing erosion of a bank from riverine forces.

Q And you have various tools to do that, don't you?

A And various programs. Yes.

Q And what are those?

A Wow. You want the entire list?

Q Well, if you could run through it and then summarize.

A There's actually a number of methods besides erosion protection. We primarily use rock, what we call riprap. And one of the programs we use to do that is based on one of our engineering manuals. I think It's 1110-2-1601, Hydraulic Design of Flood Control Manuals. And there's a program that one of our labs has developed that we use for that called Channel Pro. A lot of times we'll also design it by hand as well.

And then there are other types of channel



protection. There's vegetation mats, concrete cellular mats, Fabri-Form. And then that's pretty much it for the programs.

What was the rest of your question?

Q Well, I was asking about bank erosion protection, what does that consist of. And you said it's really quite broad.

A Well, yeah. We're just trying to protect the bank from erosion from the velocity of the moving water.

Q And you have a multitude of tools and methodologies available to you to do that?

A Yes.

Q And you utilize those in the course of your work as a part of the Hydraulic Section?

A On an as-needed basis.

Q You also do hydraulic modeling. What is that?

A That is primarily the modeling of a stream system. Like usually we'll be asked to study say like flood control in a town along a stream that's been getting flooded in the past. And we'll do a model of the existing conditions of the stream, set various frequency water surface elevations to help determine damages, and then we'll model various



proposed alternatives to protect the town and create water surfaces for those so that economic benefits can be calculated, and then we'll use that information to select a plan.

Q What sort of data is inputted into your modeling?

A The data that's typically put into our model are geometric cross-sections, because the primary model we use is a one-dimensional model. So we collect cross-section data. We typically like to do it mapping if we can, but it can be pricey.

Q And cross-sectional data is cross-sections of the --

A The river and the floodplain. And then we need to estimate roughness values, lost coefficients for expansion and contraction, and then we need to get input as far as the discharges to be modeled.

Q And is discharge basically the flow of the water course?

A Yes. We usually measure it in cubic feet per second.

Q A flow rate?

A Yes.

Q Your section coordinates physical hydraulic modeling as needed for individual projects. What

does that mean?
A On occasion when we get complex flow problems like a stilling basin or what we call rapid flow, we will go to a laboratory the Corps has in Vicksburg, Mississippi, and they'll do a scale model of the problem for us that will help us better estimate the flow characteristics and water levels.
Q And so you coordinate between the location within the Omaha District and the lab in Mississippi?
A Yes.
Q What's the lab called?
A It used to believe called Waterways Experiment Station, but now It's called ERDC, Engineering Research and Development Center. And I think it's referred to as the Vicksburg office.
Q And I think I interrupted you. You were talking about coordinating between the lab and --
A Yes. What we'll do if we feel like we have one of those situations -- a lot of times like with the stilling basin, it has special needs -- we'll prepare a request to do it. And we typically get approval, prepare all the information for them to do the modeling, go down and periodically oversee the modeling, and work with them on the results and perhaps what alternatives would be done, and then



they'd prepare a final report, send it to us, and he'd incorporate that data in our design.
Q When did you say that lab does the modeling as opposed to the Hydraulic Section?
A Well, they actually do -- most of the time for us they do physical modeling where they actually set up an actual scale model, like a 1-to-25 scale model, which means one inch on the model is 25 feet in length, and then they'll run these tests through that scale model so we can observe what happens.
Q It looks like you have some experience with software, modeling software.
A Yes.
Q What is HEC-2 and HEC-RAS?
A HEC-2 is often referred to as a back water program. It was DOS based. And HEC-RAS is -- they call it the next generation of that software. And it is also a -- they call it a back water program, but it's a -- I think the actual term is a steady state uniform model.
Q Why do they call it a back water program?
A Most of the time in a riverine system, your water is controlled by what's going on downstream from your area. And so we usually start down there and make calculations upstream. So it's like a back



water model, you're working your way back upstream.
Q What is UNET modeling?
A UNET modeling is an unsteady flow model which looks at fully dynamic modeling, and it will allow us to actually route the entire hydrograph and look at how the riverine system does storage and allows you to divert water and do various applications with it.
Q What is rating curve development for spillways?
A For spillways, we would usually develop a rating curve to determine what the discharge would be at a certain pool elevation. And the rating curve is basically that if the pool is at this elevation, the discharge for the spillway would be X cubic feet per second.
Q You've worked with wave reflection analysis at tainer gates. What is that?
A We had some guidelines that indicated that when we were designing gates, that the wave reflection would be twice the height of the incoming wave. But we had some tainer -- and that makes some theoretical assumptions. And we thought we were overdesigning. So we worked with Vicksburg, the Waterways Experiment Station, to do a model study to



show what the actual wave reflection height would be.
Q So that helped you with the design of what?
A Well, actually we had existing gates that we weren't sure if they were adequate. So that helped us with the loading on that gate, and then the structure was resized for the gate accordingly.
Q On a particular dam?
A Yes, I think we did it on all six main stems that were checked. Yes.
Q And you thought maybe the gates were too large?
A Well, it didn't have anything to do with the size, just whether or not they met the factor of safety for the dynamic loading. So the result was we went in and added some steel to some of them to make them meet those factors of safety.
Q Okay. You've begun some work with FEMA?
A Yeah, I've done some floodplain modeling and some flood wave development. Yes.
Q And it looks from your bio that that was associated with the Loma Prieta earthquake in 1989.
A Oh, that is different. I'm sorry.
Q Okay. So what is what you were talking about?
A Well, sometimes when we do floodplain

modeling, we'd end up submitting like the revised floodplain for -- with the town being in place to FEMA to get the flood insurance study updated.
Q And FEMA does flood insurance studies across the nation?
A They're responsible for those, yes.
Q So you do modeling of floodplains for those studies?
A Yes.
A The Loma Prieta was different.
Q And you did some modeling for the 2002 flood insurance study within the Omaha District on the Indian reservations up in South Dakota. Do you recall that?
A My section didn't do that. We also have a Floodplain Management Section that typically finalizes everything and submits it to FEMA.
Q So the Hydraulic Section did not do that modeling?
A No.
Q The Floodplain Management Section did?
A Yeah. The way the division is is we'll usually do a lot of that workup on the design projects we do, but they will also just get work from FEMA or states or under their floodplain authorities



and do other floodplain studies.
Q What was the Loma Prieta earthquake work that you did?
A That was emergency response work. You might know it as the Oakland earthquake. We went out and did an individual assistance for FEMA in the Santa Cruz cruise area.
Q What do you mean by individual assistance?
A We went out to individual homes that had asked for damage assistance and did an assessment as to the damage of the home and potential costs and fixes for that.
Q You did flood support in 1993 --
A Yes.
Q -- at the Iowa Great Lakes in Hamburg, Iowa, locations I guess?
A Yes.
Q What was that?
A We will periodically during floods be called out to provide technical assistance. And in '93 -- we actually have another authority that allows us to do advanced measures. If we know flooding is eminent, and we can show that, we can go out and put measures on the ground to help reduce that impact.
In '93, there was a large amount of



rainfall, and Spirit Lake was unusually high. And there was a railroad embankment between it and East Lake Okoboji that was seeping and looked like it was on the brink of failing. So we looked at increasing the structure size through that embankment to help bring the lake down more quickly.
Q What about flood support in '97 at Sioux Falls, South Dakota, what did that consist of?
A That was another advanced measure. They had a large snowpack upstream that indicated they could have a large flood event at Sioux Falls. So we went out and did some quick modeling and let some contracts to raise the levies quickly to help try to contain that flow.
Q What is Section 22?
A Section 22 is what we call our Planning Assistance to States Tribes Authority where we're allowed to go out and do analysis with a sponsor at a 50/50 cost share, whether it be floodplains, environmental, whatever, but we're usually restricted from doing design.
Q And you've worked on numerous Section 205 projects. What are those?
A Those are -- they're called small flood control projects. And those would be like the



Hamburg, Iowa, we've just done one at Pender, and we're looking at one at Fremont. Just flood protection for small communities. They're determined by the amount of money you can spend on the fix.
Q And then also general investigations studies. What does that mean?
A Those are the larger studies. They can even be as big as basin-wide studies. And they require a congressional authorization and local sponsor support and cost share as well.
Q These are all things that the Hydraulic Section does?
A Yes.
Q Are you a member of any Corps committees within the Corps of Engineers?
A No.
Q Have you ever heard of CERL?
A Is that the Civil Engineering Research Lab?
Q I believe so.
A Yes.
Q I take it you don't work with them on a regular basis?
A Not the civil engineering one, no.
You did say CERL; right?
Q I did. Is that the one in Vermont?

A No.
Q Okay. John Remus testified yesterday about CERL. It's in his --
MR. INGRAM: That's CRREL, Cold Regions Research & Engineering Lab.
MS. SNYDER-VARNS: Oh, CRREL.
THE WITNESS: Yeah. There's two.
MS. SNYDER-VARNS: Sorry about that.
MR. INGRAM: There is a CERL.
BY MS. SNYDER-VARNS:
Q What are these labs around the country that the Corps has? There's the one in Mississippi and then the one in Vermont and then --
A Yeah, there's actually a number of them. And they're all kind of research type oriented labs that look at long-range solutions, usually help maintain our software and provide assistance as needed to the districts.
Q And the one that you tend to work with is in Mississippi?
A We work both with the one in Mississippi, the one in Hanover, and the one in Davis, California.
Q What is the one in Hanover?
A Hanover is the Cold Regions Research and Engineering Lab. We will work with them on ice jams



and ice jam modeling.
Q How often do you work with that lab?
A It's kind of on an as-needed basis. So just whenever we have a project where ice jams are a problem and we need to model those for -- usually for the design or identifying potential problems with the studies we're requested to do.
Q Does that tend to occur a couple times a year, every couple years? Can you give me an estimate?
A It's kind of sporadic. You know, we might get a couple studies at once. Like I think we had two studies in Montana that we were kind of doing that on, and then we won't have anything for awhile.
Q For a period of months or years --
A It could even be years.
Q Okay. What about the one in Davis, California?
A Davis, California, is the Hydrologic Engineering Center. And they write most of the software that we use, any of the HEC software comes out of there, and they provide support to us on that as well as training.
Q What training have you had since you've been with the Corp of Engineers?



A I've had quite a bit. I've had training in HEC-2, HEC-1, SAM, I've had a class on hydraulic design of flood control channels, a class on hydraulic design of outlet works, class on hydraulic design of spillways.
Q So you've had training in software, training in hydraulic design?
A Yes.
Q And what other categories? It's okay to categorize them.
A Oh, okay. I'm sorry.
Q I don't need every last one.
A I've had quite a bit of technical training, but also supervisory training, I've had some other training like effective meetings and presentations and --
Q So the technical training is what I'm more interested in. Anything other than what you've already told me about?
A I've attended I know an ice jam -- or an ice workshop in Wisconsin offered by Wisconsin University Extension. I've had RAS on Study Flow Modeling, I've had some -- boy.
Q Do you have a list of the training that you've had somewhere?



A Yeah, I have it somewhere. If you want, I can provide it for you.
Q I would appreceiate that.
A Okay.
Q Now, the web page gives us a list of the services provided by the Hydraulic Section. And when I took a look at that, I noticed that the list for the Hydraulic Section was identical to that of the Sedimentation and Channel Stabilization section; is that correct?
A Yes. We had the same person post those, and I think they got confused. We've been meaning to change it and haven't done it yet.
Q So the lists are not actually the same?
A We'll sometimes work on the same projects, yes.
Q What services does the Hydraulic Section provide? If the list was correct, what would it be?
A It would list a lot of those things we've talking about, sizing of hydraulic structures, flood works, spillways, floodplain studies as far as riverine modeling, ice jam analysis.
Q For whom do you perform these services?
A We perform them for people that request them from us. We're kind of like a mini firm inside

Page 26

the Corps. We only work when people ask us to work.
Q So you provide the services within and without the Corps?
A We primarily provide them within the Corps. But occasionally, like under the Section 22, it would be at the request of a local sponsor, as well as with the civil works projects. There's usually a local sponsor that actually initiates those projects.
Q The Omaha District website also has a list of current projects for the Hydraulic Section, and that also was the same as for the Sedimentation and Channelization Section.
A We've been meaning to do that.
Q If that list under the Hydraulic Section isn't an accurate list, what current projects does the Hydraulic Section have going?
A We're still working on Sioux Falls, South Dakota, although it's kind of in construction, some of it. Perry Creek is kind of finishing up. Perry Creek, Iowa, and Sioux City, Iowa, is finishing up construction hopefully this year. We're doing some studies at Fremont, Nebraska, Denver, Colorado, the Yellow Stone River in Montana, the James River in South Dakota, we're doing some work at Livingston, Montana, doing some work in Greeley, Colorado, and

Page 27

then we're doing some work at Fort Carson, the base of Fort Carson in Colorado, and Schuyler, Nebraska.
Q When you say "studies," what do you mean?
A Most of these are all what we would deem as civil works studies. They're a mix of the general investigation, the GIs and the Section 205s.
Q What is Denver?
A In Denver we're actually working on a couple different things. The main one is we're looking at reallocating storage in Chatville Dam for water supply, and we're doing some of the hydraulic analysis for that to determine the impacts of that downstream.
Q Anything else at Denver?
A We're actually doing a Section 206 at Boulder, which is an environmental restoration, on Goose Creek. And we're kind of in the midst of a dam safety study at Cherry Creek in Denver at well.
Q What about Fremont -- is that Minnesota?
A No, Nebraska.
Q Sorry. What is that?
A We're doing a Section 205. They would like to provide flood protection to the southern part of Fremont. We're looking four alternatives associated with that.

Page 28

Q James River, South Dakota?
A We're doing a general investigation study there, and we're basically modeling the entire James River in South Dakota for the James River Water Commission.
Q And when you model the entire river, what does that consist of?
A In conjunction with them, we received mappings, so we've setup a HEC-RAS steady state model and provided flood profiles and flood boundaries for -- well, flood profiles for the ten-, 50-, hundred- and 500-year event and flood boundaries for the hundred- and 500-year event.
Q So it's a general investigation that is focused on flooding?
A Most of the work we do is focused on flooding.
Q And Livingston, Montana, what are you doing there?
A It's another Section 205 where the city has some areas that may be flood prone, and we've finished up the existing conditions and we're looking at alternatives.
Q And Greeley, Colorado, and Fort Carson?
A Greeley, Colorado is another -- I think

Page 29

it's a Section -- I can't remember if that's a 205 OSHA GI, but once again, it's focused on flooding. They've had a history of flooding in the area. But that one is also going to be combined with environmental restorations.
Q When you do environmental restoration, what is that usually? What can that or does that consist of?
A We'll try to -- there's been some kind of changes to the stream, and we'll try to help restore it back to a more native habitat. Like in Greeley, it's been straightened and channelized, and we didn't do it.
Q Sure.
A Sorry.
And so we're going to try to help them -- at their request, try to help them find some kind of environmental alternative to help restore some of that.
Q And what about Fort Carson?
A Fort Carson, at the request of the base, we're doing some updated studies on the Teller Dam up there.
Q Schuyler, Colorado?
A Again, that's Nebraska. That's another

Section 205 where part of the city is in the floodplain and they want us to look at alternatives to take them out.
Q Now, you direct the Hydraulic Section within the Hydrologic Engineering Division or Branch. Is that pretty much an independent section or -- or I guess -- what is the organizational structure between your section and the rest of the Hydrologic Engineering Branch?
A We all report to the Chief of Hydrologic Engineering Branch, which is Larry Buss, and so they each have a section chief. So we kind of are all along the same level, and we tend to work together and exchange workload if it's too heavy or too slow.
Q So you do work for other sections within the branch?
A Occasionally, yes.
Q If there's another section that you work with more than others, what would that be?
A I think it -- it's probably a tie between the Floodplain Management Section and the Channel Stabilization and Sedimentation Section.
Q Jeff, I'm going to show you what's been marked as Exhibit No. 7. Can you tell me what that is?



A That is a report that we prepared for a aggradation study on the Moreau River, South Dakota.
Q And I understand you performed this study?
A No. I supervised it. Neal Voll in my section actually did most of the actual work.
Q So Neal would be considered the author of the report?
A He prepared it and I revised it as needed.
Q Who is Neal Voll?
A He is a Civil Engineer in the Hydraulic Section.
Q Did anybody else contribute to this aggradation study?
A We obtained the cross-section information from the Channel Stabilization and Sedimentation Section -- or the survey information -- or the information they had surveyed.
Q And who specifically in that section?
A I believe most of it was obtained by John Garrison, and Neal Voll assisted him in the field in obtaining the surveys.
Q So you obtained both existing data and then went out and did more surveys to get more data?
A They -- I think we had them resurvey some of the cross-sections that they historically



surveyed.
Q Why?
A To get the most updated information.
Q Who determined which cross-sections to survey?
A I think that was the Channel Stabilization and Sedimentation Section.
Q The ones who went out and actually did the surveys?
A Yeah. I don't think they had enough funding to do them all, so they had to select which ones they thought were most important.
Q And are you aware of who actually went out and did the surveys?
A I know Neal Voll helped John Garrison with some of them. I don't remember if anybody else did the others.
Q Okay. So it would have been John that made the decisions as to which cross-sections to survey?
A I think that might have been made before he went out in the field, but I'm not sure.
Q So it might have been made by somebody above him like John Remus?
A Yeah, I guess -- I'm not sure.
Q What generated this study?



A We had a request to do the study, and they provided funding, so we did that.
Q Who is "they"?
A The liaison we had for doing this study was John Remus. He did most of the other coordination with I believe -- well, I think it was Operations, but I'm not sure.
Q When you say "they provided funding," what sort of funding are we talking about?
A The amount?
Q Yeah.
A Okay. I think including -- and this isn't an exact number. I think including Neal's time in the field, it was about $15,000.
Q And the funding came from Operations you believe?
A Yeah, I think probably it came from the Oahe project. And there's pretty strict funding rules, so --
Q But you don't know specifically where the funding came from?
A It should have came from the Oahe project, Operations Maintenance funds.
Q Why?
A That's kind of the way the rules are, that

we can't use Oahe money to study like Garrison Dam or vice versa.

Q So if a project or a study involves a particular project, then the funding for the study would come from that project?

A For something concerning something like this, Operations and Maintenance, yes.

Q So this is considered an Operations and Maintenance type study or implicates Operations and Maintenance -- explain to me what you mean by that.

A I'm not a funding guru. But the study came about because of the presence of the dam. And as a result, it is kind of considered to be -- our only funding source is to get the funding from Operations and Maintenance. It's called O&M. That's one of the pots of money we'd get every year. It's to help operate and maintain the dam and the associated structures.

Q And issues that arise concerning that particular dam?

A Yes.

Q How else would a study like this be funded if not from O&M money from Oahe?

A Typically it depends on how it's requested. You know, we might get a request from a



local sponsor. It usually has to be some type of taxing authority or governing authority like a city, county, state. Sometimes it's a congressional ad in the funding bills. And that's usually how these types of --

Q So if it's not from an O&M budget, it's specific authorization on the congressional level?

A Well, Section 205 doesn't have to have a specific, but a GI does. And those require a cost share as well with a sponsor.

Q Did you design this study?

A What do you mean by "design"?

Q Well, who decided what to study and what data to gather and how to report it?

A Our instructions were that we were going to basically do kind of a reconnaissance thing, which means we usually try to use readily available information. So we -- I think we felt it was important -- and I don't know exactly who made all of these decisions, but we thought some updated cross-sections were needed where we had historic cross-sections. And then just decided to model as far upstream as we could with the money allotted.

Q And the instructions that you got came from whom?



A Our liaison for this was John Remus.

Q What were the design parameters for this study?

A When you say "design parameters," what do you mean specifically?

Q What was the breadth of this study?

A You mean the --

Q I know that's it's a reconnaissance level study. I know it's not real thick. So in other words, it's not a detailed, in-depth kind of study. So what were the limits of the structure, I guess you would say, of the study?

A Limits of the structure?

Q Would it help just to go through the study and talk about the input and the variables that you used in the modeling?

A That might be -- well, you want me to just talk about it or do you want to ask questions?

MR. GETTE: No.

BY MS. SNYDER-VARNS:

Q Why don't you answer my question before, and then we will go into the study itself and I will ask you some questions about it.

A Can you state your question again?

MS. SNYDER-VARNS: Would you read



back my question, please?

(Pending question read back by the reporter).

THE WITNESS: I'd have to say that it was -- that we were going to take the most readily available data and do the best study we could with that and the funding we were provided.

BY MS. SNYDER-VARNS:

Q What kind of data?

A Well, typically we need the cross-sections. And so -- and we only had surveyed sections historically over time, just selected points. And then we would need to assess the roughness values for the HEC-RAS model, and any bridge data that we could readily get and any flow data that we could readily get.

Q Now, when you look at the first page of the report and you look at what your available data was, can you just tell me what it was?

I can see that it involves some topographic maps and some survey data. Can you explain to me what data that you found to -- what data you found that was readily available?

A Well, the data that was readily available was we had the seven-and-a-half-minute USGS

Page 38

topographic quad maps. And then we had some older War Department maps that were -- and both of those were ten-foot contour maps.
Q How many maps are we talking?
A Boy, I'd have to guess at that. I don't know if I'd be close. But it's a fair number.
Q Like hundreds or less than a hundred?
A It would be less than a hundred.
Q But more than 50?
A Probably less than 50.
Q Okay. So you had both USGS survey maps and War Department maps did you say?
A Yeah. They were older. They were dated around the 1945 to '47 time frame.
Q What other data did you find readily available?
A Then we had the sediment range lines that have been periodically surveyed over time. And then I believe Neal, when he was out surveying those, picked up some bridge information on the new Promise Bridge when he was out there, measured some pier widths and things.
Q So you got technical or physical information about the new Promise Bridge?
A Yes, just general type information. Yes.

Page 39

Q What did that consist of?
A Mostly like the span lengths, the depth of the structure and the bridge pier width.
Q Why did you get bridge information?
A We were going to use it in the HEC-RAS model.
Q Did you use it in the model?
A Yes, we did.
Q And why is bridge information part of the model?
A Usually bridges tend to have a loss associated with them, so you get a rise in the water surface as you go upstream through the bridge.
Q Why?
A Because the bridge -- depending -- this is kind of generally. But depending on how the bridge is constructed, it can sometimes cause a contraction on the floodplain flows.
Q Did you find that to be true with the Promise Bridge on the Moreau?
A Yes, there is some head loss through it; in other words, the water surface increases through the bridge.
Q Where in the report, if anywhere, is that discussed -- or included I should say?

Page 40

A On the second page, that second paragraph. It discusses contraction and expansion coefficients or value, at .1 and .3 respectively except at the bridge restriction where they were raised to .3 and .5.
Q So why were those coefficients raised at the bridge restriction?
A It's a standard -- those are standard modeling bridge coefficients of -- the expansion is .5 and the contraction is .3. So we used those on the new Promise Bridge.
Q Now, it's my understanding this is not just a bridge but an actual -- it's a railroad embankment that extends out into the floodplain of the Moreau, and then there's an opening in this causeway. Is that considered a typical bridge?
MR. GETTE: Objection.
You can answer.
THE WITNESS: Okay. On the new Promise Bridge, when we model bridges like that, we will model the embankments as part of the cross-section. We usually have the special section to address that, and we put the piers and the bridge decks in to help also show that that area has been removed from the cross-section.

Page 41

BY MS. SNYDER-VARNS:
Q So you modeled the Promise Bridge and the railroad embankment in some detail?
A Actually, we did not model the railroad bridge; we just modeled the new Promise Bridge.
Q Why didn't you model the railroad bridge?
A Well, the superstructure had been removed, and we would have had to really estimate the pier widths, so --
Q But you didn't model the embankment part of that bridge?
A I do not believe we did, no.
Q How come?
A Because it was kind of a reconnaissance study. A lot of times when the bridges are that close to each other, sometimes we'll lump them together as one bridge. And we just did not do that. We just did not model the railroad bridge.
Q So you went with the road bridge as opposed to the railroad bridge because they were close together?
A Yes, I think so.
Q Now, had you modeled the railroad bridge, would that be significantly different from modeling the road bridge?

MR. GETTE: Objection.
THE WITNESS: What do you mean I guess?
BY MS. SNYDER-VARNS:
Q Well, if you just look at them from a layman's perspective, you can see that the bridge has piers that wouldn't impede the flow of the river or anything else significantly from a layman's perspective. With the railroad causeway, you have a continuous embankment of land coming out into the floodplain with a small gap where the river channel goes through. It would seem they would be significantly different as far as their effect on the flow of the river or movement of water in that basin. So that's what I'm asking, is from a layman's perspective, it would seem that there would be a significant difference in including data about the bridge for the road as opposed to data about the railroad embankment in your hydraulic modeling for this study.
MR. GETTE: Objection. That wasn't a question.
MS. SNYDER-VARNS: Let's go back and read my original question then.
(Pending question read back



by the reporter).
MR. GETTE: I'm going to continue my objection.
You can answer that.
THE WITNESS: Well, and I'm still not sure -- you mean that we would model it differently or --
BY MS. SNYDER-VARNS:
Q Had you included the railroad bridge as a variable or factor in your modeling as opposed to the road bridge, would that have made a difference in the modeling that you performed?
A It may have. But my recollection at the time was I think that the bridge openings were similar on the embankments as far as the embankment openings.
Q What information did you have about those bridges when you inputted them into your model?
A We had the USGS quad maps and the information that Neal had picked up in the field was all we had found at that time.
Q What information did he pick up in the field that you're referring to?
A That was when he measured the spans of the new Promise Bridge and the pier widths and the depth



of the superstructure of the bridge.
Q And you testified earlier that he didn't get a cross-section of the railroad bridge?
A No. I think our -- actually, our first cross-section I think is just downstream from the bridge.
Q Getting back to the data that was inputted into the modeling, it says that "The survey data of sediment range lines didn't fully cover the region under investigation."
A Where is that one at?
Q That's in the first paragraph under "Available Data."
A I think the intent of that statement is that on a lot of the upper range lines, the survey was only in the channel, and we didn't have the overbank survey.
Q What determines whether you have overbank survey included in the cross-section as opposed to just channel; do you know?
A As far as for the range lines?
Q Well, with these cross-sections, if you have just the channel but not the overbank, why would that be?
A Because the range lines were set there to



measure aggradation and not to actually perform modeling. And I think they thought -- and I'm kind of guessing at this. I'm thinking that they thought at that time that the aggradation would remain in the channel of the upper range lines.
Q So is it your experience that range lines upstream on tributaries don't always take into account the overbank?
A Yes.
Q And it's your understanding or thinking -- and I understand that you didn't install the range lines -- that the focus of those who did was the channel as opposed to complete bank?
A I guess maybe I need to clarify. When I talk about the channel, that's the primary inside portion of the floodplain portion where the flows are, so that would sometimes include the banks of the channel. But they didn't necessarily go out in what we call the floodbank or the overbanks.
Q Okay. I was asking about the fact that the survey data didn't fully cover the region under investigation to generate a continuous comparison. And you explained that the range lines didn't include the overbank upstream. So what did you do with the data given that situation?

A We supplemented the channel cross-sections at the range lines with either the quad map or the War Department maps depending on whether we were working on the model that we were trying to use to model prior to the construction of the Oahe versus the model-to-model, what we call post-Oahe.
Q So you filled in the survey information with the maps?
A Yes.
Q How did those coincide?
A You mean --
Q How do you do that?
A How do we do that? Well, we get the range locations from Channel Stabilization and Sedimentation. And they have those because they go out and survey them. And then we would try to locate as closely as we can on the appropriate quad map. And then we would extend out the cross-section trying to be perpendicular to what we think the overbank flow will be. And then we'll pull those points off where that line crosses the contours on the map --
Q The topographic map?
A -- on the topograph map and place those in the model.
Q You also looked at the flow data from the



2002 flood insurance study?
A Yes.
Q What records from the U.S. Geological Survey indicated a flood event in March of '97?
A That would be their historic gauge data.
Q Would that be the White Horse gauge?
A Yes, that's the closest gauge. Yes.
Q Any other gauge data that you're aware of?
A There's I believe a Faith gauge that's farther upstream. And then there was a discontinued gauge at the old Promise Bridge.
Q Did you use data from those gauges to the extent it was available?
A At the time we didn't find that data readily available.
Q So the records that you're talking about here consist of what from the U.S. Geologic Survey indicating the flood event?
A I think what we did, we just -- they list the annual peak flood events in '97, and I think we just took that off this. I'm not sure where we got that. It must have been through USGS records either written or on the web.
Q The study report goes on to say in that paragraph on page one of the report, "This event,"



this March '97 flood event, "was the largest on record and can possibly be a source of some of the changes visible today."
What do you mean by that?
A Typcially when you have large flood events that exceed what you normally see in the recent record, they will tend to physically change through erosion and deposition, the floodplain.
Q In one flood event?
A Yes.
Q And you go on to say, "Flooding at that time developed as a result of high runoff flows as well as ice jam conditions."
A Yes, that's what was told us, there were some ice jam conditions there as well.
Q What's the source of that information?
A I believe -- I don't remember who called Roger Kaye. But he got a call that they were having ice jam flooding during the '97 event at that time. So --
Q Who is Roger Kaye?
A He works in the Hydrology Section.
Q And who called him; do you know?
A I don't know who called him. He used to work with CRREL on the ice jam data, so his name is



out there as the person to call to report that for the database.
Q So you talked to him about ice jam conditions for this report -- did you talk to him?
A Yes, I talked to Roger. Yes.
Q When did you talk to him?
A It would have been probably during this to see if he had any information on the ice jam, the location itself. And he didn't have any specific information if I remember correctly.
Q What information did he have?
A Just that he had gotten a call that there was some ice jams reported on the Moreau River during the '97 flood.
Q Do you know who called him? Was it a Corps individual or was it somebody else?
A I don't remember that.
Q You would have talked to him sometime before two thousand -- in fact, October of 2003 then, wouldn't you, because that's the date of this report?
A I guess I'm not -- I don't really remember the timing on that, but --
Q You mentioned here that detailed ice jam information was not recorded from this event, so a detailed ice analysis was not possible.

Is ice jam information recorded?
A For this event?
Q For flood events or other events.
You indicate that it can be recorded when you say that it wasn't for this event?
A Yeah. We've had other studies where we've had people measure the thickness of the ice, the location of the ice jam, and given us pictures of the ice jam. And that helps when you do the modeling of the ice jams.
Q You've had people do that? What people?
A It would usually be people local to the area, because ice jam events can happen very rapidly.
Q Did you get any information like that for this report?
A No.
Q Did you request it from anybody?
A I think -- what I remember is that we quickly checked the CRREL ice jam database, and there was flow specific information as to ice thicknesses on that.
Q What is the CRREL ice jam database?
A It's a web address where they allow you to submit ice jam data, and they provide it to people that are interested in ice jams.



Q Who runs it or makes it?
A I think -- well, the CRREL kind of operates it. I think Kate White's familiar with that. She has some people that help her with it.
Q And that is the lab in Vermont?
A It's actually in New Hampshire.
Q New Hampshire. Excuse me.
THE WITNESS: Can we take a quick break?
MS. SNYDER-VARNS: Sure.
(2:20 p.m. - Recess taken)
(At 2:35 p.m., with all parties present as before, the following proceedings were had, to wit:)
BY MS. SNYDER-VARNS:
Q Before the break, we were talking about ice jam or ice analyses and the fact that the laboratory -- the Corps lab in -- if I say New Hampshire, it's going to be Vermont I'm sure -- New Hampshire, they do some ice analyses. And I was asking about the fact that a detailed ice analysis was not possible here on the Moreau. And that was because you hadn't been -- or hadn't obtained detailed ice jam information for that 1997 flood event. Is that basically what we were talking about?
A Yes. I think what we did, we did a quick



look of the CRREL database, and there wasn't any specifics as far as ice thickness, and then just general descriptions of ice jams. But we were really looking for thicknesses at that time.
Q Why would you be looking for ice thicknesses?
A That is one of the major input parameters into the model for ice jam analysis.
Q What does an analysis consist of?
A It knd of depends on the level of detail. If we were doing an ice jam analysis, we would try to find out historically where all the ice jams were located, what the thickness of the ice was at the time of the jam, what the flow conditions were if we could find that, and then the length of the jam and if it was across the channel. Or sometimes they even get what we call a grounded jam where the jam might actually be grounded in the bed of the channel, and then it helps us better with estimating parameters to try to match results of that ice jam. The other thing we'll try to usually get is high water marks, but those are sometimes hard to come by.
Q So where does this information typically come from?
A A lot of time on our studies, if it's not



available in the ice jam database, we'll get it from our sponsor or local residents or newspaper articles. And sometimes even state officials -- like Nebraska has a state ice jam network.
Q So would you consider the ice condition information a significant component of an aggradation study like this?
A Only because it was reported there was ice jams during this flood. And sometimes they happen in pool areas.
Q So in the Omaha District, if ice jam information was available, where would it be, and in what form?
A Like I said, if we -- we have collected some ice jam data, but not a lot. It would be in our high watermark database. If it wasn't, then we would quickly collect the CRREL database. After that, it's not very ready available, so we wouldn't have gone any further.
Q Who within the Omaha District maintains the high water database?
A It's our section.
Q Who specifically handles that database?
A I kind of oversee it, but I have a technician in my section that's been responsible for

going back through all the high water marks and putting them in the database.
Q What is that database used for?
A We will use it to look for high water marks to try to calibrate our models.
Q Yesterday John Remus testified about periodically reviewing reports about ice jams in the Omaha District. Do you know who generates those reports?
A No, I don't.
Q Have you seen those reports?
A No, I haven't.
Q Excuse me?
A No, I haven't.
Q You never heard of them?
A Now that you mention it, I remember hearing about an ice jam report in Montana, maybe looking through that. But --
Q About how long ago was that?
A It's probably been three or four years.
Q And that's the only one like that that you can recall?
A That's the only one that I can recall.
Q But that has nothing to do with the high water database?



A No. Actually, most of the high watermark points we have in our database are open water ice effect.
Q And those reports don't have anything to do with the ice information that your section gathers?
MR. GETTE: Objection.
THE WITNESS: Can you ask that again?
BY MS. SNYDER-VARNS:
Q Well, you said that you and your section gather ice information. How do you do that?
A When we gather the ice information, we will either -- the high water marks we do have in the database are the ones we have gone out and collected ourselves. And then at that time we've either had them surveyed or had like a local sponsor on the study survey them for us.
Q Other than the high water database, where would ice information be kept or recorded?
A Most of it would be on the CRREL ice jam database that I know of that's readily available.
Q Is it maintained in any other form, the ice information that you gather?
A Oh, that we gather?
Q (Nods head).
A Those would be the only two places.



Q I believe I may have asked you about an ice analysis. You say that a detailed ice analysis was not possible. Did you already testify about what a detailed ice analysis is?
A I guess I don't remember.
Q I don't recall it.
A I kind of remember describing that we'd want to -- you would try to calibrate your RAS model that has an ice routine in it. So you'd want to have like high water marks and ice thicknesses and other information so that you could calibrate the model to show that you're kind of reflecting actual conditions out there and you try to duplicate actual ice events. Otherwise the model will theoretically estimate ice jams, but you don't know how accurate it is.
Q So ideally what parameters or what data is inputted into an ice analysis?
A Into the RAS model?
Q Yeah.
A The parameters are the ice thickness, the ice roughness, the location of the jam and the height of the jam, or the primary parameters.
Q Location of the jam relative to what?
A To where historically the ice jam is



formed.
Q Are you talking about the reserviors or tributaries or where in the Omaha District?
MR. GETTE: Objection.
BY MS. SNYDER-VARNS:
Q You say the location of the ice jam.
A Well, what goes on with RAS is it has an ice jam parameter you can turn on where it will calculate ice jams. But it's been pretty well proven that unless an ice jam has actually formed at that location, we can't rely that an ice jam will form there based on the model parameters. So typically we need to have information that a jam has formed there historically to have faith that it's even close to giving us a reasonable answer.
Q So when you say location of the ice jam, what you're really talking about is whether it's actually occurred?
A Yeah, the location would be where the ice has basically piled up and blocked the stream is what we call the ice jam locations. So typically, not always, but typically it would be like open water below an ice blocking the river jam.
Q But I take it you're not talking about where on a water course or a lake that the ice jam

actually occurred. You're talking more --
MR. GETTE: Objection.
BY MS. SNYDER-VARNS:
Q I'm still not understanding you. That's why I'm trying to understand.
MR. GETTE: Ask a question.
BY MS. SNYDER-VARNS:
Q What do you mean by ice jam location?
A Let's say like on the Platte River we've done a study for ice jams. We would look to see where ice jams have historically formed. Like they'll form like upstream of the Highway 6 bridge, at the confluence with the Elkhorn tributary and near the Fremont bridge. And we have those documented -- those locations are documented as to where they're at, and then we'd know in our model that that's typically where ice jams have formed historically, and that's where we would place the ice jam in our model to try to duplicate that or calibrate that.
Q So you're talking about actual historical locations of ice jams?
A Yes.
Q And apart from having that kind of information, it's difficult for you to do an ice jam analysis?



A Well, there's other factors on the Moreau like the cross-section space in this. If they're pretty far apart, then and we wouldn't be able to do a very detailed ice jam. But without having ice thickness, it would just be kind of a shot in the dark for us. Basically we would have a model that wouldn't be calibrated, so we wouldn't have -- there would be a large amount of uncertainty with the results.
Q So what is the difference between a detailed ice analysis and modeling of a floating ice cover?
A The difference is in RAS, with the floating ice cover, you basically look historically at what the thicknesses are and you put that thickness in as a model parameter, and that adds wetted perimeter to the model.
Q It adds -- excuse me -- what?
A Wetted perimeter to the model, which means it adds resistance to the water and tends to increase the water surface profile and elevation.
With an ice jam, we're actually talking about chunks of ice actually blocking, not just floating, but potentially blocking, where you can get substantially higher stages of the jam versus an ice



cover.
Q So the ice cover would be more conservative than an ice jam type -- if you can't do the analysis of an ice jam and you model an ice cover, are you going to see as great -- see changes in the water surface elevations that are as great as with an ice jam analysis?
A No.
Q And is that reflected in Table 2 attached to this aggradation study, the ice cover condition?
A The table reflects the ice cover condition we modeled, yes.
Q And the table, when you look at the hundred-year flood event on both Table 1, which is a open water condition, and Table 2, which is an ice cover condition, it appears that the difference seems to be a few feet for each station under the columns "Normal DEP" and "WS 1620." Is that a fair summarization of the differences between the two -- those columns and the two tables?
MR. GETTE: Objection. The table tells us what it tells us.
But go ahead. You can answer.
THE WITNESS: Well, when we do a floating ice cover, basically what we do is we're



just adding that additional roughness. So it will vary from section to section depending on how wide the ice cover is in the channel at that time. So generally you can probably summarize that there's a difference between the two, but it's probably more specific by section to section.
BY MS. SNYDER-VARNS:
Q And when you say "section to section," what do you mean?
A The cross-section. I'm sorry. Like 32, 240, M-44.1 is one cross-section or section in the model.
Q So because you were unable to do a detailed ice analysis, you did a floating ice cover -- you modeled a floating ice cover throughout the parts of the Moreau River that were under review. Is that what you're saying in this part of the report?
A What we did for both pre-dam and post-dam was to model a floating ice cover to try to attempt to look at what the impacts of the ice would be to the model surface profiles.
Q What did that component of the modeling tell you?
A Pretty much that floating ice cover gives you higher water surface stages than open water.

Q When you talk about modeling a floating ice cover, what was the input for that model?
A Again, that's the ice thickness, the ice roughness, and we do add the specific gravity -- I forgot about that last time -- and how far the ice jam -- or the ice cover extends. And what was the other one? I missed one here.
Q Well, I'll ask the next question. Maybe you'll remember it.
But did you have any information to input into this ice cover modeling or did you make assumptions for these inputs?
A When we looked on the CRREL ice jam database, there wasn't any information on ice thicknesses. So we followed the procedure in our engineering manual in estimating using freezing degree days. So we went to the website for the St. Paul District and used those freezing degree days for 1997 to estimate an ice thickness. It came out to be about 18 inches. And so that was the thickness that we modeled throughout the steady reach for the width ice condition.
Q And the description of the modeling of the ice cover is on the second page of this aggradation study report?



A Yes. It's under the ice cover model setup.
Q And the results of this part of the modeling are set forth in this Table 2?
A Yes, for the floating ice cover.
Q Can you tell me what Table 2 -- what conclusions can be drawn from this Table 2? Can you summerize them, please?
A Okay. The first one is that you get higher water surface elevations than for the open water condition. And then when you compare -- although it's hard to read on here -- when you compare the normal depth column, which is the pre-dam condition, with the other two that you have, I believe you have higher water surfaces up into this gray zone for the width dam versus the pre-dam based on the model.
Q Was it helpful in preparing this aggradation study to have the information provided by the ice cover modeling? How did that contribute to this study?
A I guess what we did is we did this kind of cursory ice model because we had heard that ice jams were a problem in '97. And based on the information we had, that's all we could really do at the time. So what it was was just to try to indicate if ice



jams gave any kind of different answer than the open water condition. That's how it was used.
Q And the results from that modeling basically showed you because it's an ice cover as opposed to ice dam, it was just a general increase in the elevations, the water surface elevations?
A Yes.
Q Over the open water condition?
A Yes.
Q Going back to page one of your aggradation study, it says you did a site visit in July to become familiar with the study area. Do you mean July of '02? '03? What year?
A 2003.
Q Why was a site visit important?
A That was when Neal Voll went up with -- I believe with John Garrison to collect the range data, and then we needed a site visit to see the river to have an estimation of what the roughness value should be for the model.
Q What is the roughness value?
A In HEC-RAS, it's called the Mannings n-value or Manning's roughness value. It's an empirical estimate of what the roughness is based on historic empirical value.



Q And Roughness is obviously a term of art here. What does that mean?
A Roughness is representative of the resistance of the channel. The lower the roughness value, the Mannings' n-value say at like 013 would represent like concrete, a fairly smooth surface, whereas you might get to like say 07 with corn crops or something like that. It offers more resistance to the flow and tends to make the water surface go higher with higher roughness.
Q So the values that you used for roughness were where along that spectrum?
A If you go to the second page, we used n-values of .040 for the channel and .080 for the overbank. So .040 is fairly rough. I think we saw quite a few shrubs and brush along the channel banks. And then in the overbank, that kind of varied quite a bit and we really didn't have readily available aerial photography. We just made a generally assumption of 080.
Q Which is?
A It's kind of reflective of an average condition we felt.
Q I'm going to show you what was produced to us by the government in this matter. It's Bates

stamped US0000147. And those are some field notes from a 2003 site visit.
Can you tell me if those are not your notes then because you didn't go on that site visit?
A They are not my notes.
Q Do you happen to know whose they are?
A No, I don't.
Q Can you tell me what open water modeling is?
A Open water modeling would be modeling in HEC-RAS without an ice cover. We commonly refer to it as open water modeling.
Q You talk about separate geometry being created for the Moreau River reach from White Horse to the bridge at Promise. So separate geometries are what?
A Separate geometries were for what we called the pre-dam condition and the post-dam condition. And they were the combination of those range line surveys plus information from the topographic mapping.
Q When you say "geometries," what do you mean?
A It would be the cross-section geometries.
Q And you've already talked about n-values.



Those are roughness values?
A Yes.
Q Okay. And the contraction and expansion coefficients have to do with the bridge restriction?
A Well, actually the .1 and .3 are general contraction/expansion coefficients for just normal eddies and variations in the channel, and then we raise them at the bridge to .3 and .5.
Q So that would indicate a greater restriction at a bridge or constriction -- or contraction? Excuse me.
A It could be. But the contraction coefficients are used based on the velocity head.
Q So it doesn't have anything to do with narrowing?
A No. That's actually reflected in the computation of velocity in the model. So it's kind of associated with that.
Q Can you then just give me an explanation of contraction and expansion coefficients?
A Because we're running a one-dimensional model, which means we're assuming the water surface is level throughout the cross-section, there's actually 2 and 3D effects in the flow, and as you come into a bridge, you'll tend to get eddies and



turbulents that will actually increase, we call it the head loss, but it's like making it a little rougher, so there's extra energy that's required to push through that opening as you contract and expand. And those are to try to simulate those effects.
Q And apart from the bridge n-values, what contraction and expansion coefficients -- what do those go to? What do those address?
A Expansion and contraction coefficients?
Q (Nods head).
A We tend to place the higher ones for the bridge, where we think we're fully expanded, we change them there. And then as we contract through the -- or upstream of the bridge, then we contract through the bridge, we leave them higher, and then we leave them higher until we're fully expanded back out towards the valley, and then we'll go back to the more normal .1 and .3 contraction and expansion. In other words, we're trying to model the extra head loss from the change in velocity.
Q And apart from the bridge numbers, how do contraction and expansion coefficients work, the 0.1 and 0.3 numbers?
A How do they work?
Q Explain those to me.



A Well, what they do is they look at the change in the velocity. So like if you go from four feet per second to two feet per second, you have a velocity head turn where the velocity is squared and then divided by two times the acceleration of gravity. So we subtract -- like at this section we may have one turn and this section we have another. We subtract the two of us and get, say, like .2 feet of head loss. This coefficient goes times that. So then you would get an extra head loss of like 600 between those two cross-sections from the contraction, or .5 times that for an expansion.
Q Now, it sounds to me like these coefficients are applied to relatively specific data. Are you talking about the cross-section surveys? Where do you apply these coefficients in the model?
A We apply those again -- we like to start them when a section is fully expanded --
Q And by "section," what do you mean?
A Well, what happens is your flow may be across the entire section. But as you approach a bridge that has an embankment and is much narrower than the flow floodplain, the flow will contract to go through that bridge opening. So we'll apply that right before that starts and we'll continue them all

the way until it gets back out to that full width again.
Q When you talk about a section, are you talking about the river reach between the river mile designations?
A I'm actually talking about specific -- we apply them at a cross-section, and then they apply for that region until we get to that other fully expanded cross-section.
Q So when you're talking about the .01 and .03, those are the coefficients that you use when you're not dealing with the bridge?
A Yes.
Q And you apply the 0.1 and 0.3 depending on what?
A It's -- the program looks at the change in the velocity. Like if the velocity drops, it assumes there's been an expansion.
Q Where do you get the velocity data? Do you assume it or do you have it?
A It's calculated by the model.
Q Okay.
A It's part of the back water computations that you start with like a known water surface elevation or some parameter at the downstream end and



then it makes an estimation of the velocity. And then based on the roughness it averages those out between the next section and intuitively finds the next water surface so it matches within a certain allowable percentage, and then the velocity is based on that.
Q So the model does those calculations after you input these values, and the values that you input are basically assumptions based upon the roughness of the channel?
A No. The values are input -- they're kind of standard practice values.
Did you have a front part of that question? I can't remember --
Q Well, I'm just trying to get a full and complete understanding of these coefficients and how they work in the model. And I think probably you've given me enough to do that.
Actually, I'll go back and sort through and probably understand a lot better after I read it.
A Okay.
Q You talk about river slope being taken as accurately as possible at S equals 0.0005 from quad maps. What does that mean?
A To start our model, the RAS model, we need



to either have a known water surface elevation or a rating curve, or we can estimate it using what we call normal depth. And so at this point for the pre-dam condition, we wanted to use normal depth because we didn't know the actual water surface at that location. So we looked at the quad map to try to estimate an average channel slope to width that's required to determine normal depth at that cross-section.
Q And so you took that from quad maps?
A Yes.
Q And it's the same value as used in the flood insurance model, the 2002 flood insurance study?
A Yes, I believe so.
Q And the Corps did the modeling for that study, didn't it?
A Yes.
Q Is that why you used the same numbers?
A I think he checked them that it matched the same reach that we did, so we used the same number. Their study started much farther upstream.
Q And you say "Downstream pool elevations of 1608 and 1620 were used as the boundary conditions in the post-dam analysis." You mean the upper and lower



water surface elevations?
A Yes. So instead of using the normal depth for the post-dam, we inserted an actual water surface of either 1608 or 1620.
Q Why did you use those numbers?
A I believe 1608 is the spillway crest elevation, and then 1620 is the top of the spillway gates.
Q And why did you use those elevations?
A We were trying to look at the sensitivity of the model to that pool, so we wanted to kind of bracket a range.
Q Then you took the geometries that you just described, the pre- and the post-dam geometries, and then you modeled them with a variety of different flow profiles which are basically the ten-, 50- 100- and 500-year flood events?
A Yes, those were the flood events that were calculated for the FEMA study I believe.
Q At what location?
A I'm not sure, but I would assume the White Horse gauge.
Q And then that gave you or established a general trend in water surfaces for flood flows through multiple severities of flooding events. What

was the trend?
A The trend for --
Q Can you just explain that to me?
A I think what we're trying to do is just say that we have -- for the pre-dam and post-dam geometries, we modeled the ten, the 50, the hundred and 500 between the post- and pre-dam for all those events and see if there's trends in the pre-dam and post-dam.
Q And where are those trends reported?
A They would be in Table 1.
(Tracey Fischer exits the room).
BY MS. SNYDER-VARNS:
Q Can you summarize for me your findings in Table 1?
A In Table 1, if you look at the water surface of 1608 and 1620 for the post-dam condition, it appears that the impact of having various water surface elevations kind of disappears according to the model by that 4790 M-37.7 cross-section. So for the post-dam condition, the impact of the water surface elevation doesn't appear to go upstream from that section.
Now, when you compare it to the pre-dam, it appears as if the trend goes quite a ways upstream.



The reason there's a shaded area in the table is, based on my judgment, there's something -- how should I say this -- not quite right with the model, that I don't really believe that it goes that far, but the model indicates that it goes that far. So we shaded it showing there's some question about that.
Q That what goes that far?
A Well, if you look, the normal depth for the pre-dam is lower than for either one of the other for the post-dam up through that point.
Q For any of the flood events, ten-year, 50-year, hundred-year and 500 year?
A Exactly.
Q And then when you get to the shaded area, what's the difference there?
A They look like they were tending to converge. Usually when you look at studies like this with pool effects or aggradation effects, after a while the model should converge upstream where the effects aren't present anymore. It appears when they were converging, then they started to diverge again.
Q On this one?
A Yes.
Q But they appear to converge in the shaded area?



A They appeared like they were starting to converge and then they started to diverge again, which could mean there's a local anomaly, but we didn't look into it in much detail.
Q So their study is a bit unusual in that they started to converge and then diverged, whereas that doesn't usually happen?
A It's probably not unusual for this type of study where, you know, it's kind of a reconnaissance study and the cross-sections are really quite widely spaced. You know, they can be as much as three miles apart. So the way the model works is it averages the conveyance between those two cross-sections. So if that one cross-section really isn't representative of the reach it's supposed to be modeling, or if there's an anomaly at that cross-section, it can probably carry a couple cross-sections upstream normally. Well, in this case, because the cross-sections are two to three miles apart, that means it could go four to six miles upstream, whereas if we had more frequent spacing, that may not go that far based on that local anomaly. So for a model of this level of detail, that probably isn't that unusual. It would be unusual in a more detailed model.
Q Is it your understanding that additional



survey information has been obtained since this aggradation study was prepared?
A Yes, I believe they went on and got more survey information. Yes.
Q Why is that?
(Witness looks at Mr. Gette).
A I think they needed it for the expert witnesses. It wasn't utilized by me, so --
Q And you haven't been asked to prepare or do any additional modeling in this matter?
A No.
Q Now, when you talk about the modeling that was performed and your discussion that I'm looking at here is on the second page of your report, you talk about the fact that the models should be utilized primarily to note trends in the results, not exact quantities at points of interest, is this because of the limited data that you had to input into the modeling?
A Yes. We didn't feel that the model was accurate enough to just say that the impact stopped here or here.
Q You can only just -- you can only look at trends?
A Yeah. It appeared as if some water surface

profiles had increased, but we weren't sure exactly where they stopped.

Q What would it take to obtain that information, to refine the model sufficiently do have it?

A The first thing we would usually do is we would try to get more frequent cross-sections. We would probably for this study recommend a cross-section every two to 3000 feet. And then we'd also like to have had some aerial photos so we could have better set the roughness values. And then after having reviewed the report, we inadvertently left the new Promise Bridge in both the pre-dam and post-dam model, so -- and then we didn't have the old Promise Bridge data available at that time. So that was not modeled, nor was the White Horse Bridge. And then because of the thing I talked to you about needing a number of sections for the model, we would have liked to have extended the model farther downstream. We don't like to start -- we like to kind of go at least one to two miles downstream from our real area of interest, which would have been the Promise Bridge. We would have liked to have extended it downstream.

Q So after talking about the contraction and expansion coefficients, that wasn't actually a part



of the modeling because the bridge cross-sections weren't included? Is that --

A At the old Promise Bridge, we didn't have any data, so we didn't model the old Promise Bridge. But at the new Promise Bridge we used those, but we inadvertently left that bridge model in both the pre-dam and the post-dam, and in the pre-dam model, that bridge wasn't there until we relocated it there.

Q How would that affect the results of the modeling?

A Given there was some head loss through the bridge, it would have lowered the water surface profiles in that area for the pre-dam condition.

Q So moving to the third page of this report, in the "Analysis and Summary," it states that "Analysis of both models" -- and what are both models, the open water and the ice covered?

A Well, actually, here I believe the intent is the pre-dam and the post-dam model.

Q Okay. "Analysis of both of those models indicated that there is a high likelihood that flood levels are impacted under high pool conditions in Lake Oahe up to river station." And I'll use the M-52.7.

Did you draft this conclusion or was that



Neal Voll's?

A We kind of worked on it together. And I should probably clarify that that "high pool" probably should have been reworded. We talked earlier that the pool effect drowned out pretty quickly. So it should have been the impact of changes from the pre-dam to post-dam condition.

But no, he drafted it and I reviewed it, and we probably didn't wordsmith it as much as we should have.

Q So these are your conclusions though?

A Together, yes. Although in actuality, I didn't want to provide a conclusion because the model is so coarse.

Q So it's qualified?

A Yes.

Q Based upon the limited budget and the limited scope of the study?

A Yes. We would have liked to just have said that it was highly likely that there may have been some impacts, but we were kind of told that we needed to say how far they went, so --

Q Who told you that?

A Well, our liaison was John Remus. So he said we needed to reach a conclusion in the summary,



so --

Q When you say "flood levels are impacted," what do you mean?

A That would mean that the model indicated that in this reach, the water surface elevations were higher for the post-dam condition than the pre-dam condition. So what we should have said is that they were increased, not impacted.

Q You go on to say "Landowners below this section" -- do you mean the M-52.7?

A Let me see here. Yes.

Q -- "these landownwers would appear to be increasingly affected by floods particularly at high reservoir pool levels."

A Yes,. And again, that misnomer, again, we talked earlier that the impacts of the reservoir pool itself came out pretty quickly. But it would have been -- the model indicated that up to that reach, we had increased water surface profiles and elevations.

Q And why were the increases -- or why did they go up to M-52.7?

A That's -- if you go to Table 1, that was the last cross-section before we reached the shaded area.

Q Okay. Where the pre-dam and post-dam

elevations began to converge?
A Yeah, they tended to converge, and then were diverging again. So --
Q Do you have any sense of what would happen if you did get the data that you'd like to have to do a more detailed study, what would happen with that convergence/divergence situation based upon your experience?
MR. GETTE: Objection; calls for speculation.
If you can answer, go ahead.
THE WITNESS: If we were to get a more detailed model, I would hope that that divergence/convergence would go away. So I would anticipate that we would get a more well-behaved model and a more clear, say, point that we could identify were water surface having occurred.
BY MS. SNYDER-VARNS:
Q Do you believe that the convergence would still exist?
A With the new model?
Q Uh-huh.
A Usually on these models, if there is no other changes in the model other than, say, a starting water surface, they will tend to converge



within one to two miles of that. And typically in a real study we'll check the sensitivity to things like that.
Q So the convergence would still be there; it might be at a location one to two miles where these are indicated in Table 1?
MR. GETTE: Objection.
Go ahead.
THE WITNESS: Could maybe in either direction. I mean, we're not really sure.
BY MS. SNYDER-VARNS:
Q It could go either downstream or upstream?
A That would be based on my experience what I would think.
Q Going back to your analysis and summary, the third sentence there says, "The decreased bed slope and reduced flow capacity of the lower sections of the Moreau River appear to be at least partially response for increasing flood stages in that area."
The decreased bed slope and reduced flow capacity, what are those?
A The bed slope is what we frequently refer to as like the minimum elevation in the channel -- t's usually in the channel, but in the cross-sections. And if you take the slope from that



point -- from one section to another, we would consider that the bed slope.
Q So the slope of the channel decreases?
A Yes, as you get -- I believe, if I remember the cross-sections right, it decreases as you get closer to the Oahe pool or in the Oahe pool.
Q Then that would be consistent with the formulation of a delta at the confluence?
A Exactly.
Q And the reduced flow capacity, is that the reduced flow capacity of the channel?
A Yeah. There are sections down near the Oahe pool where the channel's been filled in by the delta, yes.
Q And they appear to be at least partially responsible for increasing flood stages in the area?
A Yes.
Q What do you mean by increasing flood stages?
A That would mean that the model showed that for the pre-dam and the post-dam condition -- if you go to Table 1, say, M-44.1, we have an increase in flood stage there -- or water surface elevation. They're kind of synonymous. At the 50-year it was 1640.9 with the post-dam and 1631.7 with the



pre-dam.
Q So those are the increased flood stages, those differences --
A Yes. Stages --
Q -- in elevation?
A Stage is kind of another term for water surface elevation.
Q And you say "in that area." What area do you mean, up to 52.7?
A Yeah, the model indicates that up to 52.7.
Q Okay. And I understand that that's qualified.
You move on in your analysis and summary to say, "However, at locations from river station 59.2 up to and beyond White Horse," the shaded areas on both of these water surface tables, "the impacts appear to decrease rapidly." And you mean the differences between the pre-dam and post-dam?
A Yes, that's that zone where we seem to be getting convergence and then it diverges a little.
Q Okay. And you say that "Any extreme changes to the landscape and flooding risks in these upper sections would be expected to be more the result of the severe flooding event of '97 or other extreme events in recent years."

What extreme changes are you talking about?
A In channel geomorphology, your channels usually form by the real frequent events, because they occur frequently and transport a large majority of sediment over time because they're so frequent. But a large flood event can come in and change that transport significantly for that event, but when you average it over time, it's not so significant. But the event is so large and it can kind of change the channel and the overbank by either scouring or depositing material.
Q So you're saying that in the upper reaches is above 59.2, the changes in the elevations would be expected to be more attributable to the '97 flood event than Oahe?
A Yeah, based on the model and the fact it looked like we were converging until we started to diverge, it appears that upstream from that Oahe shouldn't be causing those.
MS. SNYDER-VARNS: Let's take a break.
THE WITNESS: Sure.
(3:25 p.m. - Recess taken)
(At 3:35 p.m., with all parties present as before, the following proceedings were had, to wit:)



BY MS. SNYDER-VARNS:
Q I'm going to switch gears here with you, Jeff, and talk about sedimentation in Missouri River basin.
I know that you do hydraulics. But what do you know about sedimentation within the Omaha District?
MR. GETTE: Objection. It's overbroad.
THE WITNESS: I need to decide if it's faster to do that or what I don't know.
BY MS. SNYDER-VARNS:
Q Well, are you aware that sedimentation does occur on the Missouri river?
A Yeah, I'm aware that whenever you have a pool, you know, that has a substantial elevation to it, that the river coming into it loses its sediment transport capability and tends to form a delta.
Q And typically where are those deltas?
A They tend to form at or below that elevation the pool's at most of the time.
Q Where in the pool?
A Pretty much where -- where the pool ends, when the tribuatary enters the pool, you lose-- your area gets large, the velocity gets small, and you



lose your sediment transport capability.
Q And by "area," what do you mean?
A It looks like a cross-sectional area, kind of related to HEC-RAS, as your area increases for the same flow, the velocity will drop.
Q Okay. Do you do work with sedimentation?
A I haven't actually done a lot of work with sedimentation. The most we will do is, say, like when we're doing a channel improvement, we'll try to come up with a stable channel design.
Q Do you have any -- or do you do any work with monitoring of sedimentation?
A I've assisted the Channel Stabilization and Sedimentation Section on surveying ranges and helped rewrite some of their area capacity programs and assist on occasion. I was actually Acting Chief of the section for a hundred twenty days.
Q How long ago was that?
A I think it was about, according to my recollection, around late nineties, maybe earlier. It would have been before John became Chief. How's that?
Q Fair enough.
You're aware then from being a part of the Hydrologic Engineering Division of the monitoring of



sediment in the District?
A Yeah. John I know issues an annual sedimentation report. I don't always get a chance to read it. And I know that they try to periodically measure the sediment ranges to try to judge how the sediment is impacting at a minimum the area capacity of the dams and the reserviors. It's more of an impact on the smaller reserviors like the ones around Omaha.
Q And do you know what work is done to monitor sediment on the tributaries to the reserviors?
A Yeah. They kind of do the same range lines that they would do on the main stem. They do them on the tributaries to try to assess the sediment increase and what the rate is. And then that also goes into calculating the area capacity for those reserviors.
Q So it's your understanding that the capacity of the reserviors is affected by sedimentation?
A It depends on the reservoir and the amount of inflowing sediment. But yes, it would -- a lot of the reserviors were designed to have a certain amount of sediment capacity that was expendable so to speak,

that could be filled by sediment.
Q Have you done any sedimentation studies?
A No. But when I did my thesis, I did try to run HEC-6 for that. So --
Q This analysis?
A An HEC-6 analysis. It's a sediment transport model.
Q You did that as a part of the aggradation study?
A For my thesis when I was going back to school.
Q I'm sorry. I missed that.
A Sorry.
Q Does sedimentation have any bearing on the hydraulic analyses that you do?
A Yeah. A lot of time if there's a sediment component to our study, we'll try to include the Channel Stablization and Sediment Section, and we'll work with them. Say like if we're designing a levy and we think there's a sedimentation problem, we'll have them give us a forecast on what they think it's going to be at different points in time, and we'll change that in our model to try to see what that does to the water surface elevation.
Q So you have a sedimentation input into the



modeling?
A Yeah. There's some studies where we've gone in and they've given us a forecast so we can look at how the area and the channel capacity has been reduced and like increase the height of the levy or the amount of buyout when we would buy homes or properties.
Q When you say "they," who are you referring to? You said "they've given us" --
A Oh, it would be the Channel Stablization and Sedimentation Section.
Q Do you ever get recruited by the Sedimentation Section to assist with their work?
A Yes, we actually have. We've had a couple members help them with a couple sediment studies. But a lot of their restoration activities as well as far as environmental restoration along the Missouri, we've been proactive with that.
Q From your testimony and from your biographical information, it appears that most of your work revolves around flooding. Is that a fair assumption?
A Yes.
Q How does sedimentation enter into your studies and analyses and modeling of flood events and



flooding within the Omaha District?
MR. GETTE: Could you read that question back?
(Pending question read back by the court reporter).
MR. GETTE: Objection; breadth.
THE WITNESS: It kind of depends on the study. But if we had a study where we knew sedimentation was a problem, we would work with them to have them determine the forecast, what future sediment might do to the cross-section, and we'd put that cross-section into our model to determine the impact on the water surface elevation so we could appropriately design whatever flood control measure we were doing. Or if we were just doing a floodplain analysis, we could reflect that in that analysis.
BY MS. SNYDER-VARNS:
Q So the center of work with sedimentation in the basin is the Sedimentation and Channel Stablization Section of the Hydrologic Engineering Department or Division?
A Yeah, they're responsible for the annual sedimentation reports and overseeing the entire sediment program.
Q And when you say they give you input into



your modeling on a particular project if sedimentation is an issue, what kind of information do they give you?
A Again, they would run like a model, like HEC-6, and try to forecast what the impacts are to the channel cross-sections, you know, does the channel degrade, is it filling in, are the overbanks filling in. And then we would go in and modify our cross-sections to reflect that change so then we could identify the water surface profile change for whatever we were analyzing.
Q So you input your own data it sounds like?
A Yeah. They'll kind of tell us like in this reach, you might expect two foot of aggradation in the overbanks, and so we'll go in and raise that in our RAS model. Yes.
Q So it is an element or a factor in the work that you do with the flooding modeling?
A It can be.
Q What percentage of the time is it?
A It's probably pretty low. We probably only had a handful of studies where we've done that.
Q So most of the time then your modeling of the flooding or the work that you do is a different thing from addressing sediment issues in the Omaha

District? It's completely different?
A Most of the time, yeah. We are usually involved where communities have flood problems and are asking for Corps assistance. We're involved in that or doing planning type water resources studies.
Q Now, your testimony today has been about water surface elevations exist and are modeled in the basin; is that a fair, broad conclusion?
MR. GETTE: Objection.
THE WITNESS: I think it's mostly pertaining to the Moreau. But a lot of the techniques we use are -- well, the techniques are similar. We usually try to get a little bit better geometry.
BY MS. SNYDER-VARNS:
Q I guess what I'm talking about more is that you deal with flooding which is -- and the movement of water, and the Sedimentation Section deals with the aggradation and degradation caused by sedimentation within the system; is that fair?
A Yeah, that's where the lines are drawn between the two sections. When it gets into the sedimentation studies, they're really responsible. They may ask us to help them out on occasion.
Q And one of the effects of sedimentation in



a lake or a river is to raise water surface elevations. It can be, can't it?
MR. GETTE: Objection.
THE WITNESS: If there's like a delta formation and filling in of the channel, yes.
BY MS. SNYDER-VARNS:
Q And the back water effect is also an increased water surface elevation, isn't it?
MR. GETTE: Objection.
THE WITNESS: I guess -- could you state that again?
BY MS. SNYDER-VARNS:
Q Well, my understanding is that sedimentation accumulates in the headwaters of the reservoir and then the back waters where tributaries enter, the six main stem reserviors --
A And --
Q Go ahead.
A No, go ahead.
Q My understanding from John Remus, with the back water areas, you have increased water surface elevations; right?
A Yeah, if the delta has filled in the channel, it takes awhile because you've lost that capacity for those profiles to converge back again.



So yeah, you'll have some impacts. Yes.
Q And another impact of sedimentation is loss of reservoir storage capacity? Were you aware of that?
A Yes.
Q And if you have a loss of reservoir storage capacity caused by sedimentation, would that sedimentation force up the water levels, water surface elevations?
MR. GETTE: Objection.
Go ahead.
THE WITNESS: It could. But I know on all the main stems we had reserved an amount of storage capacity for sedimentation.
BY MS. SNYDER-VARNS:
Q So the Omaha District can discharge from the reserviors to compensate for that?
MR. GETTE: Objection.
THE WITNESS: For --
BY MS. SNYDER-VARNS:
Q You have a reserve in the pool levels. What do you mean by that?
A When we look at the volume behind the dam that's available for flood storage, we have an elevation or below where we say, you know, that's



dead storage, it's going to be filled by sediment over time. And then a lot of times we have like a minimum goal we try not to go below anyway, so a lot of times it doesn't affect any of the flood routings on the larger dams.
Q What effect does the higher surface elevations for flows entering the back water reaches of the pools have on the tributaries?
MR. GETTE: Can I have that back, please?
(Pending question read back by the reporter).
MR. GETTE: Objection; asks an assumption that isn't necessarily accurate.
THE WITNESS: Can you reread that again?
MS. SNYDER-VARNS: I'll rephrase.
BY MS. SNYDER-VARNS:
Q The back water areas of the pools have -- or tend to have higher water surface elevations according to John Remus' testimony yesterday.
Now, in your dealing with hydraulics and the movement of the water, when a tributary enters the reservoir and the water spreads out at the delta and slows down, how does that affect the tributary

upstream of the delta?
A The delta will impact the back water, but you can also get some impact from a pool elevation, you know, that the tributary is not used to. It takes a little while for it to get back to where it would have been without the pool being there. So there's a region in there where you have a back water effect. So yeah, there's that region in there either from a pool or from the delta as well that you can get back water impact before it kind of comes back to the normal depth I guess of the stream.
Q And apart from -- or upstream of the back water area, would there be what's known as a transition zone? Do you know what that is?
A I think that's actually what I was talking about. You'll have that transition zone either coming out of a pool or because of a delta where the water surface is higher than it would have been without that pool, and so it has to kind of converge back to where it would have been. So there's like a transition zone in there.
Q And in the transition zone, what dynamic exists as far as the water surfaces?
MR. GETTE: Objection.
THE WITNESS: The dynamic is -- well,



boy, I don't know. Can you be more specific on that one?
BY MS. SNYDER-VARNS:
Q When the water from the tributary comes into the back water area, it does what?
MR. GETTE: Objection.
BY MS. SNYDER-VARNS:
Q What happens in the transition zone?
A I guess what I'm doing, I'm getting -- I'm not sure if I understand you because, you know, a lot of times we'll call our RAS a back water model. But there is that transition zone from that level pool back into where you would get to your normal back water water surface profile. So the dynamic is that the water's coming down and it's seeing this larger area and spreading out, and so you'll get a small water surface increase in that transition zone, and that zone can sometimes be controlled by the slope of the stream.
Q Did the Sedimentation Section give you sediment information for the aggradation study that you did?
A They provided the cross-section geometry at the range lines that they had surveyed.
Q Anything else?



A I don't believe so.
Q You mentioned that with some of the other studies that you did they would tell you, well, you can anticipate such and such here, so include that in your model. Did they do anything like that here?
A No. Usually on those studies, they've run some type of sediment transport model and had been able to estimate that. So that wasn't done as part of our study.
Q I'm showing you Exhibit No. 6. Can you identify that?
A Yeah. I believe that's the sedimentation analysis that the Channel Stablization and Sedimentation Section prepared.
Q Have you read that?
A Yes, but it's been a little while.
Q What do you know about this study?
A That they did a -- they looked at the range lines they had taken over time and looked at how the cross-sectional area and channel sections had been reduced and how far upstream they were.
Q Was this study completed before you did your study?
A Yes, it was.
Q Was it available to you when you did your



modeling?
A Yes, it was.
Q How did that factor into your modeling, if at all?
A They identified certain range lines where a cross-sectional area had been reduced. Other than that, we just used the cross-sectional data from this.
Q So you just used the same data?
A Yes.
Q Did you interact with John Garrison at all with respect to this study when you did your modeling?
A Well, first, Neal interacted when they went on the field trip together. And then if we had any questions concerning the cross-sections, we interacted, where the data was located and how we could get access to it, or to verify that there wasn't more recent data.
Q Did you have any input into the preparation of the sedimentation study?
A No.
Q What do you know about the 1997 flood event on the Moreau?
A Not much. I spent that time in Sioux

Falls, so --
Q Did you learn about the 1997 flood event in the course of preparing your aggradation study?
A Yeah, we learned a little bit at that time, yeah, as far as the discharges and that there was possibly some ice jam effects.
Q And what you learned is contained in the report?
A Yeah. There didn't seem to be a lot of readily available information.
Q And that what you got was from the FIS study or -- I'm trying to recall --
A I'm not sure they had much data on the '97 flood. But --
Q The records from the USGS indicate a flood event in 1997. Were those the gauge readings?
A Yeah. I think we looked at the published USGS book to get that.
Q What published USGS book?
A I don't know if they do them anymore, but they used to publish an annual record of the gauges by state.
Neal actually got that information. I'm assuming that's where he got it from. He may have gotten it from the web as well.



Q Are records kept of flood events and flooding by the Corps as opposed to USGS?
A The only data we usually collect are the high water marks that are collected. And if the flood event is severe enough, we'll write a post-flood report. Otherwise, a lot of the gauge data, and they'll occasionally go out and do water surface profiles as well, are done by the USGS, although we do share some gauges with the GS.
Q Was a post-flood report done for the 1997 flooding?
A Yes, it was.
Q And what did that include?
A I believe it concentrated mostly on I believe downstream of Gavins. It probably included some data on the Sioux Falls and the James River, the Big Sioux River, a lot of the rivers that were having flooding during that time period.
Q Who prepared that?
A It would have been the Omaha District. It was probably a joint effort between a number of sections.
Q Which would have included what sections?
A It would have included Hydraulic, Hydrology, and probably Water Control in this



branch.
Q Did you see that report?
A Yeah, I believe we have a copy.
Q Would you provide me with a copy?
A I need to get a list of things I need to get for you.
Q You can get that from your deposition transcript.
A Okay. I'm up to two now, so --
Q Are you aware of any flood events on the Moreau prior to 1997?
A I don't believe so.
Q Did you participate in any response to the 1997 flooding on the Moreau?
A Not on the Moreau.
Q You were in Sioux Falls?
A Yeah. I spent like six weeks there.
Q I'm so sorry.
A It's actually a nice town.
Q Do you know if the Corps responded to the '97 flood on the Moreau?
A I don't know of anything directly. I've just heard some comments about that.
Q What have you heard?
A I think I've heard that somebody had a trip



report that they wrote when they went up to meet up there. But that's about all I really know.
Q Do you know who that was?
A I think I heard the names Jack Rose and Dave Vader.
Q Do you know those gentlemen?
A Yes, I do.
Q Are they still with the Corps?
A No.
Q They retired?
A Jack is retired, and I believe Dave left for another job.
Q In the course of your work, did you ever have any reason to know what caused the flooding on the Moreau River?
A I guess to be simplistic, it's usually either rainfall or snow melt.
Q Do you know about what caused the flooding on the Moreau in '97?
A I guess I don't specifically know. But usually if we have a flood event, it's usually rainfall, snow melt, or a combination of the two. And I guess assuming that there was reported ice jams, it could be a combination of those.
Q But you haven't been asked to do any

modeling or studies of the flood event on the Moreau in '97?

A You mean to try to duplicate the 1997 flood event or --

Q To determine what the causes were, what the impacts were, anything other than the study that you did that covers aggradation on the Moreau generally?

A No, we haven't been asked to do any other studies on the Moreau.

Q And it's my understanding that the flooding in '97 was widespread throughout the main stem system?

A Yeah, we had a number of tributaries, not all of them on the main stem, but some even down below that had a heavy snowpack. I kind of recall snow water equivalents in the three- to five-inch range, which is pretty heavy, and with the possibility that they could melt rapidly because they were lingering on into late March.

Q And is it your understanding that the pool levels in Oahe were high during the 1997 flooding?

A Yeah, I understand that they were up around 1617 or something like that. But I don't -- I guess I'm not that familiar with the pool record up there, what the pool record is up there. I know it's never



been above 1620 for sure.

Q And where do you get your understanding that it was at about 1617?

A I think I read that somewhere.

(Discussion had off the record).

BY MS. SNYDER-VARNS:

Q You've already talked a little bit about ice and ice jams within the main stem system. Can you define an ice jam?

A Typically an ice jam forms after you've had extended cold weather where you've had significant ice formation to get thicknesses, depending on the stream, probably in excess of 12 to 24 inches, but we've even had streams that have gotten as thick as five feet. And then when you get a breakup in the Missouri River, it's kind ever interesting that a lot of the streams flow south to north, so you can get melting in the headwaters of the stream prior to the ice moving out on the downstream. So you'll get some water coming in, and the ice hasn't moved out yet, and it will break kit and it sometimes forms jams. And those jams usually form in slack water areas like at confluences of tributaries -- or they can form in slack water areas like confluences of tributaries, maybe upstream of bridges or coming into reservIors.



Q Where on tributaries do they tend to form?

A On the tributaries, it would be in those slack water areas. Sometimes if you have a confluence with a large tributary, the stream will reduce its slope slightly and create kind of a slack water area. That's what goes on out here at the Platte and the Elkhorn. That's a historic area for ice jams. Or sometimes at bridges. The bridge has enough restriction that it will cause kind of like a little pooling effect during some events and cause a slack water area.

Q What happens when ice jams form?

A What happens is the ice isn't able to be transported anymore and the ice blocks kind of form together to create kind of a mass, and it ends up blocking quite a bit of the capacity of the channel. And even with a low winter discharge, you can get a really relatively high stage if it's a sufficient blockage of the channel.

Q So it raises the water levels behind the ice jam?

A Yeah, it's not uncommon to have a relatively low flow on the river with a sufficient ice jam, specifically maybe even a grounded jam that can't move and there's not much room underneath it to



create water surface elevations in excess of like a hundred-year open water flow.

Q And what causes them to give way other than the water that you described coming downstream?

A They can deteriorate in place if they're left there long enough, the sun and the weather. The water that's flowing has some heat in it that's given off to help melt. And then -- that probably isn't appreciable. But then also given the situation, the flow could maybe actually force the jam to break, and they call it a run as it runs downstream.

Q And that was my next question. So what happens when the ice jam gives way?

A Usually you'll get an ice jam run. And that's where those blocks or chunks of ice break loose and are carried downstream until they're either carried free or they may form another jam in another location.

Q Do ice jams cause problems?

A They can, but they don't always have to.

Q When they do, what kind of problems do they cause?

A Because of their reduction in the channel, then we'll get a much higher stage, and it can sometimes happen very rapidly, in a matter of

minutes, and so you'll flood an area that typically wouldn't have been flooded with that discharge.

Q You've talked about the CRREL database for ice, and you've talked about the high watermark database, and that the information kept in these databases is sometimes used for modeling ice jams.

How many ice jam models have you been called upon to prepare?

A You're testing my memory.

Q Just an estimate.

A It's probably less than ten --

Q Okay.

A -- of actual ice jam models.

Q What about the section, the Hydraulic Section?

A Maybe as many as 20 to 30.

Q Since you've been there?

A Yes, since I've been there.

Q Anybody else in the Omaha District that does ice jam modeling?

A Yeah. Actually Roger Kaye used to when he was in our section.

Q And where did you say he was now?

A He's in the Hydrology Section.

Q Does he still do ice jam modeling?



A He doesn't get called to do a lot of the actual modeling, but he's still kind of considered one of the more experienced modelers, so I'll ask him questions on models.

Q If you ask him questions frequently about ice jams, why is that?

A Well, for one, he assisted CRREL with setting up the ice jam database I believe in a number of states. And he also did a number of ice jam models and has the experience of having worked with CRREL during that ice jam database setup period.

Q Do you frequently have ice jam questions for him?

A No. I guess typically we would ask him -- you know, maybe bounce off things to see if it was reasonable or something once in a while.

Q Have you observed any trend at all in ice jams on the tributaries in the basin?

A I guess I haven't really seen a trend. You know, we haven't had very many here lately because it's been so warm. We usually only have problems when we have the colder weather that's extended.

Q Does sedimentation in the reservoirs have any effect on ice formation or movement?

A I guess -- I don't know if I have enough



experience to answer that question. I know John has contracted some studies with Iowa to look at interaction of -- Iowa University to look at the interaction of sediment in ice jams. But other than reading reports, I haven't really experienced much of that.

Q John Remus?

A Yeah, John Remus.

Q How does aggradation in the tributaries affect ice jams?

MR. GETTE: Objection.

THE WITNESS: You know, I guess I'm not really sure if it does or not. Usually it's -- from my experience, it's been controlled by these slack waters which would be maybe more controlled by the pool elevation or the tributary lower slope or the bridge has been my experience.

BY MS. SNYDER-VARNS:

Q Other than what you've told me about the ice information you obtained and didn't obtain for the aggradation study, do you know anything else about ice jams on the Moreau River specifically?

A I believe in the last year or so I've discovered that CRREL has maybe more information in their office than what was on the database.



Q How did you learn that?

A I'm trying to remember who told me that. I had some conversations with Kate. I'm not sure. It might have been her. I guess I don't recall.

Q What information does CRREL have at its office that isn't on its database?

A I guess that's kind of secondhand, so I don't really know specifically. I've just heard that I guess.

Q And when you say "Kate," who do you mean?

A Kate White. I'm sorry.

Q And is she within your section?

A No. She works at CRREL.

Q Okay. Does the Corps do anything to remove an ice jam?

A After the jam has been formed?

Q Yes.

A Typically in our District we haven't done that. A lot of the groups we deal with like to dynamite them once they've then formed, and there's some liability questions that the Corps doesn't like to get involved with. So we have been active though on the Platte with using our advanced measures to ice dust to try to weaken the ice before it's melted. I think we've done that two times.

Q To do what?
A We will dust the ice. In other words, we put a darker material on it that will absorb the heat and help melt and weaken the ice. That's what Roger Kaye is the expert on. He's been involved with both of those, the more recent ones.
Q In your work with hydraulics and water movement, how does that impact vegetation growing along the shores of the reservoirs and the tributaries?
MR. GETTE: Objection.
THE WITNESS: How does my work --
BY MS. SNYDER-VARNS:
Q How does vegetation enter into the work that you do in hydraulics?
A Vegetation would be considered in the roughness of our model. Like grass is a lower roughness than, say, like shrubs, and then that's lower than trees, and that's lower than dense forest. And we'll try to estimate that impact that way in our models.
Q And you said with this aggradation study, you estimated higher roughness due to vegetation?
A Well, what we did was we -- you know, we didn't have time to access the whole channel, so we



just had some locations where we had pictures and we estimated a roughness based on the vegetation at those locations that we used throughout the model reach.
Q And what was that roughness?
A For the channel it was .040, and then for the overbanks it was .080. And we used that in both the pre-dam and post-dam condition because we didn't have any information to the contrary at that time.
Q You used the photograph information?
A From Neal Voll's field trip and his experience up there.
Q You didn't have aerial photographs?
A I don't believe we had any that were readily available. To do a really good job, we would have wanted aerials recently and pre-dam condition. But I don't think it would have been appropriate to do it for one and not the other.
Q Would it change -- would the roughness estimate change your model significantly?
A It has the potential that it could. It kind of depends on the magnitude of the change and the reaches that it's changed in and whether it's up or down.
Q If I recall, the roughness estimates were



you said just recently .04 to .08. If you doubled those values, how would it change your model?
A It would probably raise the water surface elevations significantly.
Q Have you used independent values higher than .08 in modeling?
A Yes. Actually we've had -- in heavily treed areas or heavy brush areas, you can get up as high as -- or even in residential areas you can get up around .15.
Q What's the highest n-value you've used?
A It's probably in the .15 range.
Q Do you know anything about the vegetation growing in a floodplain along the Moreau?
A Not firsthand, no.
Q How do you know?
A I just remember reading some things in some of the correspondence about claims that the vegetation has changed up there.
Q Are you aware of any studies being done on the vegetation changes up there?
A I believe some of the expert witnesses for us are doing those, but I'm not knowledgeable on that.
Q None that the Corps has done apart from the



experts?
A No, I don't believe the Corps has done any.
Q Who does work with vegetation in the Omaha District?
A You mean as far as --
Q Well, weeds are a problem along the shorelines, particularly in drought. Who deals with that?
A A lot of the times if there's complaints like that, I believe the project offices will try to respond if they have adequate manpower and funding. And then we do have some biologists that when we are doing studies can do some habitat studies as far as trees and brush and things like that, not only to restore but what are nuisances. But usually they'll work closely with somebody local to the area.
Q Other than determining the n-values in your aggradation study, who did you talk to about vegetation along the Moreau?
A As far as determining the Manning's n-values, it was pretty much just based on Neal's site visit.
Q Do you know where he got his information about the vegetation?
A It would have been from his experience and

then the pictures. We would look at some of the pictures and discuss it together.

Q Does sedimentation affect vegetation growing in a floodplain of a river?

A It can. Sometimes it will bury vegetation; sometimes it will bring in different types of vegetation.

Q Do you know whether any of Plaintiffs' lands along the Moreau have been impacted by sediment attributable to Oahe?

A Usually what we do is we usually just identify the increase in water surface elevation and the frequency. And then if we're actually doing a study, we'll turn that over to Real Estate to determine if there's been an impact or taking or whatever. We usually just identify the water surface elevations and the frequency.

Q You don't deal with the effects of the changes?

A No.

Q Do you know what real estate claims are?

A I believe so.

Q In the Government's answers to Plaintiff's interrogatories in this case, we asked the government to identify all water surface modeling performed or



prepared by you, the government, on all tributaries of all pick zone project reserviors. And the response was this list. And I can see that at least some of this water surface modeling was generated by real estate claims.

Is that true for the water surface modeling that you do, or any of it?

A You mean in general?

Q Yeah.

A Most of the time we're requested to do a lot of our water surface modeling in response to a flooding problem. The claims are much less frequent, the claims that we do.

Q So most of the modeling that you do is flood related as opposed to responding to real estate claims?

A Yeah. Like I personally have only worked on two or three of these is all.

Q Who would have done -- there are one, two, three, four listed here. Who would have done the water surface modeling in response to the other claims?

A I'm not sure. It may have been -- I guess I don't have knowledge if we didn't do them or not, but I know a couple of them were done by contract.



And I'm not sure if the other ones were done in-house by John Remus' section or not. I guess I don't really know who did them all other than the ones I was involved in.

Q So water surface modeling is performed by other than the Hydraulic Section?

A Yes.

Q Who else does it?

A Well, ocassionally we'll contract it, and then occasionally we'll cross-stream through the branch. And so if we're busy, we'll have people from other sections do it under other supervision.

Q What other people do it under your supervision?

A For claims or just normal modeling?

Q Both.

A As far as the claims that we've been asked to model, it was done internally by us. And then for other claims we've had people in all the other sections model for us other than for the claims.

Q All of the other sections of the Hydrologic Engineering Division?

A Will help us in the normal workload, not for the claims.

Q Beyond the modeling, what involvement have



you had with real estate claims?

A As far as claims -- say that again I guess.

Q Apart from the modeling that you do in response to real estate claims, what else do you do in response to real estate claims?

A As far as the claims, we usually are just involved in the hydraulic modeling.

Q Have you had a role in investigating Plaintiffs' claims in this matter?

A Other than doing the modeling we did, we haven't really had much role other than gathering some data.

Q What data?

A We were asked to supply like gauge data; we searched for bridge data; I believe we collected some Oahe record pool elevations; and I think I got them in contact with Kate and some of the efforts she's doing.

Q At CRREL?

A Yeah, Kate White at CRREL.

MS. SNYDER-VARNS: I believe that's all the questions I have for you.

MR. GETTE: I have a few questions, but let's take a quick break.

(4:30 p.m. - Recess taken)

(At 4:40 p.m., with all parties present as before, the following proceedings were had, to wit:)

CROSS EXAMINATION

BY MR. GETTE:

Q Mr. McClenathan, I'd like to have you look at Exhibit 7. I have a few questions regarding this exhibit.

First, in the first paragraph in the second sentence, the report says that this analysis was conducted as part of a problem identification phase. What did you mean -- or what did your section mean when you wrote that this was part of a problem identification phase?

A Again, that's probably a little bit of a -- there needed to be a little wordsmithing. Problem identification we usually identify with we do deferral phases of studies in our normal civil works project, and the first one is a reconnaissance phase. And what we do is we'll do kind of a problem identification with readily available existing information. We'll usually try to get new information. That's kind of the way the guidelines are listed. So that reflects that it's kind of a -- I don't know if I want to say quick study, but not a real detailed study just using ready available



information.

Q Is it fair to say that in a reconnaissance study, you're only trying to determine the potential for a problem?

A Yes. What we're trying to do is to determine if there's a problem that should maybe be carried on in a more detailed study and maybe help direct how that study's done.

Q Now, I'd like to talk about some of the data that was used to conduct this study.

You relied upon surveys at certain range lines; is that correct?

A Yes.

Q How many range line surveys did you have for this study?

A I believe we had available range line data for one, two, three, four, five, about six cross-sections, but a lot of them had only channel cross-section data.

Q What did you do in the instances where you had only channel cross-section data?

A We supplemented that data with either the War Department, about 1945, 1947 maps, as well as the USGS quad maps around the late 1950s.

Q How far apart were the range lines spaced?



A I know I did something that even on average it was about almost two miles, but I know there are some that are farther apart than two miles.

Q What is the impact of the distance between range lines on your model?

A For a more detailed model, you want to have cross-sections that are closer together, because if, say, one of the sections isn't representative of the reach, it will carry that impact farther upstream as it averages the what we call conveyance between the cross-sections. And so for one, having them so far apart, it kind of affects the detail of the model and it greatly increases the uncertainty.

Q Can you say how significantly the distance between the range lines impacted the uncertainty of the model?

A I don't know if I can give a specific range. But, you know, we would typically want to have them two to three thousand feet apart. So to like determine impacts and stuff, it greatly increases the uncertainty of being able to determine where water surface profiles are no longer affected.

Q Would inaccuracies in the cross-section surveys impact the results of the model?

A Yes. Yeah, that's one of the two big --



two factors that are included in determining uncertainties, is cross-section survey or accuracy of it.

Q You said there are two items that impact under the uncertainty, and one was the cross-section accuracy. And the other was what?

A It's the Mannings' n-value estimation.

Q When you run the HEC-RAS model, how far downstream do you prefer to have information from the reach of the river that you're attempting to study?

A We typically like to start at least one mile downstream if not two. And with a cross-section spacing of two to three thousand feet, that would give you a number of cross-sections to where if you had made, you know, some minor difference in the starting water surface, it would be -- all the profiles should have converged by then, plus your model should be well behaved by the time you get to your area of interest.

Q And in the model that was run for the study that is Exhibit 7, did you go downstream at all from the study area?

A Our first cross-section I believe was just downstream of the new Promise Bridge.

Q So were you able to go down one to two

miles as you would have preferred?

A No. We would have preferred to have gone probably even one or two miles downstream from the old Promise Bridge. That probably is what we should have done.

Q I'd like to ask you some questions about the topographic maps that you used for the model.

I believe that I understand that above a certain range line, certain topographic maps were used and below a certain range line other topographic maps were used; is that accurate?

A Yes.

Q Can you tell me where that dividing point was?

A I believe at the last cross-section where we had range information, M-59.2, downstream from there, to supplement the channel geometry that was surveyed, we used either the War Department maps, which were around 1945, or the USGS quad maps. But upstream from there, we did not have any coverage by the War Department maps, so we basically used the cross-sections from the quad maps because that's what was used in the FIS study. So the cross-sections from -- starting at I think it's 139770, there and upstream were actually the same in both pre-dam and



post-dam models.

Q Okay. So let's start there.

Above 59.2, you said that the topographic maps used in both the pre-dam model and the post-dam model were exactly the same?

A Yes.

Q And what about below 59.2?

A Below 59.2 we used the appropriate channel survey dated for either pre-dam or post-dam. And then we supplemented in the pre-dam model with the War Department surveys, which in our report are listed as 1947. And then for the post-dam we used the more recent USGS quad maps which we estimated the date at 1959.

Q Did you later find that the 1959 date was inaccurate?

A Yeah. We were told that the dates probably ranged on the quads and were probably actually earlier than that.

Q So the topographic maps used in the post-dam model were actually dated before the dam was completed?

MS. SNYDER-VARNS: Objection.

MR. GETTE: Fair enough.

BY MS. GETTE:



Q Were the topographic maps used in the post-dam model pre- or post-actual construction of the dam?

A Based on what I was told -- I haven't ever really verified this -- the aerial photography was taken in the early fifties, so it would have been pre-dam contours.

Q So is it fair to say then that below 59.2, the pre-dam and post-dam topographic mapping were both from pre-dam construction -- let me say that again.

Is it accurate to say that the topographic maps used below 59.2 in both the pre-dam model and the post-dam model were from a period that predated the construction of the dam?

A That's my understanding, yes.

Q What were the interval spacing on the topographic maps that were used in the model?

A It was a ten-foot contour interval I believe.

Q What intervals are most desireable for modeling using the HEC-RAS model?

A Studies done by the HEC, Hydrologic Engineering Center, indicate, you know, the more accurate the mapping, the less your uncertainty. We



tend to want to get if we can somewhere between a one-foot and a two-foot contour map or field surveys.

Q What happens to the confidence level of the model when the intervals rise from the range of one to two feet to ten feet?

A When I looked at our guidance on this -- we have some guidance given that if your model is calibrated or not calibrated well or just average. And the guidance only goes up to like the five-foot contour interval. But I believe it goes from like 1.2 to 1.5 or 6 for going from like field surveys to a five-feet contour map. And that's a standard deviation.

Q So the standard deviation increases from 1.2 to 1.5 if you go from a one-foot contour to a five-foot contour?

A That's correct.

Q I'd like to ask you a few questions about the bridge information that was relied upon to run the model.

Did your analysis include reaches of the river above the White Horse Bridge?

A Yes, it did.

Q Did your analysis include the White Horse Bridge?

A We were unable to readily find any information on the White Horse Bridge, so we did not include that in the model.

Q Did you include any information in the model -- in the pre-dam model for the old Promise Bridge?

A The old Promise Bridge, we couldn't readily find information on that either, and it was not included in the pre-dam model.

Q Did you use a constant roughness throughout the reach you were studying in the model?

A Yes. For the pre-dam and the post-dam we used the constant channel roughness of .040, and for the overbank a constant channel roughness of .08.

Q Does the HEC-RAS model allow you to vary the roughness over the reach of the river that is being studied?

A The HEC-RAS model allows you to vary the reach -- or the n-values from section to section as well as horizontally across the section or vertically in the section.

Q Why did you not vary the roughness in the model that was run for the report that has been marked as Exhibit No. 7?

A We didn't really have readily available



aerial photography of existing or pre-dam conditions. And we didn't really have access to the whole river, so we just kind of estimated an average n-value.

Q In your previous testimony, you said that the roughness value is set based upon observations by Neal Voll during his site visit; is that correct?

A Yes. We used his experience out there and the photographs -- or his experience from the trip and his photographs to kind of jointly estimate an n-value.

Q In terms of Neal's experience in the type of work that went into doing the model, at that point in time in his career, how much experience did he have?

A He had been on the Department of Army intern rotation. And this was one of the first studies when he came into this section.

Q When your section ran the HEC-RAS model that resulted in the report that's been marked as Exhibit No. 7, did you use the same or different river miles for the range lines in the pre- and post-dam models?

A For determining the reach lengths in the model, we used the river miles from the range lines, and we did not vary them from the pre- and post-dam



models.

Q How likely is it that the reach lengths between the range lines remained the same between the pre-dam and the post-dam periods?

A Being as it's kind of a meandering river, and it's been kind of pointed out to me that some of the meanders have been cut off, it's probably changed.

Q In your previous testimony you indicated that the anomaly of convergence followed by divergence as you moved upstream was unusual -- strike that. Let me start here. It's easier.

Did you calibrate the model?

A We did not really calibrate the model. You know, we didn't have the White Horse Bridge in the model, so we weren't sure that trying to calibrate up there would be appropriate. And then the only other data we had was the old Promise Bridge, and our model did not extend that far downstream.

Q What is calibration of a model?

A Calibration is where we look at historical water surface elevations whether at a gauge or measured in the field to try to see if our model is accurately duplicating historic events.

Q So is it fair to say that calibration



tests the accuracy of the model?

A Actually, kind of what we do is we'll try to calibrate to try to show that we're accurately -- if we have enough data, we'll try to calibrate first to duplicate an event, and then we'll try to verify it to try to duplicate another event if we have that kind of information.

Q Would you consider a calibration an important step in modeling if you want accurate results from the model?

A Yes. We're kind of moving into uncertainty analysis on our designs. And HEC, again, has done this study that the difference, if you have like field surveys, between a calibrated and a non-calibrated model can be like from .3 to 1.2 feet standard deviation. So it can make quite a bit of difference.

Q Were there -- did you experience data limitations that impacted your confidence in the results of the model?

A Yes. Because we only had those channel surveys at the range lines, the spacing was -- for a more detailed model, it would be kind of excessive. And it would have been nice to have had overbank surveys instead of using the quad maps.

Q If you turn to the third page of the report, you have an "Analysis and Summary" section.
As I understood your previous testimony, you said that you didn't want to provide a conclusion in this study; is that correct?
MS. SNYDER-VARNS: Objection.
BY MS. GETTE:
Q You can answer.
A Yes.
Q Why did you not want to provide a conclusion?
A Because of the behavior of the model and the cross-section spacing, I wasn't confident that the impacts were filled up as far as the model was showing -- or I'm sorry -- the increased water surface elevations were as far upstream as the model was showing.
Q Did the model include ice jams?
A No.
Q Did the model include ice cover?
A Yeah. We modeled the floating ice cover for the pre-dam and post-dam conditions.
Q Are the dynamics of ice cover and ice jams different?
A Yeah, they can be very different depending



on the type of jam.
MR. GETTE: That's all I have.
MS. SNYDER-VARNS: I have no further questions.
(5:00 p.m. - conclusion of deposition.)



CERTIFICATE OF REPORTER

STATE OF NEBRASKA )
) ss.
COUNTY OF DOUGLAS )

I, SUSAN M. McKENZIE, General Notary Public within and for the State of Nebraska, do hereby certify that the foregoing testimony of JEFF MCCLENATHAN was taken by me in shorthand and thereafter reduced to typewriting by use of Computer-Aided Transcription; that the foregoing one hundred thirty-five (135) pages contain a full, true and correct transcription of all of the testimony of said witness to the best of my ability;

That I am not a kin or in any way associated with any of the parties to said cause of action, or their counsel, and that I am not interested in the event thereof.

IN WITNESS WHEREOF, I hereunto affix my signature and seal this 8th day of September, 2006.

____________________________
SUSAN McKENZIE
General Notary Public

MY COMMISSION EXPIRES:



IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CHEYENNE RIVER SIOUX ) CIVIL NO. 03-600-L
TRIBE, ET AL., )
)
PLAINTIFFS, ) DEPOSITION OF
) JEFF MCCLENATHAN
VS. )
)
THE UNITED STATES OF )
AMERICA, ) TAKEN ON BEHALF OF
) PLAINTIFFS
DEFENDANT. )
________________________)

COST CERTIFICATE

I, SUSAN M. MCKENZIE, General Notary Public within and for the State of Nebraska, do hereby certify that the following costs should be assessed in the above-entitled matter to:

PLAINTIFFS
DEPOSITION OF: JEFF MCCLENATHAN
DATE TAKEN: AUGUST 24, 2006
AMOUNT: $ __________
DELIVERED TO: PAMELA SNYDER-VARNS
ATTORNEY FOR: PLAINTIFFS
DATE DELIVERED: _____ day of __________, 2006.

____________________________
SUSAN M. MCKENZIE,
General Notary Public

My Commission Expires:

September 8, 2006

MR. JEFF MCCLENATHAN
c/o Mr. James D. Gette
601 D Street NW
Washington D.C. 20004

Dear Mr. McClenathan:

You have elected to read and sign your deposition taken on the 24th day of August, 2006.

Enclosed please find a transcribed copy of your deposition. THIS IS A VALUABLE DOCUMENT, so please take a few minutes at this time to do the following:

1. Read your deposition thoroughly. Photocopying or other reproduction of this document without the expressed consent of Thomas & Thomas Court Reporters is strictly prohibited;

2. Make corrections only on the page entitled: AMENDMENT TO DEPOSITION. Do not make corrections on the Original Deposition or smaller condenses transcript.

3. Sign in the spot indicated as "Witness" on the page entitled "Amendment to Deposition" and have that page notarized by a duly licensed Nebraska Notary Public;

4. Please return the separate correction page with or without corrections within 30 business days to the office of Thomas & Thomas Court Reporters, 3861 Farnam Street, Omaha, Nebraska, 68131.

5. Failure to read, sign and return the Amendment to Deposition page within 30 days will result in delivery of the Original Deposition without signature, and the signature will have been deemed waived by the witness.

Sincerely,

Susan Mckenzie

cc: Pamela Snyder-Varns



AMENDMENT TO DEPOSITION

I, JEFF MCCLENATHAN, wish to make the following changes in the testimony as originally given:

| PAGE | LINE | SHOULD READ | REASON |
|---|---|---|---|
| ____ | ____ | ____________________ | ____________ |
| ____ | ____ | ____________________ | ____________ |
| ____ | ____ | ____________________ | ____________ |
| ____ | ____ | ____________________ | ____________ |
| ____ | ____ | ____________________ | ____________ |
| ____ | ____ | ____________________ | ____________ |
| ____ | ____ | ____________________ | ____________ |
| ____ | ____ | ____________________ | ____________ |
| ____ | ____ | ____________________ | ____________ |
| ____ | ____ | ____________________ | ____________ |

______________________
WITNESS

IN WITNESS WHEREOF, I hereunto affix my signature and seal this ____ day of __________, 2006.

______________________
GENERAL NOTARY PUBLIC

My Commission expires: