IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CHEYENNE RIVER SIOUX TRIBE, ET AL., ) CIVIL NO. 03-600-L
)
)
PLAINTIFFS, ) DEPOSITION OF JOHN GARRISON
)
VS. )
)
THE UNITED STATES OF AMERICA, )
) TAKEN ON BEHALF OF PLAINTIFFS
)
DEFENDANT. )
)

DEPOSITION OF JOHN GARRISON taken before Susan M. McKenzie, General Notary Public within and for the State of Nebraska, beginning at 8:40 a.m. on August 24, 2006, at the offices of the United States Corps of Engineers, 106 15th Street, Omaha, Nebraska.

APPEARANCES

ON BEHALF OF PLAINTIFF:
MS. PAMELA SNYDER-VARNS
Gunderson, Palmer, Goodsell & Nelson, LLP
American Memorial Life Building
440 Mt. Rushmore Road
Rapid City, SD 57709
(605) 342-1078 Fax (605) 342-9503
and
MS. TRACEY FISCHER
Cheyenne River Sioux Tribal Attorney
Box 1, Fort Pierre, SD 57532
(605) 223-9099 Fax (605) 223-9199

ON BEHALF OF DEFENDANT:
MR. JAMES D. GETTE
U.S. Department of Justice
Environment & Natural Resources Division
601 D Street NW
Washington D.C. 20004
(202) 305-1461 Fax (202) 514-8865
and
MR. THOMAS J. INGRAM, IV, Assistant District Counsel
US Army Corps of Engineers
106 South 15th Street
Omaha, NE 68102
(402) 221-7599 Fax (402) 221-4061

ALSO PRESENT: LINDA BURKE



INDEX

CASE CAPTION . . . . . . . . . . . . . . Page 1
APPEARANCES . . . . . . . . . . . . . . Page 2
INDEX . . . . . . . . . . . . . . . . . . Page 3
TESTIMONY . . . . . . . . . . . . . . . Page 4
REPORTER CERTIFICATE . . . . . . . . . . Page 112
COST CERTIFICATE . . . . . . . . . . . . Page 113
READ & SIGN LETTER . . . . . . . . . . . Page 114
ERRATA SHEET . . . . . . . . . . . . . . Page 115

DIRECT EXAMINATION
By Ms. Snyder-Varns . . . . . . . . Page 4
CROSS EXAMINATION
By Mr. Gette . . . . . . . . . . . Page 102

| EXHIBITS | MARKED |
|---|---|
| 8 - 2003 SEDIMENTATION REPORT | 18 |
| 9 - AGGRADATION AND DEGRADATION ASPECTS OF THE MISSOURI RIVER MAIN STEM DAMS (COMPLETE REPORT) | 42 |
| 10 - SERIES OF CHARTS | 101 |



(Whereupon, the following proceedings were had, to-wit:)

JOHN GARRISON
having been first duly sworn
was examined and testified as follows:
DIRECT EXAMINATION
BY MS. SNYDER-VARNS:
Q Would you please state your name for the record?
A John Garrison.
Q Would it be okay if I called you John?
A Yes, it would be.
Q My name is Pam Snyder-Varns. We met just a few moments ago. Have you ever had your deposition taken before?
A No.
Q I'll just run through a couple of ground rules that will make it easier for Susan, our court reporter here, to take down our words. Just remember to state your answers out loud as opposed to shaking your head or shrugging your shoulders. Try to remember to wait until I finish my question before you start talking, and I'll try to remember to do the same thing, because it's difficult for Susan to take down both of our words when we're speaking at the



same time. Also if you don't understand a question, I will rephrase it for you, so just let me know that. If you need a break at any time, just let me know.
A Okay.
Q Can you give me your business address?
A 106 South 15th Street, Omaha, Nebraska, 68102.
Q I take it that's a new address?
A No.
Q Just never write letters to yourself?
A Well, no. Yeah, it's right here. Yeah, you're right.
Q It's like calling home.
What is your profession?
A I work for the Corp of Engineers as a hydrologist.
Q And what is your education?
A I have a bachelor of science in Geology from Lake Superior State College.
Q When did you get that?
A 1982.
Q Did you do any postgraduate work?
A No.
Q Any certifications?
A What do you mean certifications? From

colleges?
Q A lot of times engineers will have certification and memberships --
A No.
Q Are you a member of any organizations of geologists?
A No.
Q And you're employed with the Corp of Engineers?
A Yes.
Q How long have you been with them?
A Since about 1983?
A I left for a short period of time but came back. So I have 27 years in I think with my military time.
Q And you say you left for a short period. Was that for military service?
A No.
Q What was that for?
A To take an air traffic control job.
Q And so you did that for a brief period and then --
A I went down to the training in Oklahoma, but it just wasn't for me.
Q I understand it's a very unique



profession.
A Yeah.
Q So you've been with the Corps for 27 years. When you started with the Corps, what did you do?
A My first job with the Corps was working in the lab.
Q What lab?
A The Corps lab. And it was analyzing sediment samples.
Q Where is that lab?
A It's over on 17th Street here in Omaha.
Q And you were analyzing sediment samples?
A (Nods head).
Q How long did you do that?
A I'm not sure. It wasn't a long time. Probably four months. Then I started working with the survey crew. And then I started working in hydrology, in the Hydrologic Section, probably 1984, '85, right around there. Been there since then. Been in this office for 20 plus years.
Q The bio that I read about you on the web says that you conduct hydrologic and hydrogeologic assessments of sediment deposition. Can you tell me the difference between those two and what they are?
A Could you repeat that? Could I see that?



Q Sure. It's right there (indicating). Did you write your bio?
A I don't remember. It's been quite some time. Hydrogeologic would be kind of a geomorphology, looking at the land forms. And then hydrologic would be looking at the water, the flow and the sediment deposition.
Q Did you get any training to perform these assessments?
A Yes.
Q What did that consist of, and when did you do it?
A It's been kind of on-the-job training. And then the Corps sends you to training once every two years or so. So over a period of time I've had different courses.
Q You also work with -- well, if you would tell me about hydrologic assessments. Have you done many of those?
A No. I'm usually in the field doing surveys. And then I've done some assessments of sediment deposition.
Q You've done more of those than the hydrologic assessments?
A Yes.



Q Tell me what the assessments of sediment deposition consist of?
A There's one below Garrison Dam that we just took a look at the cross-sections. And we run hydraulic elements, which is channel width and average bed. We take a look at the changes and make some -- and we look at the gauge station, and then we just make some assessments off them.
Q So you take a combination of data about the shape of the land, and then you also look at water levels?
A We take a look at the changes in the channel mainly, you know, because I'm usually dealing with a little bit of the overbank and then the main channel. And then we take a look at -- well, not so much water levels -- the historic change of the cross-section.
Q You talked about stages. And that's why I asked about --
A Well, then in stages, you have a gauging station, and you can take a look at the water surfaces at that point and see if they've risen or lowered for a certain discharge.
Q You also apparently have done some work with sediment yields.

A Yes, I've looked at some sediment yields. We do a survey of the reserviors. We have our cross-sections, and we can run a program, and it will tell us how much sediment -- or estimate how much sediment has come into the reservoir.
Q When you talk about cross-sections, you mean the range lines?
A Range lines.
Q Are they the same thing?
A Yes.
Q Other things mentioned in your biography include shoreline erosion, geomorphology and floodplain groundwater in the Omaha District.
What have you done with shoreline erosion?
A Some people have requested that they're losing the shoreline, they're losing some of their bank. So we will take a look at that and see if they have been or how much and try to estimate -- sometimes we try to estimate how much more they will lose. We use cross-sections or aerial photographs for that.
Q How many studies have you done on shoreline erosion? Can you estimate?
A Oh, 15 to 20 I suppose.
Q Okay. Channel geomorphology, is that some



of what you already told me about? Or what is that about?
A That's -- geomorphology is the change in land forms. So by the cross-sections, you're looking at the change of the land forms, sandbars.
Q What have you done with floodplain groundwater?
A We have some groundwater wells at various locations in the Omaha District, and we collect the data from them, sometimes once a month, sometimes once every two weeks, and then we store the data. And then we've looked at it in a couple cases, I think, you know, and seen what it's doing, is it lowering over time or rising over time.
Q How many districts are you talking about?
A Just the Omaha District. But there's -- I don't know -- let's see, right now there's probably only one location where we're collecting groundwater, but at some times there used to be probably six or seven locations.
Q You serve as Crew Chief on water surface profiles. What do you do in that capacity?
A They try to put -- as an example, Gavins Point dam, they try to put a steady discharge down below that dam. And we will all go out with a survey



crew and take measurements of the water surface as we go downstream.
Q What about hydrographic surveys? That would be surveying the cross-sections? And sediment investigations. Anything there that you haven't already discussed?
A No, I think we probably pretty much discussed them.
Q You're within the Sedimentation and Stream Bank Stablization Section or the Hydraulics Section?
A The Sedimentation and Channel Stabilization Section.
Q And is that the section in which you have worked the majority of your time at the Corps?
A Yes.
Q Who is your immediate supervisor?
A John Remus.
Q So you've been pretty much working with sediment and erosion and channel geomorphology for the last 20 years?
A Uh-huh. Collecting, you know, cross-section surveys. Right.
Q Is that the principal source of data for a lot of your work, surveys of the channel cross-sections?



A The cross-sections and water surfaces. Uh-huh.
Q Those two?
A Yes. And probably aerial photographs. You know, we use all the tools we can. But if you're trying to compare historic data, then the cross-sections give us a historic basis.
Q Do you know the history of those cross-sections?
MR. GETTE: Objection.
BY MS. SNYDER-VARNS:
Q You use them all the time. So I'm just wondering what you know about why they were installed, when they were installed, what methodology was utilized.
A They were put in at various times. I believe there's over 700 of them from Ponca, Nebraska, up through Montana. And they're usually put in so they could survey them at different periods and find out what changes are occurring, is the bed rising, is the bed lowering, is the banks widening or narrowing. And then different projects, they were usually put in right before the project was built or shortly right afterwards, so they have an initial survey.

Page 14

Q What individuals within the District put them in?

A Well, it would have probably been the people working -- I'm not sure. So I'm thinking -- but I would think it would have been the people working at the projects. You know, Fort Randall personnel would have put in the Fort Randall. But I'm not sure. I know at one time there was a lot more people working for the Corps. They had a bigger field crew. So it could have been out of Omaha; could have been out of the dams.

Q Do you know what the pattern is for the installation of the range lines as far as where they are located within the projects?

A Generally they try to put them in where they thought they would gain the most information. So downstream of dam they're probably pretty much put in at straight line parts of the river upstream, and they're put in high enough that, you know, water wouldn't get to them, in other words, you could see from one side to the other. They were originally put in just by putting them in straight across from each other.

Q And when you say "putting them in," what are you talking about physically?

Page 15

A Digging a hole, putting a pipe down or rebar and putting them in concrete or not concrete. There's a lot of different ways you can put it in. Monumentation is usually on the back one and then in front of it they have a pipe or something. And then every one is different. But since they put them in, we've try to get GPS coordinates put on them. And we are slowly doing that. But when we do a new survey, we try to get coordinates. And I believe we got coordinates on most all of them now except up in Garrison and Fort Peck.

Q Is there a record of where all the range lines in the Omaha District are located?

A We have a map showing where they are on a map. And then we have the GPS coordinates that we just obtained from them.

Q Have you installed any range lines yourself?

A I've never put in a new range line. But in a lot of cases, especially on the reservoir, there's two pipes on each side. And if they've eroded in, then we have put in new monuments.

Q Who presently installs or maintains the range lines?

A We maintain them. And no one installs them

Page 16

anymore. I mean -- well, you know, on the Missouri River there might be some new ones installed. If there was a new project, they might have installed them.

Q When I say "who," who within the Corps?

A On the main stem dams, we would install them and we'd put them in our section, the Channel Stabilization Section. And then we maintain them. We try to get out to them as often as we can. By maintaining them, you're just cutting away any brush that's around them, painting them up if they're metal, and then seeing if they're ready to fall in. Then it's easier -- if there's, you know, two out there, then it's easier to set it on line historically. Now that you have GPS coordinates, it's not as important to maintain.

Q What is the distribution of the location of range lines between reserviors and tributaries?

A There's more on the -- generally speaking, there's more on reserviors because reserviors are bigger but they're spaced out farther apart. The closer you get to the upstream end of reserviors, the range lines are a little bit closer. The closer you get to the dam, they can spread out five miles apart.

Q The Omaha District has a series of reports

Page 17

entitled MRD Sediment Reports.

A Uh-huh.

Q When I looked on the web page getting ready for these deposition, it seems like your name was attached to this series of reports; is that right?

A They attach me, yeah.

Q Why?

A It's just somebody to call. If you needed a copy, I could get you a copy.

Most of those -- there's two of them. They're sediment memorandas and sediment series, but, you know --

Q What is the difference between the two?

A One is more project related --

Q Which one?

A Sediment Series I believe is more project related. And then memorandas probably more of a general area.

BY MS. SNYDER-VARNS:

Q We might as well just mark this. I got it off the web. This is the listing of the sediment reports.

A Okay. So here you have the sedimentation in the Fort Peck reservoir. There's a little bit of mix on both sides of that, how they go back and

forth. But I think you asked for that report yesterday. And I could get it, so --
Q So is this a complete set of the reports discussing sediment in the Omaha District?
A I think Sediment Series 39-C is about the last one. We might have one or two more on the sediment memorandas. It might be go up to 23. I'm not positive.
Q Okay.
A But it looks like a pretty good list.
(Exhibit No. 8 marked for identification).
BY MS. SNYDER-VARNS:
Q In the course of this litigation, when the Plaintiffs issued requests for studies or modeling on the Moreau River or in some cases basin-wide, were you the one that was asked to compile the information that we were requesting as far as these reports are concerned?
A That depends.
Q On what?
A On the report. You know, if we would have it, if it would be one of these, I'd probably get it. If it was on modeling, the person that did the modeling would have to get it, or whatever section



that came from.
Q Would the various sections within the Engineering Division maintain its own collection of reports and studies?
A I assume so. I mean, we do, but I don't know the other sections.
Q Has the Corps done any studies on the Moreau River?
A We did the assessment that I did.
Q Is that the 2003 Sedimentation Report?
A Right. And then there was an earlier one done on the Oahe project that I haven't read. I think it looked at all the historic data up to a certain point. And I don't think they did any analysis, but they have all the data that they collected, which they do sometimes, and then somebody else can go and use that data to --
Q What data did they collect?
A Pretty much cross-section data, gauge data, probably pool elevations would have been some of the data they collected.
Q When you did the sedimentation study in 2003, who asked you to do that?
A John Remus.
Q What input did he have as far as the scope



of that study?
A He told me to go up there and do it. So I guess he had the input on it, and then I had input on it.
Q Who designed the study?
A That wasn't -- it was an analysis. I believe how things probably occurred was that they said that there was some flooding up there and could we verify that or not. And one of the first things you would look at would be the cross-sections. And so --
Q Why?
A -- we went up there to take a look at the cross-sections --
Q As we go along, if I could stop and ask you a couple things.
MR. GETTE: Actually, I would object to that. If he could finish his answers before you ask your next question.
THE WITNESS: Well, the cross-sections, we have a historic record of what's there. So you would take a look at the cross-sections to see if they've changed, if they haven't changed. And, of course, they're always going to change a little bit because of nature. But



you take a look at that, and then you progress. And that -- to my knowledge, this was just to look at changes in the cross-sections.
BY MS. SNYDER-VARNS:
Q When you say "they," who are you referring to?
A It's just my manner of speech. I guess I don't know who "they" -- probably it is our section that decided to go out there and take a look at the cross-sections and then see what we saw and then write it up, and then it goes to whoever.
Q When you were asked to go do this, were you asked to do something that you do on a regular basis, and is that why it's difficult for you to tell me what it was you were asked to do? Or what was it that John Remus told you to do?
A Well, we wanted to go up to --
MR. GETTE: Objection to the characterization that he's had difficulty telling you what he did or was asked to do.
Go ahead. You can answer.
THE WITNESS: I thought I did. We went up to look at the cross-sections and what changes occurred. And we do that quite often, but we do a lot of different things.

BY MS. SNYDER-VARNS:
Q Did he tell you to just look at the cross-sections or did he ask you to do a sedimentation study?
A No. It was to look at the cross-sections and see if they've changed and then, you know, what happened. That's all we looked at up there. And the gauge, I think we did a little bit on the gauge, just a quick look at the White Horse gauge. We didn't look at anything else.
Q When you say "we," who do you mean?
A The crew that went up with me.
Q And who was that?
A Myself, our summer help at the time, Ben Ream, and then Neal Voll.
Q Who is Neal Voll?
A He works under Jeff McClenathan.
Q In the Hydraulics Section?
A Yes.
Q Why was it these individuals that went with you?
A Ben was working for us, and Neal was a person that was available to go with us at the time.
Q When you looked at the cross-sections, is that a straightforward examination or were there some



sort of parameters that were given to you or that you applied when you did the cross-section surveys up on the Moreau?
MR. GETTE: Objection.
BY MS. SNYDER-VARNS:
Q Do you need me to rephrase that question?
A No. We just went from one pipe to the other pipe like we always do. You know, we took off from one monument and went straight across the river to the other monument.
Q When you say went "straight across the river to the other," what do you mean?
A You try to stay in a straight line and do the same cross-section, you know, try to stay right between the two monuments on a straight line.
Q What equipment do you use?
A In that case we used the total station.
Q What is that?
A It's surveying equipment that shoots at distance and elevation. And then you have a rod man holding a rod with a prism on it, and he walks out and then you shoot at distance and elevation, and then he walks out farther and you shoot a distance and elevation.
Q So when you do cross-section surveys,



you're literally surveying?
A Yes.
Q And you record the data that you obtain from the surveying equipment?
How do you learn -- or how do you survey the cross-section? How does that work in layman's terms?
A The monument is at the certain elevation. So when you walk across, you take your shots wherever there's a break in land. You shoot a distance from that pipe, and you shoot an elevation, and you record it in a book and go all the way across.
Q And when you say you shoot an elevation at a break in land, what do you mean by a break in the land?
A There's a little bit of an art to it. But you walk across until you see -- if it's flat, you don't need too many shots. So I always like to get a shot within ever two to 300 feet if it looks flat. But if you all of a sudden see a rise, you get a shot at the toe and then at the top of that, and then you go across.
Q So you -- with the survey equipment, you try to recreate the lay of the land at the cross-section?



A Yeah, you're surveying across there and you're shooting distance and elevation, and then you're trying to represent what that cross-section looks like.
Q How do you record the cross-section information you obtain on the surveys?
A In this survey, 2003, I recorded it in the book, in a survey book.
Q And do you have that information in your files?
A Yes, I do. And then -- yeah.
Q What other files or data do you have that you used in preparing the 2003 study report?
A We have all the historic cross-section data from the various years that it was taken. And then you can plot it out and then take a look at the data.
Q Have you surveyed any cross-sections since 2002, 2003 before you prepared the report?
A We surveyed those in 2003, and then we've done some more surveys at the request of the DOJ's experts.
Q How many more surveys?
A We surveyed the cross-section lines. And I went up there twice. But it's just -- and then I think they wanted a couple other surveys maybe at the

Page 26

bridge where there was no historic data. And so, you know, it was at the bridge and then at our cross-sections.

Q So you've done some cross-section surveys other than at range lines?

A Yes. And then we also extended the cross-section lines at their request.

Q You said you went up there twice. Do you have a general recollection of when that was?

A Let's see. It was October of 2005, and then April or May of 2006.

Q Who went with you?

A I think Jolene went with us. She was working in the office, working with me, from here. And then we met Eric Stasch or Steve Brockhouse from the Oahe project up there.

Q What's Jolene's last name?

A Halsing.

Q Why did Jolene go with you?

A She works in our office. She started about three years ago.

Q What does she do? Or what is her position?

A She's a surveyor and a GIS expert -- or trainee.

Q You've worked in the Omaha District now

Page 27

for about 20 years. And basically you've worked on the Missouri for 20 years. In fact, your bio talks about that. In that time, have you gotten a sense of the general characteristics of, say, the Oahe reservoir and the tributaries that flow into it?

A When I started, the person that hired me said that it would take about ten years to go around the whole district. It's a big district. So I've been to Oahe a few times. But I don't know one place better than another. We also handle small lakes too, so we're not always on the Missouri River.

Q Did you have anything to do with the aggradation study that was prepared in 2003?

A Which aggradation study?

Q On the Moreau River?

A No.

Q So this Exhibit No. 7 you're not familiar with at all?

A I know that they did it, I mean, you know, Jeff McClenathan and stuff. But I didn't do anything for it. I collected the cross-section data.

Q Did you have any other input or involvement in this report at all or study?

A No.

Q Have you ever read the report?

Page 28

A I read it I think probably right when it was done. And that was probably -- when it was complete I guess.

Q Did Jeff McClenathan ever go with you on any trips up to the Moreau?

A No.

Q You've been working with sedimentation for the Omaha District for many years I understand. Can you just tell me what is sedimentation?

A Sedimentation is sediment coming from another source and it's transported to another place, and then it either deposits or it can move out. I guess that's what sedimentation would be, the movement of the sediment.

Q And is it occurring in the main stem reservoir system?

A Yes.

Q Where?

A It occurs -- there's probably sedimentation about every place along with the river.

Q Where does it tend to accumulate within the system?

A Usually in the headwater areas.

Q What do you mean by that?

A That would be -- the headwater area of a

Page 29

reservoir would be a delta area.

Q Where either the Missouri or the tributaries to the reservoir flow into the reservoir?

A Yes.

Q Would it include both?

A Yeah, wherever the Missouri River has been able to pick up some sediment and deposit, yes, and where the tributaries come in.

Q Is sediment a problem in the system?

A "Problem," that's a different word. But, you know, sedimentation occurs. It's a natural process. It occurs. And it causes problems for some people.

Q Given the fact that there is a Sedimentation and Channel Stabilization Section of the Hydrologic Engineering Section or Division within the Engineering Division of the Omaha District, it would seem that sedimentation is an issue.

A It's definitely an issue.

Q There's a whole staff of people that are employed by the Corps to address it in the Omaha District; right?

A Yes, and see what's happening, where it's occurring.

Q What effect does sedimentation have on the

Page 30

main stem reservoir system, or what effects?
A Are you -- I guess I need to clarify. Are you talking about deposition or just sedimentation?
Q I can break that down for you.
Where is sedimentation having an effect on the system or the operation of the system?
MR. GETTE: Objection; assumes it is.
But go ahead. You can answer.
THE WITNESS: Sedimentation also can be a lack of deposition. I mean, downstream of the dams, the bed's degrading. So sedimentation is occurring all over the District, all over the United States -- well, the world. And where a pool is out in the headwaters at a delta area, then there's deposition.
Is that the question?
BY MS. SNYDER-VARNS:
Q Yes. And my understanding is that in the tail waters of the reservoirs, there's a scouring of the deposition; right?
A Yes, the downstream of the dams.
Q So the general character of the deposition of sediment is that it deposits in the headwaters and the back waters where the tributaries flow in or the Missouri flows into the reservoirs and then it tends

Page 31

to scour below the dams?
A The dams discharge sediment-free water and it scours out; right.
Q What other general characteristics of the deposition of sediment can you tell me about --
MR. GETTE: Objection.
BY MS. SNYDER-VARNS:
Q -- based upon your 20 years of working with sedimentation in the Omaha District?
A Well, where the sediment deposits and at the delta, it changes the area of the cross-section, builds up sandbars, sometimes islands.
Q Does the Corps monitor sedimentation?
A Yes.
Q What does that consist of?
A Again, that would mainly consist of the cross-sections, because then we have a data and we see how it's built up. But they also use gauging stations.
Q And the gauging stations are U.S. Geologic Survey gauging stations?
A Most of them are. Some are owned by the -- well, owned by the Corps I guess. But generally the USGS then will monitor that gauge for us.
Q And when you say you use the gauging

Page 32

stations, what do you mean?
A We try to see what -- we use it for the flow he flow. And then some stations have taken sediment samples.
Q So gauging stations measure water levels or flows?
A Flows and water surface elevation.
Q And when you talk about the cross-sections, is there a system for gathering data from the cross-sections?
A Again, you go from the pipe on one side to the pipe on the other side, and you survey in between it. Sometimes you need a boat, sometimes you wade, and sometimes you're over land.
Q And I guess that question wasn't clear because what I was looking for more was what kind of system does the Corps have for gathering data and recording data from the cross-sections to monitor sediment in the system?
A Okay. When we do our survey, we collect the data, and then we put it in our database. And sometimes there's a report written mainly just showing you all the data, and then somebody can take that data, another engineer can take that data and then use it.

Page 33

Q What system do you have for collecting the data? Is there any regularity to gathering data from particular cross-sections or range lines?
A We will Well try to do a whole project at one time, like the Oahe project, Garrison project. They were done more frequently when the dams were in place.
Q Do you do a project every so many years?
A The main stems now, the reservoirs I think are on about a 20-year time period. And, of course, that depends on funding. And then the degradation reaches or the reaches below the dam, we try to do them about ten or 15 years.
Q What about tributaries?
A Tributaries would be done when the project is done. For Oahe, then you would do the Cheyenne, Moreau.
MR. GETTE: When you get to a good spot --
BY MS. SNYDER-VARNS:
Q When you do surveys other than the project surveys, what generates that?
A Surveys other than the project surveys? Other than the cross-sections?
Q No. When we're talking about doing

cross-section surveys and we're doing it on a regular basis, schedules for projects and for the reaches below the dams every ten years, but you said we also do it when someone asks for it, what generates those requests? What are you talking about there?
A If somebody has a problem, bank erosion, flooding, and we need to go out and collect some data, well go out and do two or three or more cross-sections or what needs to be done that's close to there. If there's no cross-sections -- if there's no sediment range lines close by there, then we'd do some other method of trying to see what's happening.
Q You would use cross-sections that you determined for that particular study or purpose? Or what are you talking about there?
A Yeah, we would find the location of who's complaining and where the problem is. And if we have sediment range lines in that location, we would survey those range lines to try to help solve problems.
Q And if there aren't enough range lines for your purposes, what do you do?
A We would probably use aerial photographs. It kind of depends on the situation. But yeah, you use whatever you can.



Q So apart from the regular schedule of gathering data from the range lines, it seems that what you're testifying about is that problems generate your going out and gathering cross-section data? It's a problem situation or a request for specific information?
A You know, if somebody requests information, it might not even be a problem. If we got a request to do surveys on the Missouri River, we'd go out and survey on the Missouri River. So we survey a lot. Sediment range lines pertain to pretty much the main stem dams and then the smaller tributaries, and that's on a project basis. And then we go out and survey, you know, other times.
Q Can you give me examples of the other times?
A There is -- for a program, shallow water habitat or emergency sandbar or emergent sandbar habitat, people need data for that, see how much sediment they're going to have to move around to create something. They want to know -- if they build something in the river and they want to know if what they are trying to do is working, we'll go in there and survey that.
Q Who does these surveys?



A Our section does.
Q Who within the section?
A Myself, Jolene, Larry Morong --
Q So when somebody asks for cross-section data --
A -- or -- well, I'll just let you finish I guess.
Q Go ahead and finish your answer.
A I was going to say, we will do it, or the other option is to contract it out. As a matter of fact, the main stem dams now are done by contract. We just don't have a big enough section anymore.
Q So if anybody in the Corps does it in the Omaha District, it is you and Jolene and who else?
A Larry Morong. And we would do that -- there's probably some other branches or sections. Geotech probably has some equipment. I don't know if they'd do the hydro work. They'd probably contact us.
Q And that what I'm looking for. Who within the Omaha District does the work that you do?
A Well, no one else really. They don't have the boats, so they just don't do it. We pretty much do it or contract it out.
MS. SNYDER-VARNS: This is a good



place for a break.
(9:40 a.m. - Recess taken)
(At 9:45 a.m., with all parties present as before, the following proceedings were had, to wit:)
BY MS. SNYDER-VARNS:
Q John, we've been talking about monitoring of sediment in the main stem reservoir system. If we could talk a little bit about what programs you work with in the Sedimentation and Channel Stabilization Section. Can you tell me what your understanding is of the programs or the projects that you carry out in that section, you specifically?
A Okay. We keep track of all the sediment range lines we have. By keeping track, we either survey them ourselves when it's time to survey or we have a contractor survey it. We do water surface profiles; we do bed samples; any hydrographic surveying that needs to be done, we will do it if it's a small enough job, otherwise we'll have to contract it out; if someone calls in and complains about a problem, we might do a quick investigation and see if it needs more of an analysis or what.
Q So these are the things that you do from day to day?
A Yes.

Q Anything else you can think of?
A You know, if people want work done on the river or want something, they'll come to us. And it could be -- mostly it's something along those lines, and we will either try to do it or contract it out.
Q What are water surface profiles?
A That's where you get in a boat and go downriver and you take an elevation at the different river miles of the water surface. You try to have a steady discharge, and then you can compare that; you can say, well, I had a steady discharge 20 years ago, and now the elevation at this discharge is higher than it was 20 years ago or lower.
Q When you say you try to have a steady discharge, who do you mean?
A The dam will try to -- as an example, Gavins Point will discharge 20,000 for two and a half days.
Q So you do the water surface profiles in aid of maintaining consistent discharge levels; is that my understanding -- or is that correct?
A I'm not sure -- yeah. Like Gavins Point would do a steady discharge of 20,000 for two and a half days. We would start probably about a day after they started so we'd get that level and then start



working our way downstream. And once we're down so far, then they can start discharging because it takes time for the water to travel. And then, of course, there's inflows from tributaries. But we try to do it when it's low. And, you know, if there's a big rain storm, we'd probably just stop it. But most of the time we don't have that problem.
Q What about bed samples?
A We don't do as much of that as we used to. But when we would survey a degradation reach or reach below the dams, we would get bed samples and see if the grain size has changed.
Q Why don't you do it as much as you used to?
A The surveys are getting farther and farther apart I guess. And then we try to get it done whenever we do a survey. At one time the surveys were done one to five years apart on the degradation reaches, and now it's every ten years.
Q So you're pretty much the survey guy for the District?
A Well, no. There's a surveying office in the District that does most of the land surveying, so we do most of the hydrographic surveying.
Q Okay. Is that a fair description of your position and responsibilities at the Omaha District



or is there more?
A Than what we just talked about?
Q (Nods head).
A Yeah. You know, we'll do different things. But, I mean, that's basically it, hydrographic surveying and looking at banks, what we've already discussed I guess.
Q What do you personally know about sedimentation on the Moreau River?
A What was in my report in 2003. We went up there and took a look at the cross-sections, and then I compared the historic cross-sections with the 2003 data.
Q Do you know anything else about sedimentation on the Moreau other than the data gathering that you did for the 2003 report?
A No. You know, the --
Q Had you been up there before?
A I probably drove through the valley before, but I never stopped in there before. So that was my first time up there. I might have been up there -- we did a monument maintenance for the Oahe project. So when we do a monument maintenance, we look at the monument, and like I said, clear out the monuments like we discussed before. I might have gone down



there and done some of that on the Moreau River, but I can't remember being there. In other words, we had two crews out there. Did the whole Cheyenne River and the whole Oahe. That was the first time I had been out there to do some surveying.
Q John, I'm going to show you what's been marked as Exhibit No. 4 it looks like. Can you tell me what that is?
A This is a report done by Alfred Harrison and Warren Mellema, a Sediment Series. The only thing that I can say is I met the men one time. They were -- I believe Harrison was working when I first starting here. And they had been working in the District for a long time, and they put out this report. It generally talks about aggradation and degradation aspects of the Missouri River and the main stem dams.
Q For the record, yesterday when we marked the deposition, we just had the first couple of pages and then the last page. You then provided me a copy of the full report.
A Okay.
MS. SNYDER-VARNS: If you don't have any objection, Mr. Gette, I would just ask that we substitute a complete report for that exhibit, or we

can just mark a new one.
MR. GETTE: Let's just mark a new one.
MS. SNYDER-VARNS: Okay. We can just mark a new one.
(Exhibit No. 9 marked for identification).
BY MS. SNYDER-VARNS:
Q Now, the introduction to this report on page one here mentions that -- in the very middle of the page that "1.35 times ten to the negative eight tons of sediment per year were transported by the river as suspended load prior to construction of the dams." And then, "The amount of sediment passing through the system has virtually been reduced to zero." And we talked a little bit earlier -- you testified a little bit earlier about where generally in the system the sediment accumulates.
Now, on page seven of the report, right below that heading "Sediment Investigation Program," this report says that "Beginning with about 1950, an extensive Sediment Investigation Program was developed throughout the entire main stem system aimed at monitoring sediment effects in the aggradation and degradation trends over the years of project operation."



Now, when I was asking you earlier about monitoring of sedimentation within the basin, do you know anything about this program?
MR. GETTE: Objection. I'm just going to object to the previous reading of a portion of the document that I don't see the connection between. But your final question is fine.
And you can answer that.
THE WITNESS: That would be the sediment range lines, basically -- I mean, there's some other stuff -- but basically the sediment range lines and surveying them. And then we have a data of how it's changed over time. So that's a way to monitor it.
BY MS. SNYDER-VARNS:
Q So is what you have done in the 20 years since you've been with the Omaha District basically this Sediment Investigation Program referred to in this report?
A I haven't read this report for a long time. But that part of it, yeah, that's what we kind of do.
Q Is there any other component or part of that Sediment Monitoring Program or Sediment Investigation Program referred to here that you don't do?



A No.
Q So you're basically it?
A Our section, yes.
Q So apart from what you do for sediment monitoring, what else is done within the section?
A I guess I don't -- our section will get the data. I mean, not only me. Somebody else might be in charge of a contract, the contractor that sends the data in, and they will get the information and put it in our database, or I might put it in our database. Somebody puts it in our database.
Q So is it fair to say that the Sediment Investigation Program consists of the data that you collect --
A Right.
Q -- the database that you maintain?
A I think that would be a pretty good assumption, yeah. And it's just not the cross-section, but we have the bed samples which I talked about before and some other things that we've collected. But most of this data would be collected in our section or stored in our section.
Q So the data in the database includes the cross-section surveys, the bed samples, water surface levels or elevations. What else does the database



include?
A Suspended sediment data; historically we have some maps, location maps, where the cross-sections are at; we have the stage data on some of the stages that are right along -- or gauges that are right along the Missouri River.
Q How do you gather the suspended sediment data?
A I haven't done that for a long time. And sometimes we contract that out to the USGS. But there's equipment that you will drop down in from a boat, drop down and open up a sampler for a certain amount of time and it collects data, and then you do some analysis off of that.
Q So it's basically water sampling?
A Except for sediment, not for chemicals.
Q And it says here in the report, just the very next sentence, that the program was designed to determine the rate, magnitude and the location of areas of scour and deposition.
Now, this report was done in 1984. Is that still the goal or the design of this program?
A I would think so, yeah.
Q Does the program do anything else other than what is mentioned here?

A Well, yes. We -- let's see. We've talked about bank erosion, which we've looked at mainly below the main stem dams but in other areas too.
Q Anything else?
A We collect hydrographic data for other purposes than for this. But this is our main job here.
Q Moving down to the bottom of page seven, John, it talks about "Profiles of water surface elevations, stream velocities and suspended sediment concentrations were measured along reservoir, back water and degradation reaches." And it looks like that's associated with initial activities of this program, if you look up to where we were just reading. And then it goes on to say, "After about 25 years of observation, the above data also permits correlations between pre-project estimates and post-project actual experience."
Do you still compare or correlate data between, say, pre-project estimates or even -- well, let's leave it at that -- between pre-project estimates? Do you still do any correlations like that?
A I look at the cross-section data, and we usually always bring up the pre-project



cross-section.
Q That tends to be a part of the studies that you do?
A Right.
Q Okay. What correlations do you do within the realm of post-project, I guess, correlations?
MR. GETTE: Objection --
MS. SNYDER-VARNS: And I recognize -- yeah, that's a crappy question.
MR. GETTE: Well, I think the correlation is between pre- and post- as I understand it.
BY MS. SNYDER-VARNS:
Q Do you do correlations within post-dam --
A Yes, we're also checking on how the river's changed from the left bank to the right bank. The thalweg switches all the time. We want to know how much deposition has occurred in the reservoir since the beginning and between survey periods.
Q And what about the tributaries?
A We do an Area Capacity Program to find out how much deposition has occurred between all our range lines. That's another part of the -- that's the other part of what we do the cross-sections for. So if we have seven range lines on a tributary --



there's some that don't -- then we would have some information on it.
Q And say for the Moreau on the Oahe project, would that be included in your survey of the entire project? Where would that data be recorded?
A Yeah. When they did the -- the last time it was done was probably in 1989 when they did a survey of the whole project. And I think it's in that report. I believe they would have had the area capacity in there.
Q Moving to page nine of the report, right in the middle of the page there it says, "Numerous post-construction surveys of the sediment ranges have been completed since closure of each project in order to verify and/or adjust these rates if warranted."
And what it's referring to appears to be the prior paragraph which talks about depletion rates.
A Well, there's this Table 2.
Q Uh-huh.
A And that would be to verify or adjust these rates if warranted between the various years I think. I don't -- let's see --
Q So you're familiar with depletion rates?
A Yes.



Q What is that?
A How much sediment has come into the system since the original time or between survey periods.
Q And it says in the next sentence, "These surveys have provided information on both the rate at which reservoir storage volume is being lost due to sedimentation and the location of these deposits both longitudinally and vertically within the reservoir pools."
So you're familiar with the fact that the surveys that you do are at least in part to determine the depletion rates of the reserviors?
A Yes.
Q Okay. And have you prepared tables like this?
A Yes.
Q Table 2?
A (Nods head).
Q And where would those tables be located?
A On our database.
Q How often do you prepare tables like that?
A Whenever the survey is completed, then it will probably be some period after that we would do an area capacity -- run the area capacity program, and then we would update the information on it.

Q Now, looking at this Table 2 on page ten, it talks about -- it's entitled "Sediment Depletion of Missouri River Reservoirs." And it does include the six main stem dams, and it includes Oahe.
Can you tell me what this table tells me about the depletion rate for Oahe?
A They had a long-term depletion estimate in that first column, first two columns. One's an original estimate. They're estimating back -- I don't know what the original estimate was, but I assume that's when the dam was completed or prior to that, probably within five or ten years prior to that, so in the fifties. They didn't have a lot of data, but they were figuring that about 39,980 acre feet of sediment would come in per year. The current estimate they decided was 32,290. The original storage for Oahe was 23,700,000 --
Q Acre feet of water?
A -- acre feet of water. The volume of it in 1976 was 23.4 million. The project year age at that time was 18 years. So there -- again, this is estimated -- or it's a measured depletion rate of 22,900 acre feet per year.
Q Which is about 1.74 percent of the original storage capacity?



A About 1.7 percent of the original storage has been lost since the original surveys.
Q Going back to page 9, it says that "It is apparent from Figure 3 that the long-term storage depletion rates appear to be stabilizing and approaching constant values."
Now, again, this report was done in 1984. Have you seen that born out that the depletion rates have stabilized or do they continue to increase?
A I think -- and I haven't looked at this table for some time. But I think most of them have been decreased from the original. But the original estimate was pretty close. And it just depends on the cyclic period between the surveys. If it was a very wet period, you had more higher discharges which generally produces more sediment, and then during a drought period you'd have less sediment coming in.
One thing that would make a difference is another part of the sediment depletion rate would be bank erosion. And there's always been a feeling that -- when I first started, they said, well, the banks erosion is lessening. I don't think it was when I first started. But I think now, you know, in a lot of areas it's reaching equilibrium. Again, that depends on pool elevation, the pool's been down



low for many years so there's not as much bank erosion. But I think with the decrease in bank erosion, I would say that it might be more leveling off.
Q So would the last part of that sentence there on page nine then --
A This very low --
Q -- "although" -- it says -- the whole sentence says, "It is apparent that the long-term storage depletion rates appear to be stabilizing and approaching constant values, although the incremental rates between resurveys continue to fluctuate in response to basin runoff."
A That's probably a good statement.
Q And that's still true now.
Moving then down to pages 14 and 15 of the report, on page 14 it mentions that -- it talks about the types of sediment that are entering Oahe, Big Bend and Fort Randall. And it says that there are high percentages of montmorillonite and bentonite clays." And then in the last sentence on page 14 it says, "The results of the deposition of these sediments basically is similar to estuaries where upland streams meet the ocean. Then it says, "The fluff consolidates further into fixotropic liquid or



muck with measured densities ranging from 50 to a hundred cubic kilograms," it appears, "dry weight. This is characterizing the sediment that's flowing into Oahe, Big Bend and Fort Randall."
Do you get into the nature of the sediment in your work?
A Not too much. I haven't dealt with that too much. But also this is kind of a broad statement I would think. The Fort Randall has the White River coming in, really high concentrations of montmorillonite and bentonite, and it's real fluffy, stays in suspension for a long, long, long time. You could probably could drive a boat through it sometimes.
And I'm not as familiar with the tributaries on Oahe, but I would think that the Cheyenne River might have more of the montmorillonite and bentonite clays. I didn't notice that at the Moreau. I've been on some water surface profiles where you end up down about the Cannonball River, and I don't notice as much of that. I mean, at least it doesn't look like the White River, but --
Q So the white river is more typical of a tributary where this --
A The White River runs through the Badlands

of South Dakota and it picks up a lot of that bentonite and montmorillonite and it just stays in suspension, like I said, forever. And I haven't -- but I don't get up to that area as much. But I didn't see that type of material when I was doing the cross-sections on the Moreau. So, I mean, I think that was kind of a general statement that this material does come in, and it probably depends on where the tributary's headwaters are at.

Q If you didn't see these types of materials, can you tell me what kind you did see?

A I didn't really take a good notice. I would say it was some silts and sands, but I could be mistaken on that.

Q Okay. From your experience in working on the system with sedimentation, what effects do sediment have on tributaries to the reserviors?

MR. GETTE: Objection; breadth, overbroad.

THE WITNESS: Did you say what effects does the deposition of sediment from the tributaries have?

BY MS. SNYDER-VARNS:

Q On the tributaries.

A The deposition?



Q (Nods head).

A Right where the -- as with anything in nature, it just varies so much. You know, it depends on pool elevations and discharges and everything. But a broad statement is that when, you know, you have a tributary going into a reservoir or even a river, it starts slowing up, the velocity will start slowing up, and it will drop out the heavier materials. So there's usually some deposition occurring right around where the pool elevations are with the tributary. But that changes with the pool elevation. If it fluctuates a lot, that might -- you know, when the pool elevations are down low, it might move that sediment farther down.

Q And what you're describing seems to be the delta or the confluence area where the tributary meets the pool or say the Missouri before it was dammed; is that right?

A Yeah. You know, it's about where -- where all the tributaries come down, even a little drainage will have some buildup of sediment where the pool elevation is.

Q And that buildup of sediment or delta has impacts on the tributary upstream?

MR. GETTE: Objection; form of the



question.

BY MS. SNYDER-VARNS:

Q Does the buildup of sediment at the confluence or the delta have any effect on the tributary upstream of the delta?

A I'd say it depends. It could, and it might not. Like I said, it probably depends on the -- if you have a delta, there's some back water. But it depends on the pool elevation, the flow. So, you know, it could. It definitely has an impact where it drops out, but then --

Q What effects can the formation of a delta at the mouth of a tributary have upstream of the delta?

A It can have -- it can increase the groundwater tablel; it can have more frequent overflow of the banks; it can cause the stream to have more movement.

Q And by that, what do you mean?

A The stream's coming down at a certain slope, and then when it gets down to the flat part it will build up some sediment, and then the next heavy discharge will bounce over to the other side. It's called avulsion I believe.

Q Anything else?



A It can cause more vegetation, changes of vegetation.

Q What sorts of changes?

MR. GETTE: Objection.

THE WITNESS: I wouldn't know what, you know, type. If you raise the groundwater, then you're changing, you know what I mean -- well, let's see. If you raise the groundwater, some plants and stuff that might be living there might not live there anymore.

BY MS. SNYDER-VARNS:

Q And would other sorts of plants come in?

MR. GETTE: Objection; calls for speculation.

THE WITNESS: And I'm not a plant person, but, you know --

BY MS. SNYDER-VARNS:

Q What have you observed in your work on the tributaries to the main stem dams in the last 20 years is what I'm asking.

A Down around the Niobrara where I spent a lot of time, there's a lot of cattails that have changed over time.

Q Can it include weeds?

MR. GETTE: Objection; calls for

Page 58

speculation. Where? When?
MS. SNYDER-VARNS: It does not call for speculation. I'm asking him for what he knows from his experience.
MR. GETTE: Where? When?
BY MS. SNYDER-VARNS:
Q It can be general. It's a perfectly appropriate question. On the main stem system, tributaries to the main stem system, any of them.
A At the delta where you're having a change and where the water comes up, builds up the groundwater, or starts flooding some lands, the vegetation is going to change.
BY MS. SNYDER-VARNS:
Q What specific changes have you observed? What specific changes?
MR. GETTE: Objection.
THE WITNESS: I don't always -- I mean, I'm not looking at the types of vegetation. I guess I -- now, around the Niobrara area I've noticed dead cottonwood trees. And then -- I wish I was more of a plant expert, but I --
BY MS. SNYDER-VARNS:
Q What about the Moreau, what did you observe there? What kind of vegetation did you see on the

Page 59

Moreau from the delta upstream when you went to do the surveys?
A There's a lot of vegetation there; there's a lot of trees.
Q Do you remember what --
A When I went -- my first time up there, that first day I was with one of the landowners, and he was saying I think western wheat grass. But I couldn't verify if that's right or not. But --
Q John, I'm going to show you what we have marked as Exhibit No. 6. Can you tell me what this is?
A No. That looks like a picture on my report though. I wish I had a better picture.
Q If you flip to the next page of this exhibit, maybe you'll recognize it. Do you know what that is now?
A This (indicating)?
Q As a whole.
A Oh, as a whole, yeah. That's my report. I thought you were talking about the picture.
Q What report is it?
A It's the report I did in 2003.
Q And it was John Remus who told you to do it?

Page 60

A Yeah, the work would have come through him. Yeah.
Q How does it come through him?
A I'm not sure. I mean, it could come from Real Estate; it could come from Operations; could come from Regulatory. And then, you know, they ask him. Then he looks at who's got time to do it, I guess.
Q And really the question is a lot more simple than that. I mean, how does work move from your supervisor to you? Do you get a memo? Do you get an oral request? Do you get an order or form of some sort?
A Oh, it can come both ways. He could just say, you know, we need to go up and survey this, and then we'll figure out a time to do it and then do some travel orders.
Q And you already mentioned that Jolene of your office and a student helped you collect data for the report?
A No.
Q I'm sorry.
A They went up later. For this one it was Ben Ream, which was a student at the time, and Neal Voll.

Page 61

Q Okay. And it was John Remus and you that determined what data to gather?
A Yes.
Q And again, that consisted of cross-section surveys?
A We wanted to go up there as -- the first thing we wanted to do was collect the cross-section data and see if there had been any changes.
Q Did you do any cross-sections other than the range lines?
A No.
Q And then you compiled the data that you gathered into this report?
A Yes.
Q And you said you also did some work with the gauge up at White Horse?
A Ywe es, got that data from the USGS.
Q Now, in the report, it looks like you broke it down by range line. On page one of the report you have a paragraph for each range line it looks like. Is that accurate, that you have a paragraph for each range line?
A Yes. And it goes from page one into page two, and then onto page three I think.
Q And then it looks like you gathered three

or four things for each range line, which would be the depth of deposition of sediment on the left and right banks, and then it would be the extent of the floodplain, the thalweg and the channel cross-sectional area?
A Yeah. It wouldn't be the floodplain. You know, at the first one it was the lower floodplain because the Monument was up there. 41.4 probably was the -- goes pretty much for the whole lower floodplain. And then as you went up farther than that, it really didn't cover the extent of the lower floodplain because they're real close to the bank at that time.
Q And as you went through and gathered -- or reported on the data that you gathered, it looks at at M-37.7 you have a deposition of sediment in the floodplain since 1962 that was between two and a half and 9.2 feet.
A Yeah, down on the lower floodplain. Right.
Q And then you talked about the thalweg was about 13 feet higher than in 1962.
A Yes.
Q And you mentioned there that the channel had continued to narrow over the years and that the cross-sectional area in 2003 was about less than half



of that in 1962?
A Yep.
Q It looks like you did about the same thing at M-41.4. And the difference between 37.7 and 41.4, that's just the distance between the two; is that correct?
A That's the -- yeah, the river mile between the two.
Q And at 41.4, you still had some deposition of sediment. At the left high bank it was about 3.4 feet since 1962, one foot to 3.4 feet?
A Yep.
Q And then on the right bank it was anywhere from two to ten feet?
A Yes.
Q And the thalweg, I asked John Remus to define that for me yesterday. Can you tell me what that is?
A The thalweg is the lowest part of the river channel at that location.
Q And here at this location it was five feet higher than it had been in 1962?
A Yes.
Q And again, you talk about the cross-sectional area of the channel being reduced



here as well by more than half since 1962.
A Uh-huh.
Q And at range line M-44.1, that's further upstream?
A Yes.
Q Again, you have the sediment deposition on the left and right banks. And on the left bank it looks like zero to one foot, and then on the right bank, 2.6 to four and a half feet?
A Yes.
Q Now, when you talk about left and right banks, what are you talking about?
A When you look downstream, the left bank's on the left, right bank's on the right.
Q And then again at 44.1, the thalweg was higher than in 1962?
A Yes.
Q So then at 47.4 you have the same type of information --
A Well, it's 47.8.
Q Excuse me. At 47.8 you had .7 feet of deposition to .2 feet on the left bank. And then on the right bank it's about one foot of deposition?
A Yes.
Q And again, the thalweg was higher by two



feet than in 1962?
A Yeah, it was about two feet higher.
Q So then for ranges M-52.7 and M-59.2, you say there on page three of this report that they show only minor changes in the shape of the channel. So by that, what do you mean? Less than two feet change in elevation maybe?
MR. GETTE: Objection.
THE WITNESS: There was -- I didn't see much change in it. It might have been less than a foot. I don't know. I mean, there wasn't -- the 52.7 was moving across the floodplain.
BY MS. SNYDER-VARNS:
Q The channel was?
A The channel.
Q Then you move into channel cross-sectional area changes. It looks like a little summary about the changes in the channel cross-sectional areas.
A Uh-huh.
Q And you have it looks like two conclusions there. You mention that two geometric measurements stand out when you compared the cross-sectional areas from 1962 to 2003. And the first one was that in 1962 the two most downstream sections, M-37.7 and M-41.4, had the greatest cross-sectional areas, but

by 1976 -- not even 2003 -- by 1976 they had the smallest.
A Yes.
Q And then your conclusion No. 2 is that all the channel sections showed a decrease in cross-sectional area from 1962 to 2003.
A (Nods head).
Q And then down below that you have a table. And that summarizes the information about the channels that you have discussed above that in this report.
A Yes,
MR. GETTE: Objection -- well, go ahead.
THE WITNESS: Yeah, that summarizes the cross-sections.
BY MS. SNYDER-VARNS:
Q Then you go on to talk about gauge data. And you obtained that gauge data from the USGS gauge near White Horse?
A Yes.
Q And that first paragraph there on page three under "Gauge Data" basically just describes where the gauge is located?
A Yes.



Q And then you talk about the stage trend plots.
Can you just summarize for me in layman's terms as best as you can what you're saying in that last paragraph there on page three?
A Well, the stage trends at a gauge moves over time, sometimes goes up, sometimes goes down. And so after the -- sometime -- looks like it stayed pretty level through about 1995, '96, then it started rising up to 2000.
Q What did?
A The water surface for a certain discharge.
Q And by "a certain discharge," did you use 500 CFS and 1000 CFS?
A Yes, I did.
Q And you found that the water surfaces increased after 1997 for both of them?
A Yes.
Q What did that tell you, if anything?
A Oh, it's too short of a period to tell. Something happened at that time. It happened abruptly. The sedimentation in that channel there to raise it could be because more sediment came down due to the flood. It could be some blockage of the channel downstream.



Q Anything else that those increased water elevations told you?
A I mean, it just tells you that it rose for that --
Q And that it wasn't just in '97, but it continued through 2003 when you were there?
A It kind of stair-stepped up, and then it was level from 2000 to about 2003.
Q And is that reflected in the figure on page four of your report?
A Yes, it is.
Q In the "Conclusions" section of your report, you say that "The surveyed cross-section data reveals that changes to the Moreau River channel have taken place in the vicinity of the Oahe project boundary."
What do you mean by that?
A When comparing the 2003 surveys with prior surveys, there's been a change in the shape -- there's been a change in the channel.
Q And when you say "vicinity of the Oahe project boundary," what do you mean by that?
A Well, the Oahe project boundary is between 37.7 and 41.4. And in that area we noticed changes to the cross-sections.



Q Are you saying there were no changes upstream from those two river miles?
A Well, no. There's changes in all the cross-sections, but you expect to see changes. I mean, that's part of nature. The major changes are right there at the vicinity of the Oahe project.
Q So then in your conclusions, the first bulleted item there says, "Sediment deposition that can be related to the operation of the main stem system of dams has definitely impacting the channel and lower floodplain up to sediment range line 44.1."
Is 44.1 within the project boundary?
A No, it's not.
Q And based upon the survey data that you collected, it was your conclusion -- are these your conclusions?
A Yes, they are. I've had some other feelings about them since then. But yeah, they were my conclusions in 2003.
Q And the second bulleted point says that "Sediment range line M-47.8 shows some channel narrowing and some floodplain deposition that can probably be explained by the operations of the main stem system."
Is that your conclusion as well?

Page 70

A That was my conclusion in 2003, yes.
Q And what's the difference between that and the first conclusion?
A Well, probably the words that aren't very good is, one, it was the "definitely," and the other one was "probably." You did see some changes in 47.8. And it's pretty hard to define it, but there is usually a back water going up from a delta. And that possibly could have been, but there's some other explanations too.
Q What other explanations would apply here -- or do apply here to account for that difference in your conclusions?
A Well, there's probably a lot of different things. But one would be there was a drought through the eighties. I'm not sure in the Moreau River if there was a drought, but in the upper basin there was a drought. When you have a period of low precipitation or low flows, vegetation can encroach on the channel. And then when you bring up the big discharge again, the vegetation there will slow the water up causing deposition. So there's other possibilities.
Q When you make your conclusion, the second one on page four here --

Page 71

A Uh-huh.
Q -- do you really feel -- or do you feel that other reasons for the channel narrowing and the floodplain deposition apply or do you feel it's attributable to Oahe's existence?
A I think it's a factor. And there's other factors involved. So I can't answer that -- you know, there's just other factors. So it means it could be Oahe, it might not be.
Q But you don't know specifically what factors?
A Well, one would be the pool; another one would be vegetation encroachment. Yeah, you know, there's other factors. It could be an increase in sedimentation due to a bluff sliding in, part of the bluff sliding in. So there's other factors that are possibilities, but --
Q But as we sit here today, you can't be any more specific than that as far as what factors as opposed to Oahe?
A Well, no. I'm only looking at the cross-section. You know, I'm not looking downstream or upstream of the cross-section. I'm just looking at the cross-section.
Q You're just taking the cross-sections at

Page 72

face value; you're not including in your conclusion here any tangible data that would account for these changes; is that what you're telling me?
MR. GETTE: Objection.
THE WITNESS: I looked at the cross-sections at this time in 2003 and looked at the changes and what could account for those changes. And at 37.7 you see a steady increase of deposition one year to the next to the next to the next. And one of the first things that's going to come to you is the delta and the pool elevation. Once you start moving farther upstream, then there's a transition zone and other factors can come into play. And I did not look at any other factors at the time.
BY MS. SNYDER-VARNS:
Q Can you tell from the data that you gathered where the transition zone is?
A Not really.
Q Can you tell me how big it is?
A As an example, at 44.1 there's -- I can't remember what I said in the report. It looks like there's three or four feet of deposition there. But that's between 1989 and 2003.
Has that been a steady increase since 1989? Has it -- is there a beaver dam downstream

Page 73

that caused that just as a jump? You know, from this cross-section there has been deposition --
Q What cross-section are you looking at? Excuse me.
A 44.1.
Q And that's an attachment to this report?
A Yes.
Q That's on page what?
A Eight.
Q Okay. So then for sediment range lines M-52.7 and M-59.2 -- and I'm moving back again to your bullet points on page four of your report -- you say that for these sediment range lines, they show only minor amounts of channel narrowing and floodplain deposition. And by "minor," you're talking about the --
A Minor is again probably a bad word to use. But there doesn't show much change.
Q And then with regard to the gauge information, that fourth bullet point, we've already talked about that. And you testified about the increase in the elevations from '97 to 2000 and then the fact that they plateaued somewhat from that point on.
A Yes.

Well, from that point to 2003 as far as the chart goes.
Q And you say there that "Since this stage did not show a gradual increase over time, this increase in stage is probably due more to the '97 floods than by the operations of the main stem system."
Can you explain that?
A In a delta area, you generally have a slow increase over time. And here it's a pretty abrupt change. So I would expect instead of it coming and then dropping and then rising and dropping and rising and dropping, and then it took a big rise during a major event in the area, I'd be curious to see what it does in the next five years; does it go back down, does it keep on going up.
Q Have you collected any more data from the gauge at White Horse since 2003?
A The DOJ experts asked me to continue it and go back in history, and I did that and gave it to them.
Q Has that been produced to Plaintiffs? Are you aware?
A I think it should have.
Q Okay. I should have asked this at the



beginning.
What did you do to prepare for this deposition today?
A Well, not much. Been busy doing other things. But I read this, you know, a couple times over. And that's about it.
Q Did you talk to anybody?
A I talked to Jim, Tom --
Q Anybody else?
A Nobody so much as far as the deposition. I guess in just talking around the water cooler per se, I talked to Jeff and -- but that wasn't really for preparing, just --
Q Which did you talk to him?
A About every day that he's here. He's quite a talker.
Q Did you talk to John Remus?
A I went into his office and asked him how it went yesterday, and he said fine, and --
Q You mentioned earlier that with respect to these conclusions in 2003, that you had some change in feeling. What do you mean by that?
A I wouldn't have worded everything quite the same way. Just like the "definitely up to 44.1," you know, the operation of the main stem dams is



definitely a factor that could play into it. It's not to say it's not, but it could be.
But really when you're looking at these cross-sections, it's really the first step in -- you know, like I said earlier, if you don't see any changes, then you might just say, well, we're not going to go any farther. But if you do see changes, you'd want to go farther and do more of an analysis. And I think like I said, the farther you get away from that 37, then you're talking about your being in a transition zone and where one affects the other.
The other thing you can look at is that a cross-section of 37.7, its thalweg was at 1595. So when the pools up at anything above that, there's water sitting in there from the original -- you get up to 44.7 (sic), and I think the thalweg is at about 1620.
Q And what's the significance of that?
A Well, one, that the water would be sitting in the channel and it would be definitely impacting it. At the 44.7 (sic), there could be some back water. There might be; there might not be. Water's not sitting there. So you would need to do further analysis.
MR. GETTE: Just to keep our record



clear, you said 44.7.
THE WITNESS: Sorry. That's probably 44.1 --
MR. GETTE: Okay.
THE WITNESS: -- or -- let's see.
No, it was 47.8 is where the pool is at about 1620, 1622.
BY MS. SNYDER-VARNS:
Q Now, any other change in feeling about the conclusions in this report?
A No.
Q And why the change?
A Well, this was done three years ago. And just thinking about it over time, and it's -- mainly, like I said, it's wordsmithing and just looking at it one or two more times.
Q Okay.
A One other thing there is that "definitely the lower floodplain," I used that in the first bullet. Well, at seven range line 44.1, you really can't see the extents of the lower flood pain. You know, you only see -- because as you go up, our monuments are closer to the high bank, whereas at the first two cross-sections you can see where there's a low floodplain and it goes up.

MS. SNYDER-VARNS: I believe this would be a good place for a break.
(10:58 a.m. - Recess taken)
(At 11:10 a.m., with all parties present as before, the following proceedings were had, to wit:)
BY MS. SNYDER-VARNS:
Q Just before the break, John, we were talking about your sedimentation study on the Moreau River in 2003. You mentioned that the cross-sections are really just the first step. What do you mean by that?
A I think when you look at the cross-sections, you don't have an idea if there's a problem up there or not. So you have some cross-sections, some historic data, then you can look at the cross-sections and see if there's been any change. And then if you notice some major change or significant change maybe, then you should probably go on to look at other things. But that's a good first step.
Q Since preparing this report in 2003, have you looked at other things?
A No, I have not.
Q Have you gathered any data?
A Yes. The Department of Justice has some



witnesses or experts, and they have asked me to collect other data, or have the Oahe project collect some data.
Q What does that consist of?
A It's mostly been cross-section data. And then I expanded the -- I got data from the USGS to expand the rating curve.
Q And rating curve is --
A For the White Horse.
Q And that's the White Horse gauge?
A Yes.
Q So that is the water levels, the water level readings at that gauge?
A Discharge versus water levels.
Q And when you say more cross-section data, what do you mean?
A We didn't -- well, we collected -- we expanded our cross-sections away from the river to go across the valley, and then we did some new channel cross-sections from our range lines, and then we did some new cross-sections right at the -- I'm not sure if it's the right name -- but the old Promise Bridge where the highway is. We did one cross-section upstream, one in between the highway bridge and the old railroad crossing, and one downstream of the



Promise Bridge.
Q Anything else as far as additional cross-section data?
A And I think we got -- we did two other cross-sections. We did the two downstream of 37.7, downstream.
Q Which is the lowest cross-section that you did in 2003?
A 37.7 was the most downstream cross-section, and the next two were farther -- they were downstream of the Promise Bridge.
Q What did you do to expand the curve from the White Horse gauge?
A The USGS does the rating curves. And they just had more information that updated it, so I just updated the curve.
Q What did the information consist of?
A Discharge and elevation.
Q So just to summarize my understanding of this 2003 sedimentation report, John, is it fair to say that the study performed in response to the claims in this case show that sediment in the Moreau River channel has actually raised the bottom of the channel, the thalweg?
MR. GETTE: Objection.



THE WITNESS: Could you just repeat what you said?
(Pending question read back by the court reporter).
THE WITNESS: The deposition -- the sediment -- the thalweg has raised in I believe all but the last two. I didn't see much change in the last two. And there might be some minor changes.
BY MS. SNYDER-VARNS:
Q By "the last two" do you mean --
A The most upstream cross-sections.
Q And sedimentation has also reduced the size of the channel or --
A Sedimentation has deposited on the sides of the channel reducing the area, cross-sectional area.
Q And that goes upstream all the way to the last two range lines?
A The cross-sectional area has decreased at all the range lines since 1962. Now, there's some flucuations between it. In '62 it might have been lower and '76 it might have been higher and '89 it might have been lower. So it's fluctuated in there. At the upper ones, I don't -- I think the first one went down all the time.
Q And it looks like the flows on the Moreau

Page 82

have remained relatively steady from 1962 to 2003 based upon your figure in this study of the stage trends?
MR. GETTE: Objection.
THE WITNESS: In this study?
BY MS. SNYDER-VARNS:
Q Uh-huh.
A No. I think you said the discharges remained the same. I guess I could interpret that two ways. One way is that the flow coming down the river changes on an annual basis. It changes on a cyclic basis depending on the climate changes. It could be a very wet period, a very dry period. But you're right, for the certain discharge, the elevation has remained the same -- or had remained the same up to about 1997 and then it rose.
Q When you have sediment accumulating in the bottom and on the sides of the channel, does it displace water from the channel?
A Yeah, there would be less volume in there for the water, so the water has to go someplace.
Q Where does it go?
A It goes out of the banks.
Q And so then it spreads out in the floodplain adjacent to the channel?

Page 83

MR. GETTE: Objection.
THE WITNESS: Yeah. It depends on the flow and how much it goes out of the banks. But if you have a flow and there's not enough area in there to hold it, it's going to go over the banks.
BY MS. SNYDER-VARNS:
Q And when it goes over the banks, does it slow down?
MR. GETTE: Objection.
THE WITNESS: Yes, it does.
Well, generally -- there's always factors involved. But generally there will be -- and you'll notice around most rivers there will be a little natural delta.
BY MS. SNYDER-VARNS:
Q So when it slows down, if it has sediment in it, what happens to the sediment?
A When it slows down, the sediment will deposit -- when it starts slowing down, the courser grain material, the heavier material deposits first, and some of the material is going to keep on going as long as there's a flow.
Q And how does the sedimentation affect the lands along the river then?
MR. GETTE: Objection.

Page 84

THE WITNESS: Yeah, that I can't answer. It probably depends if it's a slow process or you get 20 feet. You know, I'm not a farmer, so I don't know.
BY MS. SNYDER-VARNS:
Q And I'm not asking you for an expert opinion --
A Right.
Q -- or anything like that, just what you've experienced or what you've observed in your work and the surveys that you've done in the basin and then on the Moreau specifically.
A Uh-huh.
MR. GETTE: Objection. It's six different areas.
Q So when the sediment drops out of water that has left a channel on a tributary, what has it done to the land along the tributary in your observation?
MR. GETTE: Objection. What tributary? When?
MS. SNYDER-VARNS: Any of the tributaries in the main stem system.
MR. GETTE: Objection.
THE WITNESS: Yeah, I'm not an expert

Page 85

on the land changes or anything like that. And it just depends on where you're at, how low you are, how long the land's been under water. There's just so many factors in there.
BY MS. SNYDER-VARNS:
Q Give me examples, would you please?
MR. GETTE: Examples of what?
MS. SNYDER-VARNS: Of how the vegetation changes with the sedimentation dropping out from water that leaves a river channel on a tributary in the main stem system --
MR. GETTE: Objection. Again, this is --
MS. SNYDER-VARNS: On the Missouri River.
THE WITNESS: And, you know, I just don't -- that's not part of my job, is looking at the vegetation. I see it in deltas, how deltas grow and change; there won't be a sandbar, then there will be a sandbar, and then they'll be cattails growing on it, and then if that keeps on growing, then maybe a tree will start growing on it. But on the overbanks, I just really -- I've not really observed it that much.
BY MS. SNYDER-VARNS:

Q You drew on conclusions from your study in 2003 --
A Uh-huh.
Q -- about sediment deposition in the Moreau River. Do you believe that -- and you talked about some of the factors that have affected the sediment deposition including operation of Oahe. And you talked about other factors that might be involved.
In your opinion, having been on the ground, having done the surveys, do you believe that the sediment accumulation on the Moreau at the bottom four range lines discussed in the study is just natural sediment accumulation?
MR. GETTE: Objection. He's not an expert.
But you can go ahead and answer.
BY MS. SNYDER-VARNS:
Q As opposed to -- do you believe that it's impacted at all by Oahe?
MR. GETTE: And objection to compound now. It was a better question before you added that.
Go ahead.
BY MS. SNYDER-VARNS:
Q Let's rephrase it then. I'm asking about



whether or not you believe that the sediment deposition at the bottom four range lines on the Moreau that you surveyed is attributable to Oahe.
MR. GETTE: I'll continue my objection.
But go ahead.
THE WITNESS: The first range, the most downstream range that I surveyed, 37.7, it looks like definitely -- I don't want to use that word anymore -- but it looks like it has been affected by the operation. I mean, it appears to be what you see at a delta. At the next one upstream at 41.4, again, it's not defined as much, but still it looks like what you would see in a kind of deltic area. The thalweg at 41.4 is also low, I think around 1605 -- I don't have the sheet in front of me, so I'm not positive -- so water would be backing up in there. Once you get above that, I'm not quite as firm on that. I mean, there's other factors involved. There's just different things you would have to look at. I'm not saying it's not affected, but, you know, you need to do more than just look at the cross-section at that point. If you go farther upstream, the thalweg's up higher. The thalweg at cross-section 44.1 I believe is at about 16 -- 44.1



is at about 1615, and originally in the first three surveys it was at about 1612. And sometimes when Oahe pools up, it's above that, so it might be a little deposition, and then for a period of time it's going to be below it. And then the normal operating pool at Oahe was about 1607, so that's below that. So I'm not positive that that -- since the first three years are right on top of each other, then there's this one higher one, I'm just not sure. There's 15 years in between the surveys, so it's a long period of time.
Q Do you believe that the accumulation of sediment on the Moreau as reflected in your report and the surveys would have occurred at the same rate had Oahe never been built?
MR. GETTE: Objection.
Go ahead and answer.
BY MS. SNYDER-VARNS:
Q That brings it down more to the cross-section's level.
A Well, again, the cross-sections are generally going to change somewhat. And if you have a beaver dam downstream of a dam, if you have a debris pile, trees that have fallen in, it could cause something. And it could be temporary. But



when you go on that certain date to take your cross-section, that's all you've got to go with.
Q You have cross-section data over 40 years' time.
A Right. And about five or six years -- five or six times during that time. You know, if you take that cross-section the next day, depending on where you're at, the thalweg could be different. In this area, I wouldn't think it would be different on a day-to-day basis, but --
Q So again, do you believe that the accumulation of sediment on the Moreau as reflected in the report and the surveys that you did would have occurred at the same rate and in the same manner if Oahe had never been built?
MR. GETTE: Objection; asked and answered.
BY MS. SNYDER-VARNS:
Q You didn't answer it.
A I thought I kind of answered that. The sediment rate at the lower part is -- I mean, it wouldn't have occurred that way. You wouldn't have seen it. Possibly it could be attributed to some railroad crossing too. You know, some constriction could cause something like that. And then the

farther you get away from it, some of that deposition could occur with other factors that I've mentioned before.

Q Actually, the railroad causeway was my next question. You mentioned that beaver dams or other constrictions could have an effect. Do you believe that the Promise Bridge or the railroad causeway has had any effect on the sediment accumulations on the Moreau?

A I think that that ought to be looked at as something. And I can't say if it has or not. It's there. There's a constriction from the floodplain, so -- but has it made a difference? Or does it make a difference only at a certain flow? You know, I don't know that. But it's something that should be looked at. It's one of those factors.

Q Does the accumulation of sedimentation on a river like the Moreau have any effect on flooding?

MR. GETTE: Can I have the question back?

(Pending question read back by the reporter).

MR. GETTE: Objection. I'm not sure what you mean by "like the Moreau." But --

THE WITNESS: You know, it comes up



again to the thing, if you have a cross-sectional area that changes and everything else kind of stays the same, the slope and things, and you've put down a certain volume of water and that area decreases and you've got that same volume, it's got to go over. If you widen out that cross-section, then you would have more capacity or more water can flow through there.

So yes, if you have deposition in a stream and the size stays about the same, it doesn't widen out so you decrease the cross-section of that channel, it's going to go over the bank.

BY MS. SNYDER-VARNS:

Q On the flip side of that, how does a flood event affect sedimentation?

A Again, it could be --a lot of different things happen differently at different flood events I guess. But generally it's expected that when a flood comes down, it will degrade the channel a little bit, and then on the back side when it floods through, then the sediment will fall back out and you'll have some changes there.

On a flooding event, when it goes off out of its banks, then the river slows up because it doesn't have the constriction and there's some deposition. Usually the finer material -- or the



heavier material deposits first, and then the finer material will deposit later or go on all the way down out of the system.

Q What do you known about the 1997 flood event on the Moreau?

A Nothing except when they told us to go up there to survey it. And then I talked to a couple of the locals that day, and then I saw some pictures -- and I don't know if it was here -- of some people boating around to their house. So, you know, there were people telling stories about it. But I didn't get up there until six years after the event.

Q And when you say you talked to some locals that day, what do you mean by that?

A On the first day when I went up there in 2003, we were setting up the cross-sections, and I ended up meeting Frank Brost I believe. And he introduced me to I believe Greg Morrow -- I'm not real good with names -- but one of the property owners down there. He lives on one side; his mother lives on the other side. And he drove around and we talked, and he showed me areas. Then we went up farther upstream to White Horse and he introduced me to another person. And we were just talking about where the flooding occurred and how close it got to



the highway and that.

Q In the course of your work at the Omaha District, do you have any knowledge of the flooding on the tributaries in general?

A Have I gone up there during the time of flood and seen it or --

Q (Nods head).

A Not on the tributaries.

Q On the main stem reservoirs?

A Not on the reservoirs during the time of a flood. But I was boating down around Brownville, Nebraska during the Missouri River flood one year.

Q So you do not personally get involved with flood events particularly on the tributaries in the course and scope of your work?

A No. Flood events generally are -- well, I assume they're usually a pretty quick thing, and then by the time we get up there, it would be all over. But no, we were not called on to go to the flood events.

Q So do you know if the Corps responded to the '97 flood event on the Moreau?

A No, I don't.

Q The '97 flood seemed to have been something that affected the basin as a whole; is that

Page 110

not be exactly the same as it was 40 years ago, so you'd probably have to recalculate that.
Q To follow up on that, let's just take an example.
At M-41.4, what does the actual M-41.4 stand for?
A That's the Moreau River at river mile 41.4.
Q Now, the range line that has been designated as M-41.4, today is that still at river mile 41.4?
A It could be. But, you know, the river has probably changed, so --
Q So the possibility exists that M-41.4 is actually no longer at river mile 41.4?
MS. SNYDER-VARNS: Objection.
THE WITNESS: Yes. You know, that was taken from the mouth of the Moreau River and the Missouri River prior to Oahe dam. So -- and it's taken as the river meanders around and goes up. Of course, a lot of that lower river has been flooded with the Oahe pool elevation -- or the Oahe pool. And then the river -- rivers are always changing, form oxbow lakes and always changing. It's highly unlikely it would be exactly the same, but the monuments haven't changed.

Page 111

MR. GETTE: That's all I have.
MS. SNYDER-VARNS: No further questions.
MR. GETTE: He'll read.
(12:05 p.m. - conclusion of deposition.)

Page 112

CERTIFICATE OF REPORTER

STATE OF NEBRASKA )
) ss.
COUNTY OF DOUGLAS )

I, SUSAN M. McKENZIE, General Notary Public within and for the State of Nebraska, do hereby certify that the foregoing testimony of JOHN GARRISION was taken by me in shorthand and thereafter reduced to typewriting by use of Computer-Aided Transcription; that the foregoing one hundred eleven (111) pages contain a full, true and correct transcription of all of the testimony of said witness to the best of my ability;

That I am not a kin or in any way associated with any of the parties to said cause of action, or their counsel, and that I am not interested in the event thereof.

IN WITNESS WHEREOF, I hereunto affix my signature and seal this 6th day of September, 2006.

____________________________
SUSAN McKENZIE
General Notary Public

MY COMMISSION EXPIRES:

Page 113

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CHEYENNE RIVER SIOUX TRIBE, ET AL., PLAINTIFFS, ) CIVIL NO. 03-600-L
vs. ) DEPOSITION OF JOHN GARRISON
THE UNITED STATES OF AMERICA, DEFENDANT. ) TAKEN ON BEHALF OF PLAINTIFFS

COST CERTIFICATE

I, SUSAN M. MCKENZIE, General Notary Public within and for the State of Nebraska, do hereby certify that the following costs should be assessed in the above-entitled matter to:

PLAINTIFFS
DEPOSITION OF: JOHN GARRISON
DATE TAKEN: AUGUST 24, 2006
AMOUNT: $ __________
DELIVERED TO: PAMELA SNYDER-VARNS
ATTORNEY FOR: PLAINTIFFS
DATE DELIVERED: _____ day of __________, 2006.

____________________________
SUSAN M. MCKENZIE,
General Notary Public

My Commission Expires:

September 6, 2006
MR. JOHN GARRISON
c/o Mr. James D. Gette
601 D Street NW
Washington D.C. 20004

Dear Mr. Garrison:

You have elected to read and sign your deposition taken on the 24th day of August, 2006.
Enclosed please find a transcribed copy of your deposition. THIS IS A VALUABLE DOCUMENT, so please take a few minutes at this time to do the following:
1. Read your deposition thoroughly. Photocopying or other reproduction of this document without the expressed consent of Thomas & Thomas Court Reporters is strictly prohibited;

2. Make corrections only on the page entitled: AMENDMENT TO DEPOSITION. Do not make corrections on the Original Deposition or smaller condenses transcript.
3. Sign in the spot indicated as "Witness" on the page entitled "Amendment to Deposition" and have that page notarized by a duly licensed Nebraska Notary Public;

4. Please return the separate correction page with or without corrections within 30 business days to the office of Thomas & Thomas Court Reporters, 3861 Farnam Street, Omaha, Nebraska, 68131.
5. Failure to read, sign and return the Amendment to Deposition page within 30 days will result in delivery of the Original Deposition without signature, and the signature will have been deemed waived by the witness.
Sincerely,

Susan Mckenzie

cc: Pamela Snyder-Varns



AMENDMENT TO DEPOSITION

I, JOHN GARRISON, wish to make the following changes in the testimony as originally given:

PAGE LINE SHOULD READ REASON

____ ____ ____________________ ____________
____ ____ ____________________ ____________
____ ____ ____________________ ____________
____ ____ ____________________ ____________
____ ____ ____________________ ____________
____ ____ ____________________ ____________
____ ____ ____________________ ____________
____ ____ ____________________ ____________
____ ____ ____________________ ____________
____ ____ ____________________ ____________

________________________
WITNESS

IN WITNESS WHEREOF, I hereunto affix my signature and seal this ____ day of _________, 2006.

________________________
GENERAL NOTARY PUBLIC

My Commission expires: