# In the United States Court of Federal Claims

No. 03-600 L
(Filed: January 31, 2008)

**********************************
*
**CHEYENNE RIVER SIOUX TRIBE,** *
***et al.*** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
**********************************

## ORDER

On January 30, 2008, a representative of Plaintiff called chambers to inquire as to the permissible formats for filing the parties' joint exhibits. Evidently both the number of documents as well as the size and shape of the documents will make electronic filing via the Court's CM/ECF system quite difficult.

The Court hereby GRANTS the parties permission to file all exhibits required under paragraph 2(c)(ii) of the September 11, 2007 trial preparation order in either paper form or electronic form. If the parties choose to file their exhibits in paper form, all exhibits, to the extent possible, shall be arranged in binders and two sets of such exhibits shall be filed. The parties may also file their exhibits on CD-ROM or other electronic media, though two sets of exhibits will still be required. If the parties choose to use the CM/ECF system, only one set of exhibits shall be filed.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge