**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

*(E-Filed February 1, 2008)*

| | | |
|---|---|---|
| **CHEYENNE RIVER SIOUX TRIBE, et al.,** | ) | |
| **Plaintiffs,** | ) | **No. 03-600 L** |
| **v.** | ) | **Chief Judge Edward J. Damich** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**JOINT MOTION TO STAY PRETRIAL SCHEDULE**

COMES NOW Plaintiffs and Defendant, who hereby respectfully jointly move the Court to stay the current pretrial schedule to permit the parties to pursue settlement discussions. The parties would propose to report back to the Court in 30 days as to the progress of the settlement discussions.

As required by the pretrial scheduling order, the parties have discussed the possibility of the settlement of this litigation. Following these discussions, on January 25, Plaintiffs provided Defendant with a written settlement proposal. The proposal was sufficiently detailed to provide the parties with reason to believe that settlement discussions may be fruitful. Due to the bifurcation of the liability and damages portions of this case, additional work must be performed to reduce parts of the proposal to precise dollar amounts. Nonetheless, the proposal has sufficient detail to permit the parties to believe that future settlement discussions would further the interests of judicial economy.

Plaintiffs and Defendant understand that the Court has certain limitations in its calendar. The parties would be happy to discuss this and any other matters the Court desires in a telephone conference if the Court deems such advisable.

Defendant has conferred with counsel for Plaintiffs, who has authorized Defendant to submit this motion on behalf of both parties.

Dated: February 1, 2008.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environmental & Natural Resources Division

s/ Susan V. Cook
SUSAN V. COOK, Senior Attorney
JAMES D. GETTE, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044
Tele (202) 305-0470
Fax (202) 305-0506
susan.cook@usdoj.gov

Attorneys for Defendant

435453.1