# In the United States Court of Federal Claims

No. 03-600 L
(Filed: February 4, 2008)

*********************************

**CHEYENNE RIVER SIOUX TRIBE, *et al.***

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

*********************************

## ORDER

On February 1, 2008, the parties filed a joint motion to stay the case, in order to continue settlement negotiations. The Court has granted that motion in part, staying proceedings until February 11, 2008.

In addition, a telephonic status conference shall be held on **February 7, 2008 at 3:00pm** Eastern Time. One business day before the conference, counsel shall email chambers (damich_chambers@ao.uscourts.gov) to provide the phone number where he or she can be reached and to inform the court whether any others will be participating for that party (and, if so, their names and affiliations). The conference will be on the record via audio-recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge