**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 03-600-L

CHEYENNE RIVER SIOUX TRIBE, et al.
Plaintiffs,

vs.

THE UNITED STATES OF AMERICA,

Defendant.

Chief Judge Edward J. Damich

**AFFIDAVIT OF AMY K. KOENIG**

State of South Dakota )
) ss.
County of Pennington )

Amy K. Koenig, being duly sworn upon her oath, states as follows:

1. I am an Associate with Gunderson, Palmer, Goodsell & Nelson, L.L.P., counsel for Plaintiffs in the above-entitled action.

2. A true and correct copy of the Moreau River – Oahe Project – South Dakota, Sedimentation Analysis, dated August 2003, is attached hereto as Exhibit 1.

3. A true and correct copy of the Hydraulics Section, Aggradation Study – Moreau River, South Dakota, dated October 16, 2003, is attached hereto as Exhibit 2.

4. A true and correct copy of the Curriculum Vitae of Vernon R. Schaeffer, is attached hereto as Exhibit 3.

5. A true and correct copy of the January 2007 Report of Vernon R. Schaefer, is attached hereto as Exhibit 4.

6. A true and correct copy of Curriculum Vitae of Todd Mortenson, is attached hereto as Exhibit 5.

7. A true and correct copy of excerpts of the Deposition of Todd Mortenson, are attached hereto as Exhibit 6.

8. A true and correct copy of December 4 and 5, 2006, correspondence, are attached hereto as Exhibit 7.

9. A true and correct copy of the Changing Moreau River: Sedimentation and Flooding Impacts on Area Ranches, is attached hereto as Exhibit 8.

Dated this 6th day of February, 2008.

Amy K. Koenig
Amy K. Koenig

Subscribed and sworn to, before me, the undersigned officer, this 6th day of February, 2008.

Kristy Kamela
Notary Public, South Dakota

(SEAL)

My Commission Expires: My Commission Expires November 16, 2010