Moreau River – Oahe Project – South Dakota

Sedimentation Analysis

August 2003




US002970

EXHIBIT

tabbies

1

Moreau River – Oahe Project – South Dakota
Sedimentation Analysis

Study Purpose

To investigate sedimentation trends in the vicinity of the Oahe Project boundary on the Moreau River in South Dakota (see location map page 2).

Study Objective and Background Information

Survey 6 sediment rangelines and compare with historic data dating back to 1962. Also, investigate stage trends for the gage on the Moreau River at Whitehorse, South Dakota.

Many landowners living on the Moreau River from just upstream of the Oahe Project boundary to just upstream of Whitehorse (about 17 valley miles and 27 river miles upstream of the property line) have filed a suit against the government. The landowners contend that the operation of Oahe Reservoir has caused sediment to deposit in the channel adjacent to their property and on their property. They contend that this deposition has caused more frequent flooding, loss of hay fields, lowered the quality of winter calving grounds and brought on the proliferation of brush, shrubs and junk grass.

Corps personnel surveyed 6 sediment rangelines located on the Moreau River. One rangeline is located downstream of the Oahe Project boundary (about 2.3 river miles) the other 5 are located between 0.5 and 19.2 river miles upstream of the Oahe Project boundary line. Surveys were conducted from July 22 through July 24 and about 5 hours were spent in a tour with 2 property owners.

Sediment Rangeline Comparisons

The flood plain at sediment rangeline M-37.7 (Figure 1), located about 2.3 river miles downstream of the Corps property boundary, shows between 1 and 2.8 feet of deposition since the last survey in 1989. The deposition in the floodplain since the original survey (1962) is between 2.5 and 9.2 feet. The lower floodplain extends from the top of the left bank landward approximately 2,400 feet, the right bank is up against the bluff. The thalweg of the channel has stayed about the same elevation since 1976, but is about 13 feet higher than in 1962. The channel has continued to narrow over the years and the channel cross sectional area in 2003 of about 1,498 square feet is less than half of that in 1962 (3274 square feet).

The lower floodplain at sediment rangeline M-41.4 (Figure 2) extends about 300 feet landward from the left high bank and about 1500 feet landward from the right high bank. The shape of the channel has changed over time. Presently both high banks are at about the same elevation and most of the deposition has occurred near the banks. The left high bank has had about 3.4 feet of deposition since 1962 and the deposition lessens to about 1 foot near the edge of the floodplain. Slightly over 10 feet of deposition has occurred at




Approximate Corps Boundary ..........

the right high bank and reduces to about 2 feet neat the edge of the floodplain. The thalweg is about 5 feet higher in elevation and the cross sectional area of the channel has been reduced by more than a half from 3685 to 1568.

Range M-44.1 (Figure 3) is 634 feet wide. The range shows about 1 foot of deposition at the left high bank and for about 200 feet landward, then feathering to near 0 feet at the back monument 412 feet from the high bank. The right high bank, at a lower elevation than the left high bank, had about 4.5 feet of deposition at the high bank and about 2.6 feet 63 feet landward. The thalweg, which showed only minor adjustments during the previous surveys, was about 3 feet higher in 2003. The cross sectional area of the channel shows little change over time, however,

The plot of Range M-47.8 (Figure 4) reveals about 0.7 feet of deposition since 1962 near the left bank and about 2 feet at the monument about 160 feet landward. From the right high bank to the monument, about 80 feet, the plot shows about 1 foot of deposition. The

channel appears to have narrowed slightly and the thalweg is slightly less than 2 feet higher than original surveys in 1962.

Ranges M-52.7 and M-59.2 (Figures 5 and 6, respectively) shows only minor changes in the shape of the channel, both show less than a foot of deposition on the lower right bank and none on the left banks. Range M-52.7 has kept its shape but the channel is moving to the northwest.

Channel Cross sectional Area Changes

Two geometric measurements stand out when comparing cross sectional areas (see table below) of the 6 channel sections at 4 times during a 41 year period; 1) in 1962 the 2 most downstream sections (M-37.7 and M-41.4) had the greatest cross sectional areas, by 1976 they had the smallest; 2) all the channel sections showed a decrease in cross sectional area from 1962 to 2003.

| MOREAU RIVER – CROSS SECTIONAL AREA AT SEDIMENT RANGELINES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RANGE | YEAR | | | | | | | |
| | 1962 | | 1976 | | 1989 | | 2003 | |
| | Capacity ($ft^2$) | Elevation (msl) | Capacity ($ft^2$) | Elevation (msl) | Capacity ($ft^2$) | Elevation (msl) | Capacity ($ft^2$) | Elevation (msl) |
| M-37.7 | 3274 | 1614 | 1312 | 1615 | 1214 | 1617 | 1498 | 1620 |
| M-41.4 | 3685 | 1622 | 1535 | 1622 | 1401 | 1623 | 1286 | 1625 |
| M-44.1 | 2112 | 1630 | 2078 | 1631 | 2272 | 1633 | 1753 | 1633 |
| M-47.8 | 2574 | 1642 | 2380 | 1642 | 2296 | 1642 | 1886 | 1642 |
| M-52.7 | 2666 | 1654 | 3002 | 1654 | 2826 | 1654 | 2013 | 1654 |
| M-59.2 | 2895 | 1670 | 2568 | 1670 | 2659 | 1670 | 2408 | 1670 |

Gage Data

The gage named 'Moreau River near Whitehorse, SD', is located 30 feet downstream of a bridge, 2.4 miles southeast of Whitehorse and about 23 river miles upstream of the Oahe property boundary.

Stage trend plots may move up and down depending on a climatic period. The plot below shows some minor movement of the stage for discharges of 500 cfs and 1,000 cfs from the late 1970's through 1997. After the record peak discharge in 1997 the stage rose slightly more than a foot for the 500 cfs discharge and slightly less than a foot for the 1,000cfs.




The annual mean stream flow for 1997 was 1,392 cuft/s. This flow was more than double any other year during the period of record (1955-2002) except for 1978 which was 709 cuft/s. Also, 1996 had the 4th highest annual mean stream flow of 650 cuft/s and 1995 was the 8th highest with 498cuft/s.

Conclusions

The surveyed cross section data reveals that changes to the Moreau River channel have taken place in the vicinity of the Oahe Project boundary. Major assumptions that can be made are:

- Sediment deposition, that can be related to the operation of the main stem system of dams, is definitely impacting the channel and the lower floodplain up to sediment rangeline M-44.1.
- Sediment rangeline M-47.8 shows some channel narrowing and some floodplain deposition that can probably be explained by the operations of the main stem system and some of the overbank deposition that was probably caused by the 1997 flood.
- Sediment rangelines M-52.7 and M-59.2 show only minor amounts of channel narrowing and floodplain deposition.
- The Moreau River gage near Whitehorse remained fairly steady from the late 1970's through 1997. After the 1997 flood the stage for a 500 and 1,000 cfs increased about a foot. It has remained steady since 1999. Since the stage did not show a gradual increase over time this increase in stage is probably due more to the 1997 flood than by the operations of the main stem system.

Recommendations

Since some of the subject area has definitely been impacted by the operations of the main stem system and other areas are not likely to have been impacted by the main stem system, it is recommended that an hydraulic analysis with ice effected flows be conducted. This analysis should delineated the areas impacted by the operation of the Oahe Project from those impacted by the 1997 flood event.

FIGURE 1 - Moreau River Sediment Range M-37.7






US002976

FIGURE 2 - Moreau River Sediment Range M-41.4



FIGURE 3 - Moreau River Sediment Range M-44.1






US002978

FIGURE 4 - Moreau River Sediment Range M-47.8



FIGURE 5 - Moreau River Sediment Range M-52.7






US002980

FIGURE 6 - Moreau River Sediment Range M-59.2

