U.S. Department of Justice

Environment and Natural Resources Division

DJ No. 90-1-23-10920

*Julia K. Evans*
*General Litigation Section*
*P.O. Box 663*
*Washington, DC 20044-0663*

*Direct Dial (202) 514-4485*
*Facsimile (202) 305-0267*
*E-mail julia.evans@usdoj.gov*

November 13, 2003

RECEIVED BY [initials] DATE 11/21/03

Tracey Fischer, Esquire
Attorney at Law
13366 Tilford Road
Piedmont, SD 57769

***Re: Cheyenne River Sioux Tribe, et al. v. United States***

Dear Tracey:

Enclosed is a copy of the Hydraulic Analysis & Aggradation Study of the Moreau River performed by Jeff McClenathan, P.E. of the Omaha District's Hydrologic Engineering Branch.

If you have any questions, please give me a call at your convenience.

Very truly yours,

[signature]

Julia K. Evans

c.c. Thomas J. Ingram, Esq.

EXHIBIT 2

# HYDRAULICS SECTION
# AGGRADATION STUDY - MOREAU RIVER, SOUTH DAKOTA
# 16 OCTOBER 2003

The following is a report of work performed on the Moreau River in north-central South Dakota. This analysis was conducted as part of a problem identification phase for the pending lawsuit from landowners upstream of Oahe Dam and Reservoir along the Moreau River from near Whitehorse to Promise, South Dakota on the Cheyenne River Indian Reservation. This suit claims that the aggradation of sediment on the Moreau River floodplain has introduced land use complications for landowners along the river as well as a general unsafe environment due to increased flooding hazards. These risks are claimed to be a result of Oahe Reservoir operations by the U.S. Army Corps of Engineers.

## AVAILABLE DATA

Information available to complete modeling of the river included 7.5 minute U.S.G.S. topographic quad-mapping from years 1947 and 1959. Historical survey data of sediment rangelines obtained in years following these maps (1962, 1976, 1989, and 2003) was only partially applicable for several reasons. First, it did not fully cover the region under investigation to generate a continuous comparison between pre-dam and existing post-dam conditions. Also, there was no similar survey completed in the study region prior to completion of the dam. As a result, survey data was combined with other mapping to generate approximate models.

Flow data for the 10, 50, 100, and 500-year return period flood events was also made available by the 2002 FIS study previously completed. Records from U.S.G.S. indicate a flood event in March 1997 reaching a peak flow of 29,700 cfs. This event was the largest on record, and could possibly be a source of some of the changes visible today. Flooding at that time developed as a result of high runoff flows as well as ice jam conditions. Unfortunately, detailed ice jam information was not recorded from this event, so a detailed ice analysis was not possible. To compensate for this, a floating ice cover was modeled throughout the river segment under review.

In July, a site visit was made to become familiar with the study area. Several of the historically monitored rangelines were surveyed to determine recent depths of sedimentation in a portion of the study area. Results of this analysis can be viewed in the report made by Sedimentation and Channel Stability Section. At the time of that visit, observations were also recorded and photographs taken of bridge structures and other points of interest throughout the reach to aid the modeling process.

## OPEN WATER MODEL SETUP

Modeling for this study was conducted with HEC-RAS (version 3.1.1). Separate geometries were created for the Moreau River reach from near Whitehorse to the bridge at Promise for both the pre-dam and post-dam states utilizing a combination of 1947 and 1959 topographic maps along with

the new survey records. Information was pulled from 10 ft. contours from these quad maps and combined with the Federal Emergency Management Agency (FEMA) approximate Flood Insurance Study (FIS) of 2002, also completed using the same 1959 maps. This FIS model covered all cross sections upstream from and including section 139770. See Plate 1 – Cross Section Location Map. Downstream of this section newly surveyed rangeline elevations were added, from river station 112570 to the bridge at Promise. It should be noted 1947 data was not available in the upper portion of the study. As a result, the 1959 map data was substituted into these sections to complete the model. Note from Plate 1, the numerical values (112570) are the convention used for RAS modeling, while in parentheses (M-59.2) is the naming convention used in historical sedimentation records kept at the Corps of Engineers Omaha District Sedimentation Section.

Typical n-values were determined during the site visit and were entered throughout the project at 0.08 for overbanks and 0.04 for the channel. Contraction and expansion coefficients were valued at 0.1 and 0.3 respectively, except at the bridge restriction where they were raised to 0.3 and 0.5. River slope was taken as accurately as possible at S=0.0005 from quad maps. This is the same value as the 2002 FIS model. Downstream pool elevations of 1608 and 1620 ft. were used as the boundary conditions in post-dam analysis, representative of mid and high-level reservoir operations at Oahe.

These pre-dam and post-dam geometries were then modeled with a variety of different flow profiles including the 10, 50, 100, and 500-year flood events with values of 19,000, 34,300, 41,400, and 58,500 cfs respectively. This in turn established a general trend in water surfaces for flood flows through multiple severities of flooding events. The water surface results of these open water modeling trials can be viewed in Table 1. In the table, cross sections are labeled with both the RAS and sediment study conventions. Cross sections start at the bridge near Promise, SD at '0' and are listed upstream until the water surface profiles of pre-dam and post-dam conditions coincide, as the post-dam models no longer indicate increased stages over the normal depth pre-dam run. It should be noted that reading contours from quad-mapping allowed only for 10 ft. intervals to be entered. Therefore, these models should be utilized primarily to note trends in the results, not exact quantities at points of interest. Given more accurate mapping, more cross section detail could be entered, generating a more exact hydraulic analysis.

## ICE COVER MODEL SETUP

The open water condition was edited to provide an ice cover throughout the Moreau River reach under review. In doing so, ground elevations were kept constant, allowing ice effects alone to act as the basis for change in comparison. The ice thickness used for the model was calculated using USACE EM 1110-2-1612 for Ice Modeling. This process generated an approximate 18" ice cover. This value was then verified again using the accumulated freezing degree days (afdd) ice coverage website operated by the St. Paul District, USACE. (www.mvp-wc.usace.army.mil/ice/afdd) Results of the ice modeling can be viewed in Table 2.

## MODEL ASSUMPTIONS

- Elevation data was taken from quad maps with 10 ft. contours.
- Upstream of cross section 139770, 1959 quad maps were used in pre-dam and post-dam models because 1947 mapping unavailable – at this point contours primarily coincided, so effects should be minimal.
- Channel at bridge modified according site visit observations.
- Model should be considered approximate, with emphasis on stage trends along reach.
- Cross section spacing should be shortened to enhance accuracy if better mapping comes available throughout reach.
- Floating ice cover used representative of unknown ice jam conditions.

## ANALYSIS AND SUMMARY

Analysis of both models indicated that there is a high likelihood that flood levels are impacted under high pool conditions in Lake Oahe up to river station 78150 (M-52.7). Landowners below this section would appear to be increasingly affected by floods, particularly at high reservoir pool levels. The decreased bed slope and reduced flow capacity of the lower sections of the Moreau River appear to be at least partially responsible for increasing flood stages in that area.

However, at locations from river station 112570 (M-59.2) up to and beyond Whitehorse, as shaded in water surface tables, the impacts appear to decrease rapidly. Any extreme changes to the landscape and flooding risks in these upper sections would be expected to be more the result of the severe flooding event of 1997 or other extreme events in recent years. The approximate modeling that has been conducted indicates effects of the Lake Oahe pool levels should not impact upstream beyond that location at this time.

**Table 1. Water Surface Elevation Comparison Table (ft)**
**Open Water Condition**

| Stationing | 10-year | | | 50-year | | | 100-year | | | 500-year | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Norm Dep | WS 1608 | WS 1620 | Norm Dep | WS 1608 | WS 1620 | Norm Dep | WS 1608 | WS 1620 | Norm Dep | WS 1608 | WS 1620 |
| 0 (Bridge XS 4) | | | | | | | | | | | | |
| Pre-dam | 1609.1 | | | 1614.2 | | | 1615.7 | | | 1618.3 | | |
| Post-dam | | 1618.5 | 1620.0 | | 1620.2 | 1620.2 | | 1620.6 | 1620.6 | | 1621.1 | 1621.1 |
| 4790 (M-37.7) | | | | | | | | | | | | |
| Pre-dam | 1612.0 | | | 1617.0 | | | 1618.5 | | | 1621.3 | | |
| Post-dam | | 1623.5 | 1623.5 | | 1627.7 | 1627.7 | | 1628.2 | 1628.2 | | 1629.1 | 1629.1 |
| 24900 (M-41.4) | | | | | | | | | | | | |
| Pre-dam | 1623.0 | | | 1626.7 | | | 1627.7 | | | 1629.7 | | |
| Post-dam | | 1630.8 | 1630.8 | | 1633.5 | 1633.5 | | 1634.7 | 1634.7 | | 1637.3 | 1637.3 |
| 39240 (M-44.1) | | | | | | | | | | | | |
| Pre-dam | 1627.2 | | | 1631.7 | | | 1633.2 | | | 1635.9 | | |
| Post-dam | | 1637.7 | 1637.7 | | 1640.9 | 1640.9 | | 1641.9 | 1641.9 | | 1644.3 | 1644.3 |
| 58500 (M-47.8) | | | | | | | | | | | | |
| Pre-dam | 1637.6 | | | 1643.7 | | | 1645.5 | | | 1648.5 | | |
| Post-dam | | 1647.9 | 1647.9 | | 1650.6 | 1650.6 | | 1651.4 | 1651.4 | | 1653.0 | 1653.0 |
| 78150 (M-52.7) | | | | | | | | | | | | |
| Pre-dam | 1654.0 | | | 1658.1 | | | 1659.3 | | | 1661.3 | | |
| Post-dam | | 1656.4 | 1656.4 | | 1659.5 | 1659.5 | | 1660.5 | 1660.5 | | 1662.5 | 1662.5 |
| 112570 (M-59.2) | | | | | | | | | | | | |
| Pre-dam | 1670.8 | | | 1673.2 | | | 1674.2 | | | 1676.2 | | |
| Post-dam | | 1675.3 | 1675.3 | | 1678.8 | 1678.8 | | 1679.8 | 1679.8 | | 1681.5 | 1681.5 |
| 139770 (FIS 0) | | | | | | | | | | | | |
| Pre-dam | 1684.0 | | | 1685.0 | | | 1685.7 | | | 1687.3 | | |
| Post-dam | | 1684.0 | 1684.0 | | 1686.7 | 1686.7 | | 1687.7 | 1687.7 | | 1689.5 | 1689.5 |
| 145961 | | | | | | | | | | | | |
| Pre-dam | 1686.4 | | | 1688.7 | | | 1689.4 | | | 1690.7 | | |
| Post-dam | | 1686.0 | 1686.0 | | 1688.0 | 1688.0 | | 1688.6 | 1688.6 | | 1689.1 | 1689.1 |
| 162053 | | | | | | | | | | | | |
| Pre-dam | 1701.0 | | | 1704.6 | | | 1705.8 | | | 1708.1 | | |
| Post-dam | | 1701.0 | 1701.0 | | 1704.6 | 1704.6 | | 1705.8 | 1705.8 | | 1708.4 | 1708.4 |
| 166519 | | | | | | | | | | | | |
| Pre-dam | 1702.5 | | | 1705.9 | | | 1707.0 | | | 1709.3 | | |
| Post-dam | | 1702.5 | 1702.5 | | 1705.9 | 1705.9 | | 1707.0 | 1707.0 | | 1709.5 | 1709.5 |

Given model accuracy, shaded sections represent transition to negligible post-dam effects

**Table 2. Water Surface Elevation Comparison Table (ft)**
**Ice Cover Condition**

| Stationing | 10-year | | | 50-year | | | 100-year | | | 500-year | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Norm Dep | WS 1608 | WS 1620 | Norm Dep | WS 1608 | WS 1620 | Norm Dep | WS 1608 | WS 1620 | Norm Dep | WS 1608 | WS 1620 |
| 0 (Bridge XS 4) | | | | | | | | | | | | |
| Pre-dam | 1613.4 | | | 1618.0 | | | 1619.3 | | | 1621.8 | | |
| Post-dam | | 1619.8 | 1620.0 | | 1621.6 | 1621.4 | | 1621.9 | 1621.9 | | 1622.4 | 1622.4 |
| 4790 (M-37.7) | | | | | | | | | | | | |
| Pre-dam | 1616.2 | | | 1620.5 | | | 1621.9 | | | 1624.6 | | |
| Post-dam | | 1625.5 | 1625.5 | | 1628.5 | 1628.5 | | 1629.0 | 1629.0 | | 1630.3 | 1630.3 |
| 24900 (M-41.4) | | | | | | | | | | | | |
| Pre-dam | 1626.2 | | | 1629.6 | | | 1630.7 | | | 1632.6 | | |
| Post-dam | | 1633.4 | 1633.4 | | 1636.7 | 1636.7 | | 1638.1 | 1638.1 | | 1640.6 | 1640.6 |
| 39240 (M-44.1) | | | | | | | | | | | | |
| Pre-dam | 1630.8 | | | 1635.4 | | | 1636.8 | | | 1639.4 | | |
| Post-dam | | 1640.5 | 1640.5 | | 1643.6 | 1643.6 | | 1645.0 | 1644.9 | | 1647.3 | 1647.3 |
| 58500 (M-47.8) | | | | | | | | | | | | |
| Pre-dam | 1642.1 | | | 1647.8 | | | 1649.4 | | | 1652.1 | | |
| Post-dam | | 1650.5 | 1650.5 | | 1652.9 | 1652.9 | | 1653.8 | 1653.8 | | 1655.7 | 1655.7 |
| 78150 (M-52.7) | | | | | | | | | | | | |
| Pre-dam | 1657.5 | | | 1661.2 | | | 1662.3 | | | 1664.3 | | |
| Post-dam | | 1659.3 | 1659.3 | | 1662.3 | 1662.3 | | 1663.3 | 1663.3 | | 1665.4 | 1665.4 |
| 112570 (M-59.2) | | | | | | | | | | | | |
| Pre-dam | 1673.2 | | | 1676.0 | | | 1677.0 | | | 1679.3 | | |
| Post-dam | | 1678.1 | 1678.4 | | 1681.5 | 1681.5 | | 1682.3 | 1682.3 | | 1684.1 | 1684.1 |
| 139770 (FIS 0) | | | | | | | | | | | | |
| Pre-dam | 1685.2 | | | 1687.3 | | | 1688.2 | | | 1690.0 | | |
| Post-dam | | 1686.5 | 1686.5 | | 1689.3 | 1689.3 | | 1690.3 | 1690.3 | | 1692.3 | 1692.3 |
| 145961 | | | | | | | | | | | | |
| Pre-dam | 1689.2 | | | 1691.9 | | | 1692.8 | | | 1694.7 | | |
| Post-dam | | [illegible] | [illegible] | | [illegible] | [illegible] | | [illegible] | [illegible] | | [illegible] | [illegible] |
| 162053 | | | | | | | | | | | | |
| Pre-dam | 1704.1 | | | 1707.4 | | | 1708.2 | | | 1709.7 | | |
| Post-dam | | 1704.1 | 1704.1 | | 1707.5 | 1707.5 | | 1708.5 | 1708.5 | | 1709.7 | 1709.7 |
| 166519 | | | | | | | | | | | | |
| Pre-dam | 1705.3 | | | 1708.6 | | | 1709.5 | | | 1711.3 | | |
| Post-dam | | 1705.3 | 1705.3 | | 1708.6 | 1708.6 | | 1709.7 | 1709.7 | | 1711.3 | 1711.3 |

■ Given model accuracy, shaded sections represent transition to negligible post-dam effects

# Moreau River, South Dakota
# Cross Section Location Map




PLATE 1
U.S. ARMY CORPS OF ENGINEERS, OMAHA DISTRICT