**Biographical Sketch**

**Vernon Ray Schaefer**

**Education:** B.S.C.E., South Dakota State University, 1978.
M.S.C.E., Iowa State University, 1981.
Ph.D., Virginia Polytechnic Institute and State University, 1987.

**Professional Registration:** Professional Engineer, South Dakota No. 4737, July 14, 1989.

**Professional Experience:**

A. Teaching and Research

1. James M. Hoover Chair of Geotechnical Engineering, Iowa State University, Ames, Iowa, October 2004 to present.
2. Professor, Department of Civil and Construction Engineering, Iowa State University, Ames, Iowa, January 2003 to present
3. Head, Civil and Environmental Engineering Department, South Dakota State University, Brookings, SD, July 2000 to December 2002.
4. Acting Head, Civil and Environmental Engineering Department, South Dakota State University, Brookings, SD, July 1999 to June 2000.
5. Professor of Civil and Environmental Engineering, South Dakota State University, Brookings, SD, July 1996 to December 2002
6. Director, Northern Great Plains Water Resources Research Center, South Dakota State University, Brookings, SD, August 1994 to December 2002.
7. Associate Professor of Civil Engineering, South Dakota State University, Brookings, SD, July 1991 to June 1996.
8. Acting Director, Northern Great Plains Water Resources Research Center, South Dakota State University, Brookings, SD, July 1990 to July 1994.
9. Assistant Professor of Civil Engineering, South Dakota State University, Brookings, SD, August 1988 to June 1991.
10. Assistant Professor of Civil Engineering, University of New Mexico, Albuquerque, NM, December 1986 to July 1988.
11. Teaching and Research Assistant, Civil Engineering, Virginia Polytechnic Institute and State University, Blacksburg, VA, September 1983 to December 1986.
12. Research Assistant, Civil Engineering, Iowa State University, Ames, IA, January 1979 to November 1980.

B. Staff Engineer

1. Geotechnical Engineer, Hoskins-Western-Sonderegger, Inc., Lincoln, NE, December 1980 to August 1983.
2. Hydrologist (Faculty Appointment), U.S. Geological Survey, South Dakota District, Huron, SD, October 1991 to October 1995 and September 1996 to 2003.



EXHIBIT
tabbies
3

3. Principal and Owner, Total Engineering Services and Testing, Inc., July 1993 to present.

**Honors:**

Chi Epsilon, Civil Engineering Honorary

Tau Beta Pi, Engineering Honorary

Phi Kappa Phi, University Honorary

Outstanding Young Civil Engineer for 1991, ASCE–South Dakota Eastern Branch

Researcher of the Year, 1998, College of Engineering, South Dakota State University

**Professional and Technical Memberships:**

Member, American Society of Civil Engineers;
- Member, Numerical Methods Committee, 1982-1984.
- Member, Soil Improvement Committee, 1989-present.
  - Chair of committee, 2002 to present
- Member, Standards Committee on Artificial Recharge, 1990-1996.
- Secretary-Treasurer, South Dakota Section of ASCE, 1994 to 1999.

Member, International Society for Soil Mechanics and Foundation Engineering.
Member, American Society for Engineering Education.
Member, National Society of Professional Engineers.
Member, South Dakota Engineering Society
Member, Association of Ground Water Scientists and Engineers
Member, Sigma Xi

**Publications:**

1. "STABGM: A Computer Program for Slope Stability Analysis of Reinforced Embankments and Slopes," (with J. M. Duncan and B. K. Low), VPI/CE-GT-85-09, Department of Civil Engineering, Virginia Polytechnic Institute and State University, September,1985.
2. "Evaluation of the Behavior of Mohicanville Dike No. 2," (with J. M. Duncan), A Report of Research Conducted for the Huntington District of the U. S. Army Corps of Engineers, Department of Civil Engineering, Virginia Polytechnic Institute and State University, November, 1986.
3. "Design and Performance of a Reinforced Embankment for Mohicanville Dike No. 2 in Ohio," (with J. M. Duncan, L. W. Franks, and S. A. Collins), *Transportation Research Record 1153 Reinforced Layered Systems*, Transportation Research Board, National Research Council, Washington, D.D.,1987.
4. "Analysis of Reinforced Embankments and Foundations Overlying Soft Soils," (with J. M. Duncan), A Report of Research conducted for the Tensar Corporation, Atlanta, Georgia, Department of Civil Engineering, Virginia Polytechnic Institute and State University, June, 1987.
5. "Finite element analyses of the St. Alban test embankments," (with J. M. Duncan), *Geosynthetics for Soil Improvement,* Geotechnical Special Publication No. 18, American Society of Civil Engineers, New York, pp. 158-177, May, 1988.

6. "Use of reinforcement at Mohicanville Dike No. 2," (with L. W. Franks, J. M. Duncan, S. A. Collins, J. Fowler, J. F. Peters), *Proceedings of the Second International Conference on Case Histories in Geotechnical Engineering,* St. Louis, MO, Paper No. 5.17, June, 1988.
7. "Finite element consolidation analysis of embankments," (with J. M. Duncan), *Computers and Geotechnics,* Vol. 6, pp. 77-93, 1988.
8. "Neutralization and Chemical Reduction for Immobilizing Inorganic Contaminants in Uranium Mill Tailings, Gunnison, Colorado," (with B. M. Thomson), A Report of Research conducted for Jacobs Engineering, Albuquerque, N. M., Department of Civil Engineering, University of New Mexico, November, 1988.
9. "Investigation of soil-reinforcement behavior by pull-out tests," (with A. J. de la Rocha), A Report of Research Conducted for the New Mexico State Highway and Transportation Department, Contract No. C01001-Reinforced Soil Testing, Department of Civil Engineering, The University of New Mexico, Albuquerque, November, 1989.
10. "A Pavement Rehabilitation Expert System (PARES) for Preliminary Design," (with T. J. Ross, S. Verzi, T. S. Shuler, R. G. McKeen), A Report of Research Conducted for the New Mexico State Highway and Transportation Department, HPR Project No. 88-03, An Expert System for Preliminary Flexible Pavement Rehabilitation Designs, Department of Civil Engineering, The University of New Mexico, Albuquerque, July, 1990.
11. "Plans for the Artificial Recharge of a Glacial Aquifer in Eastern South Dakota," (with P. J. Emmons and D. E. DeBoer), *35th Annual Midwest Ground Water Conference*, Lincoln, Nebraska, October 1990. (Abstract).
12. "PARES: An Expert System for Preliminary Flexible Pavement Rehabilitation Design," (with T. J. Ross, S. Verzi, T. S. Shuler, R. G. McKeen), *Transportation Research Record 1374*, Transportation Research Board, Washington, D.C.
13. "Recharge of a Glacial Aquifer in South Dakota: Numerical Modeling," (with L. D. Putnam and P. J. Emmons), *36th Annual Midwest Ground Water Conference*, Indianapolis, Indiana, October 1991. (Abstract).
14. "Effect of Wet–Dry and Freeze–Thaw Cycles on the Hydraulic Conductivity of Glacial Till Soils Used in Liner Systems," (with K. A. Redlin and S. Dulipeta Rama), *37th Annual Midwest Ground Water Conference*, Sioux Falls, South Dakota, October 1992. (Abstract).
15. "Study of Void Development Under Bridge Approach Slabs," (with J. C. Koch), A Report of Research Conducted for the South Dakota Department of Transportation, HPR Project 90-03, Bridge End Backfill Study, Department of Civil Engineering, South Dakota State University, Brookings, November 1992.
16. "Injectate/Ground Water Chemical and Geochemical Interactions at the Huron Artificial Recharge Project," (with D.E. DeBoer and D.V. Peters), *Sixth Biennial Symposium on Artificial Recharge of Groundwater*, University of Arizona, May 19-21, 1993.
17. "Parameter Estimation and Calibration of a Ground Water Flow Model for Predicting Recharge to a Glacial Aquifer," (with L. D. Putnam and D.E. DeBoer), *Ground Water Modeling Conference*, International Ground Water Modeling Center, Colorado School of Mines, Golden, Colorado, June 9-12, 1993, pp. 1-137-146.
18. "Adequacy of Ground Water Monitoring Requirements for Facilities Constructed in Clayey Till," (with R. K. Davis and D.L. Iles), *Geological Society of America Annual Meeting*, GSA Abstracts with Programs, Vol. 25, No. 6, Sept., 1993. (Abstract)
19. "Huron Project of the High Plains State Groundwater Demonstration Program," (with D. E. DeBoer and P. J. Emmons), *ASCE International Symposium on Artificial Recharge of Ground Water*, Orlando, Florida, July 17-22, 1994, pp. 91-100.

20 "Equilibrium Modeling of Chemical and Geochemical Interactions at the Huron Artificial Recharge Project," (with D. E. DeBoer and D. V. Peters), *ASCE International Symposium on Artificial Recharge of Ground Water*, Orlando, Florida, July 17-22, 1994, pp. 101-108.

21. "Modeling Injectate Transport at an Artificial Recharge Site," (with M. S. Kennedy and G. V. Reddy), *ASCE International Symposium on Artificial Recharge of Ground Water*, Orlando, Florida, July 17-22, 1994, pp. 109-118.

22. "Effectiveness of Clay Liners in Feedlot Runoff Storage Systems and Evaluation of Groundwater Quality Near Feedlots in Shallow Aquifer Areas." (with D. E. DeBoer, D. R. German, and D. L. Bjorneberg, ), A Report of Research Conducted for the Groundwater Research and Public Education Program, South Dakota Department of Environment and Natural Resources. Northern Great Plains Water Resources Research Center, South Dakota State University, Brookings, SD, December, 1994.

23. "A Digital Model of the Big Sioux Aquifer for Analysis and Prediction of Artificial Recharge." (with R. C. Thompson), A Report of Research Conducted for the City of Sioux Falls, South Dakota. Northern Great Plains Water Resources Research Center, South Dakota State University, Brookings, SD, February, 1995.

24. "Simulation of Artificial Recharge of a Glacial Aquifer in South Dakota," (with R. C. Thompson), *Advances in the Development and Use of Models in Water Resources*, Proceedings of the 31st Annual American Water Resources Association Conference, Houston, Texas, November 5-10, 1995, pp. 181-187.

25. "Artificial Recharge of a Buried Glacial Aquifer in South Dakota," (with D. E. DeBoer), paper submitted to American Society of Civil Engineers for the *North American Water and Environment Congress '96*, Anaheim, California, June 22 to 28, 1996.

26. "Hydrogeology and Hydrochemistry of Clayey Till at the Sioux Falls Landfill, Sioux Falls, South Dakota," (with R. K. Davis, D. L. Iles, J. M. Kortan, B. Koch, E. W. Peterson), *Open-File Report 9-BAS*, South Dakota Geological Survey, Vermillion, South Dakota, 186 pp., 1997.

27. "Use of Simulated Annealing for the Optimal Design of phytoremediation Systems," (with J. C. Tracy), *Geological Society of America Annual Meeting*, GSA Abstracts with Programs, November, 1996. (Abstract)

28. "Investigation of Settlement of a Multiplate Long-Span Metal Culvert," (with S. Bang and V. L. Bump), *45th Annual Geotechnical Engineering Conference*, University of Minnesota, 21 February 1997.

29. *Ground Improvement, Ground Reinforcement, Ground Treatment: Developments 1987-1997*. Editor. Geotechnical Special Publication No. 69, American Society of Civil Engineers, New York, NY, 619 pp.

30. "Use of Fabric Reinforced Soil Walls for Integral Bridge End Treatment," (with Soupir, S.P. and Reid, R.A.) *Proceedings, Sixth International Conference on Geosynthetics,* Atlanta, Georgia, pp. 573-576, 1998.

31. "Mitigation of Void Development Under Bridge Approach Slabs Using Rubber Tire Chips," (with Reid, R.A. and Soupir, S.P.). *Recycled Materials in Geotechnical Applications, Geotechnical Special Publication No. 79,* American Society of Civil Engineers, pp. 37-50., 1998

32. "Remote Sensing Assessment Usage in Long-Term Monitoring of Phytoremediation Field Sites." (with Burckhard, S. R.), *Subsurface Remediation: Improving Long-Term Monitoring & Remedial Systems Performance*, St. Louis, MO, June 8 to 11, 1999.

33. "Use of Fabric Reinforced Soil Wall for Integral Abutment Bridge End Treatment." (with Reid, R.A. and Soupir, S.P.), Report No. SD96-02-F, South Dakota Transportation Department, Pierre, SD, 121 pp., 1999.
34. "Vegetated Treatment of Vehicle Wash Sediments: Development of a Decision Support Tree." (with Burckhard, S. R., Thompson, K., Kulakow, P. Leven, B. and Schwab, A. P.) *Hazardous Waste Research Conference*, May 23-25, 2000, Denver, Colorado.
35. "Vegetated Treatment of Vehicle Wash Sediments: Design of a Multimedia Aid Decision Support System." (with Burckhard, S. R., Thompson, K., Kulakow, P. Leven, B. and Schwab, A. P.) *Hazardous Waste Research Conference*, May 23-25, 2000, Denver, Colorado.
36. "A Study of Soil Water-Holding Properties as Affected by TPH Contamination." (with Burckhard, S. R., Pirkl, D., K., Kulakow, P. and Leven, B.) *Hazardous Waste Research Conference*, May 23-25, 2000, Denver, Colorado.
37. "Flooding on the Coteau des Prairies, Northeastern South Dakota." (with Emmons, P. J. ). *Proceedings of the 45th Annual Midwest Ground Water Conference*, October 17-19, 2000. Columbus, Ohio. (Abstract).
38. "Analysis of Ground Water and Surface Water Interaction in a Prairie Pothole, Brookings County South Dakota." (with Sumption, A., Emmons, P. J. and Rice, J. R.). *Proceedings of the 45th Annual Midwest Ground Water Conference*, October 17-19, Columbus, Ohio. (Abstract).
39. "Soil Improvement Techniques for Soft Soils." *49th Annual Geotechnical Engineering Conference*, University of Minnesota, 15-16 February 2001.
40. "Assessment and Delineation of Landslides Using Airborne Laser Swath Mapping." (with Burckhard, S.R., Bloomquist, D. and Shrestha, R.L.), *Workshop on Land Surface Mapping and Characterization Using Laser Altimetry,* Annapolis, MD, October 22 to 24, 2001. (Abstract).
41. "Landslide Failure Mechanisms in Pierre Shale, South Dakota, U.S.A." (with R. A. Lohnes), *Landslides: Causes, Impacts and Countermeasures*, Edited by M. Kühne, H.H. Einstein, E. Krauter, H. Klapperich, and R. Pöttler, June 17-21, 2001, Davos, Switzerland, Verlag, Glückauf GmbH, Essen, Germany, pp. 87-96.
42. "Residual Strength and Back Analysis of Slopes in Pierre Shale." *3rd International Conference on Landslides, Slope Stability & the Safety of Infrastructures*, Edited by J.S.Y. Tan, July 11-12, 2002, Singapore, pp. 407-414.
43. "The Pos Selim Landslide, Malaysia." (with Omar, H., Muniandy, R. and Zakaria, A.) *International Conference on Slope Stability*, 8-10 December, University of Hong Kong, Hong Kong, Vol. II, 2003.
44. "Effect of the Newly Developed Cellulose Oil Palm Fiber in the Fatigue Cracking of Stone Mastic Asphalt," (with Muniandy, R. and Selim, A.), *Transportation Research Board Compendium of Papers CD-ROM*, 83rd Annual Meeting, January 11-15, Washington, D.C., 2004, Paper No. 04-2577.
45. "Landslides in shale-derived glacial till." (with Lohnes, R.A.) *Proceedings, Fifth International Conference on Case Histories in Geotechnical Engineering*, New York, NY, April 13-17, 2004, Paper No. 2.56 on CD-Rom.
46. "An algorithm for cut slope evaluation: Geological Rating and Potential Instability." (with Omar, H., Salsidu, M.S., Daud, M, Zohadie, M.B. and Muniandy, R. *Proceedings 9th International Symposium on Landslides*, Rio de Janeiro, Brazil, Vol. 1, 2004,pp. 281-286.

47. "Implications of moisture suction regime in highway pavement systems." (with Sharma, R. and White, D.J.), *Geotechnical Engineering for Transportation Projects*, Geotechnical Special Publication No. 126, ASCE, Vol. 2, 2004, pp. 2115-2122.

48. "Quality control and performance criteria for ground modification technologies." (with D.J. White) *Geotechnical Engineering for Transportation Projects*, Geotechnical Special Publication No. 126, ASCE, Vol. 2, 2004, pp. 1935-1942.

49. "Real-time compaction monitoring in cohesive soil from machine response." (with White, D. J., Jaselskis, E. J., Cackler, E. T.) *Transportation Research Record: Journal of the Transportation Research Board Number 1936*, 2005, pp. 173-180.

50. "Landslide Mapping with Airborne Laser Swath Mapping (ALSM): Accuracy Assessment." (with Burckhard, S.R. and Boomer, J.A.) *GeoFrontiers 2005, Site Characterization and Modeling,* Geotechnical Special Publication 138, ASCE, Austin, TX, 2005, on CD Rom.

51. "Investigation of portland cement concrete mix consistency and concrete performance using a two-stage mixing process." (with Rupnow, T.D., Wang, K. and Hermanson, B.L.) *Transportation Research Record: Journal of the Transportation Research Board, No. 1979*, 2006, pp. 12-20.

52. "In-situ borehole shear test and rock borehole shear test for slope investigation." (with Yang, H. and White, D.J. ) *Site and Geomaterial Characterization, Geotechnical Special Publication 149*, American Society of Civil Engineers, 2006, pp. 293-298.

**Teaching Experience:**

I have taught the following courses:

Iowa State University
CE 360 Soil Engineering, 3 credits
CE 460 Foundation Engineering, 3 credits
CE 485/486 Civil Engineering Design I & II, 2 & 3 credits
CE 560 Foundations of Soil Mechanics, 3 credits
CE 561 Applied Foundation Engineering, 3 credits
CE 562 Site Evaluations for Civil Engineering Projects, 3 credits
CE 564 Application of Numerical Methods to Geotechnical Design, 3 credits

South Dakota State University
CEE 446 Geotechnical Engineering, 4 credits
CEE 475 Engineering Administration, 3 credits
CEE 464/465 Senior Design I & II, 1 & 2 credits
CEE 490 Seminar, 0 credit
CEE 546/646 Advanced Geotechnical Engineering, 3 credits
CEE 536/636 Foundation Engineering, 3 credits
CEE 739 Advanced Geotechnical Engineering Lab, 3 credits
CEE 793 Ground Water & Seepage, 3 credits
CEE 732 Advanced Foundation Engineering, 3 credits
CEE 793 Hazardous Wastes, 3 credits
CEE 528/628 Solid Waste Engineering & Management, 3 credits
EM 221 Statics, 3 credits
EM 321 Mechanics of Materials, 3 credits

University of New Mexico
CE 360L Soil Mechanics, 3 credits
CE 560 Advanced Soil Mechanics, 3 credits
CE 464 Rock Mechanics, 3 credits
CE 562 Foundation Engineering II, 3 credits

**Consulting Engineering Experience and Reports:**

I have completed numerous consulting engineering reports for state agencies, private consultants, railroads, public utilities, and for attorneys in litigation matters.