# REPORT ON AGGRADATION AND FLOODING ON THE MOREAU RIVER, SOUTH DAKOTA

Prepared by

Vernon R. Schaefer, Ph.D., P.E.
Ames, Iowa

February 2003

Updated January 2007

EXHIBIT
tabbies
4

# Table of Contents

Page

**Problem Statement** ........ **1**
**Flows on the Moreau River** ........ **3**
**Sediment Load Data** ........ **6**
**Sedimentation History** ........ **7**
**Sediment Survey** ........ **11**
Edwina Mowrer Bottom ........ 11
Greg Mowrer Bottom ........ 16
Dick/Mary Jane Anderson and Clarence Lawrence Bottoms ........ 18
Bottoms Up and Down Stream of Whitehorse Bridge ........ 23
Lyle and Kim Anderson Bottoms ........ 24
Frank "Sonny Boy" Traversie Bottoms ........ 26
**Landowner Statements** ........ **27**
**Review of Corps of Engineers Reports** ........ **29**
Corps Report: Moreau – Oahe Project – South Dakota, Sedimentation Analysis, August 2002 ........ 29
Corps Report: Hydraulics Section, Aggradation Study – Moreau River, South Dakota, 16 October 2003 ........ 31
**Discussion** ........ **32**
**Conclusions** ........ **34**
**References** ........ **35**

# Report on Aggradation and Flooding on the Moreau River, South Dakota

## Problem Statement

The Moreau River drainage basin is located in northwestern South Dakota. Intermittent streams in the southwestern corner of Harding County near Gustave form the headwaters of the South Fork of the Moreau River while intermittent streams form the headwaters of the North Fork approximately 10 miles to the northwest. The mainstem of the Moreau River forms in southwestern Perkins County just southeast of Zeona at the confluence of the north and south forks and then flows eastward across the plains of western South Dakota and finally to its juncture with Lake Oahe Reservoir. This reservoir is the impoundment of the Missouri River by Oahe Dam, located six miles upstream of Pierre, SD. The U.S. Army Corps of Engineers (Corps) built the dam in the 1950's and has managed the reservoir since then.

The Moreau River drains a total area of approximately 5,400 square miles above the Oahe Reservoir. The basin is about 180 miles long and is relatively narrow with the basin width varying from 25 to 40 miles. The river has a gradient of approximately 4 feet/mile. It cuts through several counties, beginning in the west with Harding County and continuing east through Butte, Perkins, Meade, Ziebach, and Dewey Counties. Approximately the eastern half of the basin is located in the Cheyenne River Indian Reservation. The basin is characterized by rolling plains that are dissected by distinct stream valleys. The drainage basin includes a diverse geology including Late Cretaceous- and Tertiary-aged shale and sandstone rocks as well as Tertiary- and Quaternary-aged terrace gravels and alluvial deposits.

It is well known that the construction of a dam and reservoir induces changes in the natural regime of a river system. One change is that sediment flowing into the reservoir is trapped and deposited leading to a loss of reservoir capacity over time. A second effect of the reservoir is that it raises the base level of streams tributary to the reservoir. When the base level of a stream is raised, the stream aggrades. As stated in a classic paper on alluvial morphology:

> "The deposition of sediment at the entrance to the pool induces aggradation in the channel upstream. This aggradation may extend many miles upstream after a

long period of time producing significant changes in river geometry, and increasing flood stages." (Simons 1979).

During construction of Oahe Dam, the Corps, anticipating sedimentation and flooding, purchased land and/or flowage easements on the floodplain of the Moreau River to a distance of approximately 45 miles upstream from its confluence with the Missouri River. Also, the Corps established transects across the reservoir and several of its tributaries for topographic surveys in 1958 and 1959. Surveys were conducted along the Moreau River in 1959, 1963, 1968, 1976, and 1989 to measure topographic changes. Studies of sedimentation and flooding in Oahe Reservoir and along the Moreau River have been conducted in recent years (U.S. Army Corps of Engineers (USACE) 1993). This report provides information concerning sedimentation in Oahe Reservoir and flooding along its tributaries based on analyses of the historical records of the surveys.

Ranchers operating along the Moreau River from the Oahe Reservoir to approximately west of Whitehorse report that intermittent flooding due to rainfall events and ice jams occurred prior to 1997. However such events were often short-lived, one to two days in length, and that ranching and farming operations were not affected and the floodplain remained a valuable resource used for crops and wintering cattle. In 1997 a major flooding event in March resulted in prolonged flooding and significant sediment deposition along the floodplain. The sediment deposition has rendered the floodplain areas unsuitable for growing crops and the habitat undesirable for winter grazing, wintering of cattle and spring calving. This undesirable environment has been created by the flooding and sedimentation, which has killed off natural grasses and protection that have been replaced by noxious weeds and foreign debris on the affected bottomlands. Since 1997 additional flooding has occurred which makes the wintering of cattle in the flood plains hazardous.

The ranchers who suffered losses from these floods and sedimentation assumed that the floods were the result of the construction and operation of Oahe Reservoir. Their assumption is reasonable give the lack of flooding and sedimentation in prior years. Although the reservoir could be the causative agent in the recent flooding on the reaches in question, it is also possible that other factors may have created conditions that produced the flooding. The purpose of this report is to analyze the facts associated with the alluvial morphology and the hydrology of the Moreau River and establish the cause for the recent flooding and sedimentation.

**Flows on the Moreau River**

Records of discharge along the lower Moreau River are available from USGS gaging stations known as the Promise gage and the Whitehorse gage. The Promise gage was located along a river crossing neat the town of Promise and operated from 1929 to 1958. The gage at Whitehorse is located along BIA 4 just downstream of the bridge crossing the river and has operated at this location since about 1953. Table 1 summarizes the information on these gages.

Table 1. Gaging station information along the lower Moreau River.

| USGS Station Name | USGS Station Number | Bankfull Gage Height, ft | Drainage Area (sq. miles) | Period of Record, years |
|---|---|---|---|---|
| Promise | 06361000 | 17 | 5,223 | 1929-1958 |
| Whitehorse | 06360500 | 21 | 4,880 | 1953-present |

The five highest observed peak streamflows for the period of record for the Promise gage are shown in Table 2. The 1940s and early 1950s were a general period of higher precipitation in South Dakota, following the dry 1930s. The annual peak streamflow statistics for the Whitehorse gage are shown in Table 3. A review of the peak flow records indicates that the peak flow can occur at any time during the year. However, the peak flow most often occurs in the months from March to June. Of the five highest peak flows recorded at the Promise gage, three occurred in April, and one each in March and June. At the Whitehorse gage, between 1953 and 2001, the peak annual streamflow occurred during March 15 times, 12 times in May, 10 times in June, six times in July, twice each in April and October, and once in August.

Table 2. Peak Streamflow for the Moreau River at Promise station for period of record through Water Year 1974 (after South Dakota Water Plan 1976).

| Date | Gage Height (ft.)[1] | Discharge (cfs) |
|---|---|---|
| 4-5-52 | 24.16 | 36,900 |
| 6-15-53 | 23.80 | 34,300 |
| 3-25-47 | 24.4 | 29,500 |
| 4-11-44 | 23.2 | 22,800 |
| 4-19-50 | 21.8 | 20,900 |

[1] Bankfull stage = 17 ft.

Table 3. Annual Peak Streamflow Statistics for Moreau River at Whitehorse station for 1953 to 2001 (USGS 06360500 from http://waterdata.usgs.gov/nwis/).

| Water Year | Date | Gage Height (feet) | Stream-flow (cfs) | Water Year | Date | Gage Height (feet) | Stream-flow (cfs) |
|---|---|---|---|---|---|---|---|
| 1953 | Jun. 0, 1953 | 26.20 | | 1978 | Mar. 24, 1978 | 25.31 | 25,600 |
| 1955 | Mar. 9, 1955 | 6.49 | 530 | 1979 | Jul. 17, 1979 | 7.81 | 2,350 |
| 1956 | Mar. 21, 1956 | 10.90 | 5,000 | 1980 | Mar. 28, 1980 | 2.87 | 333 |
| 1957 | May 25, 1957 | 15.70 | 10,100 | 1981 | Oct. 16, 1980 | 5.85 | 1,380[E] |
| 1958 | Jul. 5, 1958 | 8.97 | 3,360 | 1982 | May 24, 1982 | 26.00 | 27,700 |
| 1959 | Mar. 12, 1959 | 7.40 | 1,780 | 1983 | Oct. 13, 1982 | 10.22 | 3,740 |
| 1960 | May 25, 1960 | 13.09 | 6,080 | 1984 | Jun. 17, 1984 | 10.27 | 3,780 |
| 1961 | Jun. 14, 1961 | 12.81 | 5,720 | 1985 | Mar. 21, 1985 | 13.35 | 5,920 |
| 1962 | May 22, 1962 | 21.00 | 17,500 | 1986 | May 11, 1986 | 19.77 | 14,000 |
| 1963 | Jun. 20, 1963 | 9.15 | 3,130 | 1987 | Mar. 23, 1987 | 23.79 | 21,200 |
| 1964 | May 3, 1964 | 9.70 | 3,200 | 1988 | Jul. 4, 1988 | 8.77 | 3,250 |
| 1965 | May 29, 1965 | 13.70 | 6,500 | 1989 | May 2, 1989 | 11.05 | 4,820 |
| 1966 | Mar. 17, 1966 | 20.02 | 14,400 | 1990 | Jul. 27, 1990 | 5.29 | 1,310 |
| 1967 | Jun. 16, 1967 | 20.07 | 14,500 | 1991 | May 23, 1991 | 10.20 | 4,050 |
| 1968 | Jun. 8, 1968 | 9.33 | 3,120 | 1992 | Aug. 1, 1992 | 5.09 | 1,160 |
| 1969 | Mar. 24, 1969 | 15.17 | 7,370 | 1993 | Jul. 22, 1993 | 18.02 | 10,700 |
| 1970 | May 9, 1970 | 14.78 | 7,260 | 1994 | Mar. 5, 1994 | 23.25 | 10,000 |
| 1971 | Mar. 17, 1971 | 17.64 | 10,300 | 1995 | Jun. 23, 1995 | 18.42 | 11,300 |
| 1972 | Mar. 14, 1972 | 26.20 | 21,000 | 1996 | May 29, 1996 | 19.14 | 12,300 |
| 1973 | Mar. 3, 1973 | 12.29 | 4,000 | 1997 | Mar. 23, 1997 | 26.93 | 29,700 |
| 1974 | Apr. 21, 1974 | 4.43 | 770 | 1998 | Jun. 23, 1998 | 12.29 | 5,820 |
| 1975 | May 11, 1975 | 17.99 | 10,900 | 1999 | Jun. 9, 1999 | 10.35 | 4,320 |
| 1976 | Jun. 19, 1976 | 16.34 | 8,600 | 2000 | Apr. 27, 2000 | 9.53 | 3,680 |
| 1977 | Jul. 8, 1977 | 9.29 | 3,160 | 2001 | Mar. 13, 2001 | 22.58 | 5,500 |

- E -- Only Annual Maximum Peak available for this year

Estimates of peak flow for various recurrence intervals for the Moreau River at Promise (06361000) and at Whitehorse (06360500) were established by the U.S. Geological Survey (Burr and Korkow 1996) and are shown in Table 4.

Table 4. Peak-flow estimates for the Moreau River at Promise and Whitehorse (Burr and Korkow 1994).

| Recurrence interval, years and annual exceedence probability, in percent | Peak Flow in cubic feet per second | |
|---|---|---|
| | Promise (06361000) 1929 to 1958 data | Whitehorse (06360500) 1955 to 1994 data |
| 2 years, 50 percent | 6,050 | 5,380 |
| 5 years, 20 percent | 14,900 | 12,200 |
| 10 years, 10 percent | 23,200 | 18,000 |
| 25 years, 4 percent | 36,600 | 26,400 |
| 50 years, 2 percent | 48,600 | 33,300 |
| 100 years, 1 percent | 62,400 | 40,700 |
| 500 years, 0.2 percent | 101,000 | 59,100 |

The South Dakota Water Plan (1976) stated the following regarding flood flows on the Moreau River: "Flooding has been a recurring problem in the Moreau River basin. The most serious basin-wide floods were in the spring of 1950 and 1952. While most flooding has resulted from rapid snowmelt or heavy spring rains, high water backed up behind ice jams has occasionally been a problem." A review of Table 3 indicates that, based on gage height, the years 1962, 1966, 1967, 1972, 1978, 1982, 1986, 1987, 1994, 1997 and 2001 would be years of potential flooding along the lower Moreau River. The streamflows for these years are generally in the recurrence interval between 10 and 25 years.

Recently, a Flood Insurance Study (FIS) was conducted for the Cheyenne River Indian Reservation under the auspices of the Federal Emergency Management Agency (FEMA 2002). The Moreau River near Whitehorse was one of the river segments studied. The adopted discharge-frequency relationships for the Moreau River at Whitehorse are shown in Table 5. By comparison to the data in Table 4, it can be seen that the relationships in the FIS are similar. A resulting map showing the 100-year flood boundary near Whitehorse shows a large portion of the floodplain under water. The base data used in the study were obtained from USGS quadrangle maps. The references in the study list the contour interval for the USGS maps as 10 feet. The level of the Oahe Reservoir used in the analyses is unknown.

Table 5. Peak-flow estimates for the Moreau River at Whitehorse (FEMA 2002).

| Recurrence interval, years and annual exceedence probability, in percent | Peak Flow in cubic feet per second |
|---|---|
| 10 years, 10 percent | 19,000 |
| 50 years, 2 percent | 34,300 |
| 100 years, 1 percent | 41,400 |
| 500 years, 0.2 percent | 58,500 |

Water surface levels of the Oahe Reservoir for the period of record are shown in Figure 1. It can be seen that the reservoir level changes with time, generally following a pattern of a high reservoir level in the spring months with the reservoir dropping in elevation during the summer and fall months and then rising again in the spring. It can also be seen that periods of dry and wet weather in the region can cause large fluctuations in the overall reservoir level between the levels of 1580 to 1620 feet. Note that the reservoir level in March of 1997 was near elevation 1618 feet.




Figure 1. End of Month Reservoir Elevation for Oahe Reservoir (based on USACE data).

**Sediment Load Data**

Data available on sediment load for the Moreau River are meager and are available in the Corps report *Lake Oahe Aggradation Study 1958-1989* (USACE 1993). Limited data are available on bed load and suspended sediment load in the river, as well as density of the sediment deposits. For the purposes of the present study the most important data regards the depth of sediment deposits in the Moreau River Arm of the Oahe Reservoir. Based on the range surveys conducted by the Corps and discussed below sediment depths in excess of 20 feet have occurred with clear development of a delta where the former Moreau River is inundated by the Oahe Reservoir (USACE, 1993, p. VI-1).

**Sedimentation History**

Floodplain and channel topographic profiles were measured by the Corps of Engineers on 12 transects of the Moreau River between its confluence with the Missouri River and upstream to river mile 59.2. The range locations are shown in Fig. 2. Based on the information contained in the cross section plots in the *Lake Oahe Aggradation Study 1958-1989* (USACE 1993) the range locations were surveyed in 1959, 1963, 1968, 1976 and 1989. The survey dates are documented in Table I.1 of the Corps 1993 report on sedimentation in the Moreau River Arm (USACE 1993, p. A-I-4). That report also contains topographic profiles for all of the transects.

In the *Lake Oahe Aggradation Study 1958-1989* the following observations were made (USACE 1993, pp. VI-1 to 5):

- Sediment deposition has occurred across the width of the former Moreau River channel and floodplain between Ranges M-0.7 and M-37.7.
- In the lower regions, the former river channel has been almost completely filled and a nearly planar surface has formed.
- Upstream from Range M-35.1, a low-flow river channel has been maintain; however, the thalweg elevations have increased on the order of 20 feet from the preproject conditions.
- Range M-35.1 has a thalweg elevation of around 1610 msl, thus this cross section is situated just upstream from the normal operating limits of the Lake Oahe pool.
- Above Range M-35.1, aggradation has occurred primarily in the floodplain areas along with some narrowing of the main channel.




Figure 2. Range location map for lower Moreau River.

- Mean channel depth plots show that the most significant depth changes have occurred at Ranges M-22.8 through M-35.1 where depths have been reduced through time.
- The thalweg profile (shown here in Figure 3) provides a good illustration of the progradation of a wedge of sediment into a reservoir.
- Heavy deposition has occurred between Ranges M-22.8 and M-37.7 with the largest change occurring at Range M-29.7, where the depth of sediment deposit has reached 36 feet.
- Upstream from Range M-41.4, the average depth of sediment has not changed markedly through time.
- The Moreau River is a natural stream with no major flood control projects to regulate the discharge or sediment inflow to Lake Oahe.

These observations show clearly that aggradation is occurring in the Moreau River Arm as a result of the higher base level created by Oahe Reservoir. The *Lake Oahe Aggradation Study 1958-1989* (USACE 1993) also contains an evaluation of the channel geometry through the use of various hydraulic parameters. In general, the aggradation has led to the filling in of the original river channel and the deposition of sediment on the overbank areas in all areas inundated by the Oahe Reservoir. The progression of sediment accumulation from 1958/9 to 1989 both in the river channel and on the overbank areas is shown well by three graphs in the *Lake Oahe Aggradation Study 1958-1989* (USACE 1993, Plates VI.49 to VI.51) These graphs show average bed elevation, thalweg elevation, and average depth of sediment comparisons between 1958/9 and 1989. As an example, Fig. 3 shows the changes that occurred in the thalweg elevation (Plate VI.50 in USACE 1993) from which it can be seen that sediment accumulation has occurred from 1958/9 to 1989 up to about river mile 44. The discussion of the channel geometry in the *Lake Oahe Aggradation Study 1958-1989* (USACE 1993), noted above, indicated that little change is occurring upstream of Range M-41.4. The cross section plot for Range M-41.4 (USACE 1993 Plate VI.8) shows some overbank deposits to 1989. The cross section plots for the ranges above M-41.4 contain only the channel cross-section and do not show conditions in the floodplain. As noted in the Sediment Survey section below additional sediment has deposited on the floodplain areas above Range M-41.4 since the last survey of the range cross sections in 1989.




Figure 3. Thalweg elevation, Moreau River Arm, (after USACE 1993, 2003 data added from USACE 2003).

## Sediment Survey

Two field visits were made by Vernon Schaefer for the purpose of documenting sediment thicknesses. The first visit took place June 24-26, 2002 and the second September 18-20, 2002. Selected locations between the Oahe Reservoir and upstream of Whitehorse were visited for the purpose of elucidating sediment damage. Not all locations along the river have been surveyed at this time, but sufficient information has been gathered to draw preliminary conclusions regarding the extent of sedimentation effects. The sediment surveys consisted of reconnaissance of the bottomlands along the Moreau River with measurement of sediment thicknesses at selected locations. The depth of sediment was determined by collecting soil and sediment samples with a one inch diameter probe and logging the depth of sediment above the natural (pedogenic) soil profile. Generally, the top of a natural soil profile was identified as the contact between a structured soil profile and/or root zone and the overlying stratified sediment.

### Edwina Mowrer Bottom

The Edwina Bottom is the floodplain area located in the southwest quarter of Section 23 and the northeast quarter of Section 27 of Township 16 North and Range 28 East, south of the Moreau River. This area was surveyed on June 24, 2002. Along this bottom a stand of trees parallels the river for a variable distance of up to several hundred feet perpendicular to the river channel. The trees are generally on a lower bench of the floodplain with a rather abrupt increase in elevation of approximately five feet to an upper bench. The upper bench consists of grassland on the west end of the bottom and of trees, shrubs and grassland on the eastern end of the bottom. On the lower bench the sediment thickness was generally several feet, with many borings indicating a thickness greater than 40 inches, the limit of the boring tool used. The sediment consisted of predominately fine sand with interbedded layers of silt and silty clay. Figures 4 to 6 show conditions along the west end of the bottom on the lower bench. As indicated by the buried fence post next to the shovel in Figure 5 the sediment accumulation was on the order of several feet. The undulating sediment conditions shown in Figure 6 are typical of the conditions found all along the river channel on this bottom.



Figure 4. Conditions near the river channel at the west end of Edwina Mowrer's bottom, taken from river bank, long west fence line of bottom, shows accumulation of sediment, photograph taken June 24, 2002 (Roll 1, Photo 1).



Figure 5. Conditions near the river channel at the west end of Edwina Mowrer's bottom, taken along west fence line of bottom, note fence post exposed next to shovel shows deep accumulation of sediment, photograph taken June 24, 2002 (Roll 1, Photo 2).



Figure 6. Conditions near the river channel at the west end of Edwina Mowrer's bottom, taken just west of photo in Figure 9. Shows the undulating nature of sediment in the trees near the river, photograph taken June 24, 2002 (Roll 1, Photo 3).

Prior to 1997, along approximately the eastern half of the bottom there existed an east-west trending fence line that was partially buried under sediment. This fence line is approximately 1500 feet long and was followed along its length from west to east as an indicator of sediment accumulation. Eighteen fence posts were discovered along this line. Many of the fence posts were bent over. Figures 7 to 11 show fence posts along the fence line. The fence posts are buried by various amounts of sediment, ranging from several feet to perhaps a foot or so. Also note the weedy nature of the vegetation of the area along the fence line.



Figure 7. Fence post No. 1 at west end of west-east trending fence line in eastern part of Edwina Mowrer bottom. Photograph taken June 24, 2002 (Roll 1, Photo 4).



Figure 8. Fence post No. 4 at west end of west-east trending fence line in eastern part of Edwina Mowrer bottom. Photograph taken June 24, 2002 (Roll 1, Photo 8).



Figure 9. Fence post No. 7 near center of west-east trending fence line in eastern part of Edwina Mowrer bottom. Photograph taken June 24, 2002 (Roll 1, Photo 12).



Figure 10. Fence post No. 11 near center of west-east trending fence line in eastern part of Edwina Mowrer bottom. Photograph taken June 24, 2002 (Roll 1, Photo 17).



Figure 11. Fence post No. 16 at east end of west-east trending fence line in eastern part of Edwina Mowrer bottom. Photograph taken June 24, 2002 (Roll 1, Photo 22).

Greg Mowrer Bottom

The Greg Mowrer Bottom is the floodplain area located in the north half quarter of Section 23, the southeast quarter of Section 22, and part of the northeast quarter of Section 27 of Township 16 North and Range 28 East, located east and north of the Moreau River. This area was surveyed on June 25, 2002. As on the south side of the river there is a lower bench on the floodplain along the river that is generally tree covered that gives way to a grass covered upper bench away from the river channel. On the lower bench sediment thicknesses were on the order of several feet, many probe holes being greater than 40 inches deep, the maximum length of the probe. On the upper bench the sediments thin to three to six inches. An example of the extent of sedimentation is shown in Figures 16 and 17, which shows a Ford pickup buried in sediment. The pickup was left in the trees within the oxbow in the north part of Section 23 in the fall 1996 after is suffered a blown engine. Prior to being able to extract the pickup the March 1997 event occurred with the result shown in Figures 12 and 13. The hay lands on the bottom have been adversely affected by the sediment with weeds, cocklebturs and buckbrush taking over the grasslands. Willows have sprung up on the lower bench.



Figure 12. Ford pickup located in oxbow feature in north center of Section 23 of Greg Mowrer bottom. Photograph taken June 25, 2002 (Roll 2, Photo 2).



Figure 13. Ford pickup located in oxbow feature in north center of Section 23 of Greg Mowrer bottom. Photograph taken June 25, 2002 (Roll 2, Photo 3).

<u>Dick/Mary Jane Anderson and Clarence Lawrence Bottoms</u>

The Anderson's and Lawrence bottoms are located in Sections 10, 11, 14 and 15 of Township 15 North and Range 27 East. This area was surveyed on June 26, 2002. Sediment has deposited on the bottomlands. Sediment along the lowest benches near the river, generally in the tree groves, had measured thickness greater than 40 inches. The sediment has a wavy surface expression and consists of fine sand and sandy silt. The southwest bottomland, south of the river, was well covered with sediments. The sediment thickness was highly variable, ranging from a few inches to measured values of 20 inches and greater. In the bottom located south of the Anderson buildings there is a middle bench between the lowest bench and the bench on which the buildings are located. This middle bench has sediment deposits but they are highly variable. Generally the sediment is deposited in mounds across the generally level ground surface, along fence lines, near trees, and in low lying locations. The sediment thicknesses vary from only an inch or so to four to 10 inch thick deposits. The condition on the bottom south of the Anderson's buildings is shown in Figures 14 to 18. It can be seen that the sediment tended to form in drifts along fence lines and mounds in the open areas.

The bottom area to the east of the Anderson buildings consists of land operated by the Anderson's and Clarence Lawrence. These bottom areas have relatively deeper sediment deposits than the area just south of the Anderson's buildings. Typical measured sediment thicknesses in the open bottom area were four to 12 inches. Figures 19 to 21 show the conditions in this area. Figure 19 shows an accumulation of four inches of sediment along a fence line. Figure 20 shows the variable nature of the sediment deposition, at the probe location the sediment is 12 inches thick and at the spade location the sediment thickness is zero. In the treed areas of the bottom the sediment thickness is greater, with waves of sediment deposited with thicknesses up to two feet, Figure 21.



Figure 14. General condition in bottom south of Anderson buildings. Ice scars on trees, weed patches and a general covering of silt over the area. Photograph taken June 26, 2002 (Roll 2, Photo 9).



Figure 15. General condition in bottom south of Anderson buildings, typical pile accumulation of sediment out in open area. Photograph taken June 26, 2002 (Roll 2, Photo 10).



Figure 16. General condition in bottom south of Anderson buildings, accumulation of sediment along fence line. Photograph taken June 26, 2002 (Roll 2, Photo 11).



Figure 17. General condition in bottom south of Anderson buildings, accumulation of sediment along fence line. Photograph taken June 26, 2002 (Roll 2, Photo 12).



Figure 18. General condition in bottom south of Anderson buildings, accumulation of sediment next to fence line. Photograph taken June 26, 2002 (Roll 2, Photo 14).



Figure 19. General condition in bottom east of Anderson buildings, Clarence Lawrence land, four-inch accumulation of sediment along fence line. Photograph taken June 26, 2002 (Roll 2, Photo 17).



Figure 20. General condition in bottom east of Anderson buildings, Clarence Lawrence bottom, open area. Sediment thickness at probe is 12 inches while sediment thickness at spade location is zero. Photograph taken June 26, 2002 (Roll 2, Photo 18).



Figure 21. General condition in bottom east of Anderson buildings, Anderson-Lawrence bottom. There are rows of sediment with thicknesses up to 2 feet. Photograph taken June 26, 2002 (Roll 2, Photo 20).

Bottoms Up and Down Stream of Whitehorse Bridge

The bottom areas up and down stream of the Whitehorse Bridge are located in 17, 18 and 20 of Township 15 North and Range 27 East. This site was visited on September 18, 2002. Along the lower bench nearest the river sediment has deposited among the trees in waves, as shown in Figure 22. The sediment thickness was greater than 40 inches. On the general floodplain area, up from the lowest bench next to the river, the sediment was generally deposited in patches and mounds. The thickness in the mounds was typically 12 to 20 inches. The bottom areas on both sides of the river, both east and west of the bridge were affected by the sediment deposition and significant weed growth. A sediment mound in the bottom south of the river and east of the bridge is shown in Figure 23. Numerous large tree logs and other debris were evident on these bottom areas.



Figure 22. General condition on lowest bench in bottom east of Whitehorse Bridge and north of Moreau River. There are rows of sediment with thicknesses greater than 40 inches. Photograph taken September 18, 2002 (Roll 3, Photo 25).



Figure 23. Sediment mound on bottom west of Whitehorse Bridge and south of river. Photograph taken September 18, 2002 (Roll 3, Photo 20).

Lyle and Kim Anderson Bottoms

The Anderson bottoms are located west of Whitehorse near the confluence of the Little Moreau River with the Moreau River, in Sections 13 and 14 of Township 15 North and Range 26 East. This site was visited on September 18, 2002. The bottom land areas of this property are heavily sedimented with measured sediment thicknesses of several feet on the bottom areas near the confluence of the two rivers. The bottom just south of the confluence of the two rivers has very large waves of sediment and is nearly impassable with a vehicle. Downstream of the confluence the lowest bottoms have been filled with several feet of sediment for a distance of at least one-half mile with the sediment thinning somewhat away from the confluence of the two rivers.

The pasture areas to the west of the Little Moreau River and north of the Moreau River have also received sediment accumulation. Figure 24 shows fence post replacement just west of the Little Moreau River that indicates the accumulation of several inches of sediment. The

vegetation of the pasture has been adversely affected by this sediment accumulation. Debris accumulation along a fence line in the west pasture is shown in Figure 25.



Figure 24. Fence post replacement in Lyle and Kim Anderson's west pasture showing accumulation of sediment west of Little Moreau River. Photograph taken September 18, 2002 (Roll 3, Photo 18).



Figure 25. Debris accumulation along fence line in Lyle and Kim Anderson's west pasture showing accumulation of sediment west of Little Moreau River. Photograph taken September 18, 2002 (Roll 3, Photo 17).

Frank "Sonny Boy" Traversie Bottoms

Two areas were visited with Mr. Traversie on September 19, 2002. The first site was approximately 10 miles west of Whitehorse near the On The Tree Church. This area was little affected by sediment, but Mr. Traversie indicated that it had flooded in 1997. This is a property that Mr. Traversie owned in 1997 but he sold it after flooding in that year. The second area was the bottoms just upstream of the Mowrer properties. These bottoms are located in Sections 5, 6 and 7 of Township 15 North and Range 28E. Mr. Traversie owns the property in Section 7 and leases the property in Sections 5 and 6. A panoramic picture of the bottom in Section 7 was taken (not shown), south of the river. Mr. Traversie indicated that the entire area was flooded in 1997. He noted that the bottom was last hayed in 1995. On the bottom area south of the river the sediment is located in patches away from the river and has a rather uniform layer of sediment nearer the river. The bottom north of the river is severely affected by sediment waves. Figure 26 shows the conditions along the fence line between Sections 6 and 7. Many mounds of sediment were found in the area near this fence line. Significant tree scarring has occurred along these areas.



Figure 26. Conditions along the fence line between Sections 6 and 7 of Traversie's bottoms. Photograph taken September 18, 2002 (Roll 3, Photo 11).

**Landowner Statements**

In the fall of 2002 statements were obtained from several residents living and/or ranching along the Moreau River between the Oahe Reservoir and Whitehorse. The residents were asked to provide information on i) family history, ii) pre-1997 usage of property, iii) pre-1997 flooding events, iv) the March 22, 1997 flooding event, v) post-1997 usage of property, vi) post-1997 flooding, and vii) post-1997 physical land changes. Statements were obtained from the following individuals/families: Dick and Mary Jane Anderson, Lyle and Kim Anderson, Bob Ducheneaux, Clarence Lawrence, Marty and Monica Lawrence, Robert and Almeda Lawrence, Bob Marshall, Edwina and Gregg Mowrer, Robert and Vivian Smith, Sharon and Gloria Smith, and Francis "Sonny Boy" Traversie. Each individual/family discussed the effects on their particular property and in some cases also discussed the history of the river and area in general. Due to the repetitive nature of the responses and the general sameness of the responses a composite is made of the synthesis of their information is presented below.

- The landowners noted that flooding occurred along the Moreau River in the following years: 1950, 1952, 1959, 1965, 1966, 1967, 1972, 1974, 1978, 1979, 1986, 1994, 1997, 1999 and 2000. Note that in some instances the landowners were trying to remember back several decades and indicated that they may be off a year or so in the actual date of the flood. Flooding was generally taken as water occurring outside the banks of the river and flowing on the floodplain areas.
- The landowners noted that flooding occurred primarily during the spring months due to spring melt of snow, spring precipitation events, and occasional ice-jams. Flooding also occurred some during other times of the year due to heavy precipitation events.
- The landowners noted that in all flooding events prior to 1997 the flooding was short-lived, in the range of 24 to 48 hours. They indicated that they were only inconvenienced by the flooding and could return to normal operations of cattle grazing and haying after a short time.
- The landowners noted that prior to 1997 cattle were able to winter in the floodplain trees, the bottoms contained good hay ground for grazing and cutting, and there was significant berries and other lush vegetation along the river bottom.
- The landowners noted that prior to 1997 there were no flooding events that left silt on the bottomlands, with the exception of a 1978 event that left some sediment in the area nearest the Oahe Reservoir (Mowrer bottomlands). The silt left in the 1978 event did not affect the operation of the ranch.
- The landowners noted that the March 1997 flooding event was so severe because the water stayed up 7 to 10 to 14 days, depending upon their location along the river. Many of the landowners were unable to get to their houses or had to be rescued from their homes by boat.
- The landowners noted that the March 1997 event included ice jams at several locations along the river where ice would rise out of the river channel and be carried along the floodplain with the high water levels. The ice carried out of the channel caused significant damage to fences.
- Following the March 1997 event the landowners noted that significant amounts of sediment and silt was deposited on the bottomlands. The sediment ruined grasslands used for grazing and haying, was deposited in the trees so deep that the trees became unusable for wintering cattle, and stunted the growth of the natural vegetation such that only sand burrs and weeds would grow in the affected areas.

## Review of Corps of Engineers Reports

Corps Report: Moreau – Oahe Project – South Dakota, Sedimentation Analysis, August 2002[1]

This report provides updated (2003) measurements along the upper range lines on the Moreau River. This information is valuable in establishing the change in cross sectional area of the river channel and the change in thalweg (river bottom elevation) at the range locations. The Corps data show clearly that between 1962 and 2003 changes in the cross sectional area of the river channel and the thalweg occurred. Table 6, extracted from the Corps report, summarizes the cross sectional area changes from the initial measurements in 1962 to 2003.

From the data in this table it can be seen that most of the change in ranges M-37.7 and M-41.4 occurred between 1962 and 1976. Range M-37.7 is within the current Corps takeline while Range 41.4 is above the current Corps takeline. Between 1976 and 2003 the changes in channel area at these two ranges are smaller, indicating that the channel has come to a somewhat equilibrium state with the flow regime. For the ranges above M41.4, the changes between 1962, 1976 and 1989 are small, in the neighborhood of ten percent or so. In fact at some range locations at some times the channel area is increased indicating erosion of the channel rather than deposition at particular locations, as would be expected with a river channel coming to an equilibrium condition following a drastic change in its regime. After 1989, the four ranges above M-41.4 all experience a decrease in channel area compared to 1962 of at least approximately 17%, indicative that a depositional period has descended upon the river.

Table 6. Changes in river channel cross sectional area at range locations from initial conditions as measured in 1962.

| RANGE | YEAR | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1962 | | 1976 | | 1989 | | 2003 | |
| | Capacity ($ft^2$) | | Capacity ($ft^2$) | % Change | Capacity ($ft^2$) | | Capacity ($ft^2$) | |
| M-37.7 | 3274 | | 1312 | -59.9% | 1214 | -62.9% | 1498 | -54.2% |
| M-41.4 | 3685 | | 1535 | -58.3% | 1401 | -62.0% | 1286 | -65.1% |
| M-44.1 | 2112 | | 2078 | -1.6% | 2272 | 7.6% | 1753 | -17.0% |
| M-47.8 | 2574 | | 2380 | -7.5% | 2296 | -10.8% | 1886 | -26.7% |
| M-52.7 | 2666 | | 3002 | 12.6% | 2826 | 6.0% | 2013 | -24.5% |
| M-59.2 | 2895 | | 2568 | -11.3% | 2659 | -8.2% | 2408 | -16.8% |

[1] It is believed that the 2002 date is in error and should be 2003.

The thalweg values were estimated from the cross sections shown in the report for Ranges M-37.7 to M-59.2. These values are plotted on Figure 4, from which it can be seen that between 1989 and 2003 continued aggradation of sediment occurred at these sections.

The Corps report concludes:

> The surveyed cross section data reveals that changes to the Moreau River channel have taken place in the vicinity of the Oahe Project boundary. Major assumptions that can be made are:
>
> - Sediment deposition, that can be related to the operation of the main stem system of dams, is definitely impacting the channel and the lower floodplain up to sediment rangeline M-44.1.
> - Sediment rangeline M-47.8 shows some channel narrowing and some floodplain deposition that can probably be explained by the operations of the main stem system and some of the overbank deposition that was probably caused by the 1997 flood.
> - Sediment rangelines M-52.7 and M-59.2 show only minor amounts of channel narrowing and floodplain deposition.
> - The Moreau River gage near Whitehorse remained fairly steady from the late 1970's through 1997. After the 1997 flood the stage for a 500 and 1,000 cfs increased about a foot. It has remained steady since 1999. Since the stage did not show a gradual increase over time this increase in stage is probably due more to the 1997 flood than by the operations of the main stem system.

The first two of these statements corroborates the position that the operation of the reservoir is responsible for the sediment deposition. The third statement is true only if channel capacity decreases of 24.5% and 16.8% for M-52.7 and M-59.2 respectively, are considered "minor" changes. A closer look at the cross sections shown in the Corps report reveals that the thalweg elevation at both of these sections has increased two to three feet since 1962 (also see 2003 data plotted on Figure 4). The fourth statement indicates that the increase in gage stage occurred dramatically in 1997, which can likely be attributed to the high water levels in the reservoir and the decreased channel capacities downstream from the gage, combining to result in deposition of material in the river bed.

The Corps report substantiates the position that the operation of the reservoir impacted the lands upstream of the Corps takeline. The Corps report is primarily on the sedimentation effects and does not address the impact that increased sedimentation would have on flow capacity and flooding of the river system or ice development in the river due to the loss of channel capacity and thalweg.

Corps Report: Hydraulics Section, Aggradation Study – Moreau River, South Dakota, 16 October 2003

This report provides results of hydraulic analyses conducted in relation to aggradation on the Moreau River. The report describes the available data, two model setups, model assumptions and analysis and summary. The two model setups used were for open water and ice cover. The results of the two models were provided in tables of water surface elevation comparisons for 10-, 50-, 100- and 500-year events. The results are best described by quoting the report:

> Analysis of both models indicated that there is a high likelihood that flood levels are impacted under high pool conditions in Lake Oahe up to river station 78150 (M-52.7). Landowners below this section would appear to be increasingly affected by floods, particularly at high reservoir pool levels. The decreased bed slope and reduced flow capacity of the lower sections of the Moreau River appear to be at least partially responsible for increasing flood stages in that area.
>
> However, at locations from river station 112570 (M-59.2) up to and beyond Whitehorse, as shed in water surface tables, the impacts appear to decrease rapidly. Any extreme changes to the landscape and flooding risks in these upper sections would be expected to be more the result of the severe flooding event of 1997 or other extreme events in recent years. The approximate modeling that has been conducted indicates effects of the Lake Oahe pool levels should not impact upstream beyond that location at this time.

The first paragraph indicates that flooding effects extend upstream above the Corps takeline. The indicated effects are up to the reach of the Moreau River between the rangelines of M-52.7 and M-59.2. The flooding effects are attributed to the decreased bed slope and the reduced flow capacity of lower sections of the Moreau River. The trends in both the decreased bed slope and the reduced flow capacity of lower channel sections are likely to continue into the future, adversely impacting the ability of the Moreau River to handle future flow events. The second paragraph indicates that the water surface effects decrease rapidly above rangeline M-59.2 and

that flooding above this location would be the result of extreme events. It is important to note that the conclusion is drawn that areas above M-59.2 should not be affected by Lake Oahe pool levels "at this time." The modeling conducted does not attempt to project the effects of future sedimentation on future flood levels.

**Discussion**

Based on the history of streamflows documented from USGS and State of South Dakota sources it is apparent that flooding has been a regular occurrence along the lower Moreau River over the past century. A bank topping flow occurred roughly every four years during the time that records have been kept. Comparing the data of Tables 2 and 3 with the years that landowners identified as flood years, there is a remarkable coincidence with the high gage and high flow events shown in the tables. Prior to the 1997 event, the landowners indicated that they were able to return to their ranching practices following flood events. Although the March 1997 streamflow is the largest recorded at the Whitehorse gage between 1953 and 2001, it is by no means an unusual event. As can be seen in Table 3, there were four other streamflow measurements greater than 20,000 cfs, namely in 1972, 1978, 1982 and 1987. Based on the landowner statements, it appears that these events did not adversely affect their operations. Additionally, based on the recurrence intervals shown in Table 4 and 5, the March 1997 event represents a streamflow of between a 25 and a 50 year flood event. An important distinction between the March 1997 and previous high streamflows is that the March 1997 event occurred at a time of a high reservoir level, circa elevation 1618± feet. Previous high flows in 1967, 1972, 1978, 1982, and 1987 occurred at reservoir elevation levels of approximately 1598, 1609, 1610, 1611 and 1612 feet, respectively.

The thalweg elevation plot and cross section plots, based on data collected between 1959 and 1989, provide an historical record of sedimentation. Significant sedimentation has occurred in the upper reaches of the Moreau River Arm of the Oahe Reservoir. Although the Corps sediment survey profiles does not show sediment deposition on the floodplain of the Moreau River between river mile 44 and the Little Moreau River through 1989, field surveys indicate that over three feet of localized sedimentation has occurred in some areas. Hence, the spatial and temporal pattern of sedimentation in the Moreau River Arm of the Oahe Reservoir and the recent sedimentation above the reservoir indicates a wave of alluviation moving upstream from a downstream rise in base level. It is concluded that aggradation is occurring in the Moreau River as a result of the rise in base level caused by the Oahe Reservoir.

The historical data show that the channel slope has decreased with time. The data shown in Table 6 indicates that the cross sectional area in the reaches just upstream from the Oahe Reservoir have reduced between 17 and 27 percent between 1989 and 2003. A river's water transport capacity in terms of the hydraulic capacity of a channel is a function of both channel cross sectional area and of channel slope. Certainly, the loss of channel slope has had the effect to reduce the hydraulic capacity of the Moreau River channel. Similarly, the reduced cross sectional area of the channel has the effect to reduce the hydraulic capacity of the Moreau River channel. The result of the reduced channel capacities would cause flows that formerly stayed in the main channel to spill onto the floodplain. The decreased capacity may also cause an increase in ice jams during spring thaw. These ice jams also cause flows to back up and spread over the flood plain. These effects are caused by the aggradation occurring in the Moreau River Arm.

The Corps of Engineers reports on Sedimentation Analysis and Hydraulic Section-Aggradation Study provide support to my contention that the reservoir and its operation did lead to the deposition of sediment and the alteration of the flow regime of the Moreau River. The Sedimentation Report clearly shows that sediment deposition that can be related to the operation of the reservoir is impacting the channel and lower floodplain up to approximately rangeline M-44.1. This is above the Corps takeline. Additional effects due to sedimentation up to rangeline M-59.2 are also shown. It is likely that such changes will only continue into the future.

The Corps hydraulic study also shows that the effects of the reservoir impact the areas above the Corps takeline, up to approximately rangelines M-52.7 to M-59.2. The study notes that landowners below section M-52.7 will be increasingly affected by floods, particularly at high reservoir pools. These Corps reports generally represent conditions as they are at the present time, but do not forecast conditions into the future.

The current Corps take line reasonably follows the elevation based on the 100-year flood elevation for the 1958 datum. It is reasonable to assume that the 100-year flood elevations based on current sedimentation conditions would be above the present take line. Computer modeling analyses are being conducted to determine the extent of the increase in the 100-year flood elevations, but are not yet completed at this time.

## Conclusions

Based on the information, analyses and discussion presented above the following conclusions are drawn:

- Aggradation is occurring in the Moreau River Arm as a result of the rise in base level caused by the Oahe Reservoir.
- The aggradation has led to a decrease in bed slope of the Moreau River which reduces the hydraulic capacity of the river channel.
- Sedimentation effects from the March 1997 event occur from the Corps take line upstream to above the confluence of the Little Moreau River with the Moreau River.
- Prior to the March 1997 flood event, landowners were able to continue their operations as before.
- Following the March 1997 event, sediment deposition on the bottomlands has rendered these areas unsuitable for growing crops and the habitat undesirable for winter grazing, wintering of cattle and spring calving and resulted in a vegetation transition from crops and natural grasses to noxious weeds.
- The decreased channel capacity can cause more frequent floodplain flooding and flooding due to ice jamming and is a direct result of the aggradation.

**References**

Burr, M .J. and Korkow, K. L. *Peak-Flow Frequency Estimates Through 1994 for Gaged Streams in South Dakota,* Open-File Report 96-202, U.S. Geological Survey, Rapid City, SD, 1996.

Federal Emergency Management Agency. 2002. Flood Insurance Study—Cheyenne River Sioux Tribe, South Dakota (Preliminary), July 26, 2002, 19 pp.

Simons, D. B. "River and Canal Morphology," in *Modeling of Rivers*, H.W. Shen, Editor, Chapter 5, Wiley-Interscience, New York, 1979.

South Dakota Water Plan, *Resource Inventory of the Moreau River Basin*, Volume II-B Section 7, South Dakota Department of Natural Resources Development, 1976.

U.S. Army Corps of Engineers, Omaha District, *Lake Oahe Aggradation Study 1958-1989,* MRD Sediment Memoranda 15, June 1993.

U.S. Army Corps of Engineers, Omaha District, Moreau – Oahe Project – South Dakota, Sedimentation Analysis, August 2002[2]

U.S. Army Corps of Engineers, Omaha District, Hydraulics Section, Aggradation Study – Moreau River, South Dakota, 16 October 2003

[2] It is believed that the 2002 date is in error and should be 2003.