**GUNDERSON, PALMER, GOODSELL & NELSON, LLP**

ATTORNEYS AT LAW

J. CRISMAN PALMER
G. VERNE GOODSELL
JAMES S. NELSON
DANIEL E. ASHMORE
TERENCE R. QUINN
DONALD P. KNUDSEN
PATRICK G. GOETZINGER
TALBOT J. WIECZOREK
MARK J. CONNOT
JENNIFER K. TRUCANO
DAVID E. LUST

ASSURANT BUILDING
440 MT. RUSHMORE ROAD
POST OFFICE BOX 8045
RAPID CITY, SOUTH DAKOTA 57709-8045

TELEPHONE (605) 342-1078 • FAX (605) 342-0480
www.gundersonpalmer.com

ATTORNEYS LICENSED TO PRACTICE IN
SOUTH DAKOTA, NORTH DAKOTA, IOWA, NEBRASKA
COLORADO, MONTANA, WYOMING & MINNESOTA

THOMAS E. SIMMONS
TERRI LEE WILLIAMS
PAMELA SNYDER-VARNS
SARA FRANKENSTEIN
AMY K. KOENIG
JASON M. SMILEY
SHANE C. PENFIELD
JONATHAN M. OOSTRA
MATTHEW E. NAASZ

WYNN A. GUNDERSON
*Of Counsel*

*Writer's Email Address:*
*psnyder-varns@gpgnlaw.com*

December 4, 2006

Mr. Todd Mortenson
2510 Foster Bay Rd.
Hayes, SD 57537

RE: Cheyenne River Sioux Tribe, et al. v. United States of America
Civil No. 03-600-L
GPGN File No. 6389.050390

Dear Todd:

By way of follow-up to our telephone conversation today, I am enclosing information pertinent to the above referenced action, which I am asking you to review, including:

1. Plaintiff's statements, October 2002;

2. Representative parcel ownership documentation;

3. Grazing permits;

4. Discovery responses with attached indices of defendant's production;

5. Depositions of the following individuals:

   a. Lyle Anderson (Representative parcel A);
   b. Mary Jane Anderson (Representative parcel A);
   c. Dick Anderson (Representative parcel A);
   d. Lawrence, Charlotte (Representative parcel A0;
   e. Lawrence, Pat (Representative parcel A);
   f. Bob Smith (Representative parcel B);
   g. Vivian Smith (Representative parcel B);
   h. Tom Smith (Representative parcel B);
   i. Edwina Mowrer (Representative parcel C);
   j. Gregg Mowrer (Representative parcel C);
   k. Tom Traversie (CRST);

EXHIBIT 7

l. Rousseau, Dennis (Tribal witness);
m. Tom Van Norman (CRST);
n. Dave Nelson (CRST);
o. Wayne Ducheneaux (CRST Housing Authority);
p. Eric Stasch (Corp of Engineer fact witness – Oahe Project);
q. John Remus (Corp of Engineer fact witness);
r. John Garrison (Corp of Engineer fact witness); and
s. Jeff McClenathan (Corp of Engineer fact witness).

6. Expert reports (plaintiffs' and defendant's).

In all matters connected with your evaluation and any communications between us, you are to consider yourself as a direct consultant to me, Cris Palmer, Tracey Fischer and/or Frank Brost. All of your evaluation results, documents, communications, and procedures should be considered privileged through the attorney work-product privilege until advised by me to the contrary. You are also not to offer yourself or permit yourself to serve as a consultant or expert witness for any other party in any litigation involving these parties. In conducting your evaluation, you are to make inquiries of persons as you may select.

Upon completion of your evaluation, please contact me regarding your opinions. I will then make a determination on whether I want you to prepare a report. I wish to make it clear in this request that I do not seek, in any fashion, to predetermine your opinion, just as I do not wish to limit the scope of your evaluation.

If you need additional documentation, please do not hesitate to contact me. After you have reviewed the enclosed materials, please give me a call to discuss.

Thank you for your assistance in this matter, Todd.

Sincerely yours,

Pamela Snyder-Varns

Pamela Snyder-Varns

PSV:bmp
Enclosures
cc: Ms. Tracy Fisher
Mr. Frank Brost

# GUNDERSON, PALMER, GOODSELL & NELSON, LLP


ATTORNEYS AT LAW

ASSURANT BUILDING
440 MT. RUSHMORE ROAD
POST OFFICE BOX 8045
RAPID CITY, SOUTH DAKOTA 57709-8045

TELEPHONE (605) 342-1078 • FAX (605) 342-0480
www.gundersonpalmer.com

ATTORNEYS LICENSED TO PRACTICE IN
SOUTH DAKOTA, NORTH DAKOTA, IOWA, NEBRASKA
COLORADO, MONTANA, WYOMING & MINNESOTA

J. CRISMAN PALMER
G. VERNE GOODSELL
JAMES S. NELSON
DANIEL E. ASHMORE
TERENCE R. QUINN
DONALD P. KNUDSEN
PATRICK G. GOETZINGER
TALBOT J. WIECZOREK
MARK J. CONNOT
JENNIFER K. TRUCANO
DAVID E. LUST

THOMAS E. SIMMONS
TERRI LEE WILLIAMS
PAMELA SNYDER-VARNS
SARA FRANKENSTEIN
AMY K. KOENIG
JASON M. SMILEY
SHANE C. PENFIELD
JONATHAN M. OOSTRA
MATTHEW E. NAASZ

WYNN A. GUNDERSON
*Of Counsel*

*Writer's Email Address:*
*psnyder-varns@gpgnlaw.com*


December 5, 2006

Mr. Todd Mortenson
2510 Foster Bay Rd.
Hayes, SD 57537

RE: Cheyenne River Sioux Tribe, et al. v. United States of America
Civil No. 03-600-L
GPGN File No. 6389.050390

Dear Todd:

Enclosed are expert reports from the defendant and the deposition of Thomas J. Van Norman. These documents were referenced in my December 4, 2006 correspondence to you.

Thank you for your assistance in this matter, Todd.

Sincerely yours,

Pamela Snyder-Varns

PSV:bmp
Enclosures