# In the United States Court of Federal Claims

No. 03-600 L
(Filed: February 11, 2008)

*********************************
**CHEYENNE RIVER SIOUX TRIBE, *et al.***

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.
*********************************

## REVISED TRIAL PREPARATION ORDER

On February 7, 2008, the Court held a status conference to discuss the parties' on-going settlement activities. The parties requested that the Court postpone trial preparation deadlines to permit the parties to continue their negotiations.

The Court GRANTS the parties' request to postpone the remaining trial preparation deadlines. As discussed during the status conference, the 10 day trial shall be rescheduled to begin on **August 18, 2008**. Accordingly, the remainder of the trial preparation schedule shall be revised as follows:

- The parties' filings described at paragraph 2(c)(ii) of the September 11, 2007 trial preparation order shall be filed on or before **June 16, 2008**.

- Plaintiff's Memorandum of Fact and Law, described at paragraph 2(c)(iii)(1) of the September 11, 2007 trial preparation order, shall be filed on or before **June 30, 2008**.

- Defendant's Responsive Memorandum of Fact and Law, described at paragraph 2(c)(iii)(2) of the September 11, 2007 trial preparation order, shall be filed on or before **July 7, 2008**.

- The pre-trial conference, discussed at paragraph 4 of the September 11, 2007 trial preparation order, shall be held on **July 29, 2008 at 3:00pm** Eastern time.

In addition, a status conference shall be held on **Tuesday, June 3, 2008, at 3:00pm** Eastern time to discuss the parties' settlement progress and/or preparedness to resume trial preparation activities. One business day before the conference, counsel shall email chambers (damich_chambers@ao.uscourts.gov) or call Ms. Ellan Jackson at 202.357.6483 to provide the phone number where he or she can be reached and to inform the court whether any others will be participating for that party (and, if so, their names and affiliations). The conference will be on the record via audio-recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference.

Briefing and decision on the parties' motions in limine and objections to exhibits and witnesses shall be stayed until **June 6, 2008**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge