**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CHEYENNE RIVER SIOUX TRIBE, et al.<br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | Civ. No. 03-600-L<br><br>Chief Judge Edward J. Damich |

**PLAINTIFFS' UNOPPOSED MOTION**
**TO MODIFY REVISED TRIAL PREPARATION ORDER**

Plaintiffs Cheyenne River Sioux Tribe, et. al., pursuant to Federal Court Rule 16(b), requests the Court move the pre-trial conference. Pursuant to the Court's Revised Trial Preparation Order of February 11, 2008, the pre-trial conference is currently scheduled for July 29, 2008, at 3:00 p.m. Eastern Time. Counsel for Plaintiffs has a personal vacation scheduled and previously purchased the airline tickets for the same. As a result, Plaintiffs request the Court find the requisite good cause necessary to justify rescheduling the date of the pretrial conference.

Plaintiffs believe that moving the pre-trial conference to the week of July 14, 2008, or July 21, 22, or 24th, should not meaningfully delay any further deadlines under the Court's Order. Plaintiffs have conferred with counsel for Defendant, who advised that Defendant does not oppose the granting of this motion to move the pre-trial conference and further that they are available on each of the above-suggested dates.

Accordingly, Plaintiffs respectfully request the Court grant this motion to modify the Revised Trial Preparation Order to reschedule the pretrial conference.

Dated this 28th day of February, 2008.

GUNDERSON, PALMER, GOODSELL
& NELSON, LLP

/s/ J. Crisman Palmer
J. Crisman Palmer
440 Mt. Rushmore Road
P.O. Box 8045
Rapid City, SD 57709
(605) 342-1078
(605) 342-9503 (fax)
cpalmer@gpgnlaw.com

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of February, 2008, I sent, via e-mail, a true and correct copy of Plaintiffs' Unopposed Motion to Modify Revised Trial Preparation Order to:

Ms. Susan V. Cook
Senior Attorney
Mr. James D. Gette
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington D.C. 20044-0663

/s/ J. Crisman Palmer
J. Crisman Palmer