# In the United States Court of Federal Claims

No. 03-600 L
(Filed: June 4, 2008)

**********************************
*
**CHEYENNE RIVER SIOUX TRIBE,** *
***et al.*** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
**********************************

## ORDER

On June 3, 2008, the Court held a telephonic status conference to discuss the parties' progress toward a settlement agreement. Per the discussion during the status conference, the Court hereby vacates the Trial Preparation Order of February 11, 2008. The trial scheduled to begin August 18, 2008, and all trial preparation filing requirements are cancelled.

The Court further ORDERS the parties to appear for a telephonic status conference on **September 16, 2008 at 3:00pm** Eastern Time. One business day before the conference, counsel shall call (202.357.6483) or email (damich_chambers@ao.uscourts.gov) chambers to provide the phone number where he or she can be reached and to inform the court whether any others will be participating for that party (and, if so, their names and affiliations). In addition, the parties shall file a joint status report on or before **September 10, 2008**, describing the general nature of the parties' efforts made in furtherance of settlement since June 3.

The conference will be on the record via Court electronic digital recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference. The Court, however, strongly emphasizes its preference for Court electronic digital recording of the conference and notes that the parties may order a written transcript at their own expense via a form located on the United States Court of Federal Claims website.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge