# In the United States Court of Federal Claims

No. 03-600 L
(Filed: September 12, 2008)

```
*********************************
                                *
CHEYENNE RIVER SIOUX TRIBE,     *
          et al.                *
                                *
               Plaintiffs,      *
                                *
     v.                         *
                                *
THE UNITED STATES,              *
                                *
               Defendant.       *
                                *
*********************************
```

**ORDER**

On September 10, 2008, the parties filed a joint status report describing the general nature of their efforts, since June 3, 2008, to formalize a settlement agreement. In the status report, the parties requested that the Court maintain the stay of proceedings to permit the parties to finish the remaining steps necessary to formalize the settlement agreement.

It appears to the Court that the parties are exercising diligence in moving this case toward a resolution. Therefore, the Court GRANTS the parties request to extend the stay.

The parties are ORDERED to file another joint status report on or before **October 10, 2008**, describing what the parties have done and still need to do in order to finalize the settlement. The status conference scheduled for September 16, 2008, is cancelled.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge